# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (# 422864)    :    CIVIL ACTION

                             :    NO. 14-116-BAJ-SCR

VERSUS

                             :    JUDGE JACKSON

MAJOR HOOKER, ET AL.    :    MAGISTRATE JUDGE RIEDLINGER
*********************************************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come defendants, Joseph Hooker and Jimmy Smith, who move this Honorable Court to grant them summary judgment pursuant to FRCP Rule 56 on the following grounds:

1.

Plaintiff filed suit against the defendants pursuant to 42 U.S.C. Section 1983 alleging excessive force and deliberate indifference.

2.

Plaintiff's complaint fail to state a claim upon which relief can be granted since the defendants are entitled to qualified immunity and 11th Amendment immunity.

3.

Additionally, plaintiff's complaints against the defendants fail to state a claim against them for a violation of plaintiff's civil rights.

4.

As shown from the pleadings, the attached exhibits and Statement of Undisputed Facts, there are no genuine issues of material fact.

1

5.

Joseph Hooker and Jimmy Smith should be entitled to judgment in their favor as a matter of law.

**WHEREFORE,** Joseph Hooker and Jimmy Smith, pray that this Motion be granted and this action against them be dismissed with prejudice at plaintiff's cost.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

BY:    s/ Stacey Johnson
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 15, 2014, a copy of the foregoing Motion for Partial Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service, Return Receipt No. 7011 3500 0003 2439 3728, this filing to the following non-CM/ECF participant:

Theodore Arita, DOC #422864
Louisiana State Penitentiary
Angola, LA  70712

s/ Stacey Johnson
Stacey Johnson # 27331
Attorney for Defendants

2