

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Theodore Arita #422864 Rap Sheet

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4/30/14

STATE'S
EXHIBIT
B
Blumberg No. 5138

Theodore Arita #422864 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

```
DATE: 08/10/10              DPS&C CORRECTIONS SERVICES           TIME: 17:51
AMENDED: 02/23/10               MASTER RECORD                    PAGE 1

---------------------------- D E S C R I P T I O N ----------------------------

 DOC #..: 00422864          CURRENT LOC: LA STATE PEN
 NAME: ARITA, THEODORE                        B/M       DOB.......:

 SID NUMBER:                FBI NUMBER:             SOC.SEC....:
 HGT........: 6`02          WEIGHT....: 180         HAIR.......: BLACK
 COMPLEXION: MEDIUM BROWN   SHOE SIZE.:             EYES.......: BROWN
 STRIKE....: NO
********************* R E L E A S E     I N F O R M A T I O N *******************
                                                     DNA: Y
 OFFENDER CLASS: 03         GT ACT.: ACT 649         TEST DATE: 06/08/2004
 WRED: 03/28/2033    DN
 PED: NOTELG               DS  ...: 09/26/2033          FTD: 04/10/2034
                          ADJ.TO.: 09/26/2033

 PB ACTION..:             MS ON TOTAL LOSS OF GT         TOTAL SENTENCE
                          TO DATE:                       031YRS/ 00MTH/ 00DAYS
 TYPE ACTION:             RESTORED:      0
 ACTION DATE: 03/21/2000  CTRP Release Factor: 0   DAYS

 COMMENTS: RECOMPUTED UNDER ACT 649.


 DETAINER: N   DETAINER INFO:

---------------------- O F F E N S E   I N F O R M A T I O N --------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015209 | JEF | NA | 07/24/03 | HAB/ATT | ARMED ROBBERY | 001 | 0300000 | | | 000 | 0103 |
| 84506 | IBV | CS | 05/07/07 | / | BATTERY OF CORREC | 001 | 0010000 | NA | | 649 | |

```
DOC #..: 00422864    NAME..: ARITA, T                      PG   2
------------------------------------ A L I A S ------------------------------------
                NONE FOUND
*****************E M E R G E N C Y    C O N T A C T *********************
EMERGENCY CONTACT:                      RELATION.......:
EMERGENCY ADDRESS:                      EMER.CITY/ST:
EMERGENCY ZIPCODE:                      EMERGENCY PHONE:

--------------------- P E R S O N A L   D A T A ---------------------
ADDRESS..
BIRTH CITY:                ,LOUISIANA          CITIZEN..: YES
MARITAL ST: SINGLE         CHILDREN:           RELIGION..: BAPTIST
DRIVER LIC: 00000007865990 - LA                JSEP..:
OCCUPATION: PIPEFITTERS, PLUMBERS, WELDERS, MILLWRIGHTS   EDUCATION.: 12 YRS.
MOTHER`S NAME:                   FATHER`S NAME:

------------------- S C A R S - M A R K S - T A T T O O S -------------------

MARK/INFIRMITY.1:              LITERAL:
MARK/INFIRMITY.2:              LITERAL:
MARK/INFIRMITY.3:              LITERAL:
MARK/INFIRMITY.4:              LITERAL:
MARK/INFIRMITY.5:              LITERAL:

------------------ T R A N S F E R   I N F O R M A T I O N ------------------

                                          FROM      TYPE
   ASSIGNED  LOCATION     PHYSICAL  LOCATION    DATE      SUPV
=====================   =====================   ========  ====
NEW ORLEANS EAST DIST   NEW ORLEANS EAST DIST   02/11/00  B
NEW ORLEANS EAST DIST   ORLEANS PP              06/22/00  B
NEW ORLEANS EAST DIST   RELEASE                 11/19/02  B
OAS/SOUTH JAILS         JEFFERSON PP            05/08/03  A
OAS/SOUTH JAILS         SOUTH LOUISIANA CORRE   05/23/03  A
OAS/SOUTH JAILS         PINE PRAIRIE DETENTIO   05/13/04  A
HUNT RECEPTION AND DI   HUNT RECEPTION AND DI   06/07/04  A
ALLEN CORR CTR          ALLEN CORR CTR          06/21/04  A
ELAYN HUNT CORR CTR     ELAYN HUNT CORR CTR     01/19/05  A
LA STATE PEN            LA STATE PEN            01/29/07  A


   LSP50
   ----------------------------
   PRINTED BY                              08/10/10
```



BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Theodore Arita #422864 Conduct Report

*Connie M^c Cann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4|30|14

Theodore Arita #422864 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

LOUISIANA ___ ENT OF PUBLIC SAFET___ ___ECTIONS___
CONDUCT REPORT

NAME: _Theodore Arita_

DOC: 422864

DATE:

| | REPORT | | | BOARD ACTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
| 1 | 8-9-04 | 11 | 8/11/04 | | 8 dys | | | | 36 days Phone | | TBD medical |
| 2 | 8-14-04 | 3/3/3 | 8-16-04 | (Combined Reports) | | | | Mal/Cust Susp. 90 days | 84 days phone | | |
| 3 | 9-1-04 | 3 | 9-3-04 | | | | | Mal/Cust. | 42 days Rec | | |
| 4 | 9-1-04 | 3 | 9-3-04 | | | | | | 42 days Phone 42 days Rec | | |
| 5 | 9-4-04 | 3/3 | 9-7-04 | Combine Reports | | | | Transferred to Extended Lockdown | 84 days Phone | | |
| 6 | 10-26-04 | 3 | 10-29-04 | | | | | Ad-Seg Extended Lockdown | 84 days Phone | | |
| 7 | 11-2-04 | 3/21 | 11-5-04 | | | | | 10 days Isolation | 84 days Recreation | | |
| 8 | 11-4-04 11-4-04 11-5-04 | 3/3/3 | 11-8-04 | (Combined Reports) | | | | | 84 dys Canteen 84 days Rec. | | |
| 9 | 11/23/04 | 3 | 11/29/04 | | | | | | 84 dys Canteen 84 dys Phone | | |
| 10 | 2/14/05 | 22 | 2/15/05 | | | | | Move to Level 2 - Susp. | | | |
| 11 | 4/17/05 | 21 | 4/19/05 | | | | | Move to Level 1 | | | |
| 12 | 6-8-05 | 10 | 6-10-05 | | | 5 days | | | | 4 days | 5.00 |
| 13 | 7/23/05 | 5 | 7/25/05 | | 6 da | | | | 6 wk phone | | |
| 14 | 7/23/05 | 5 | 7/25/05 | Combined | | | | | | | |
| 15 | 7/23/05 | 22 | 7/25/05 | | | | | | | | |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)

8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication

15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Off (B)

22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense. (B)
29. Disturbance (B)

30. Gen. Prohibited Behavior (B)

4/2002

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Theodore Arita

DOC: 422844

DATE:

REPORT                    BOARD ACTION

| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 8/5/05 | 10 | 8/8/05 | | | | | my Cust Bi | | 30 days | |
| 17 | 8/13/05 | 10 | 8/15/05 | | | | | | 4 wks Cant/SFN | | 5-00 |
| 18 | 8/15/05 | 3 | 8/17/05 | | | | | EXT L/D (Susp) | | 8 days | |
| 19 | 9/3/05 | 5 | 9/14/05 | | | | | | 4 WKS. CANT. Imp | 4 DAYS Imp | |
| 20 | 9/17.05 | 5 | 9-22-05 | | | | | | 2 wks Phone 2 wks Canteen | | |
| 21 | 9-28-05 | 3 | 9-30-05 | | | 10 days | | Imp. Ext. L/D Sentence of 8/17/05 | Le wks phone | | |
| 22 | 10/8/05 | 5 | 10/13/05 | | | | | | 6 wks phone | | |
| 23 | 10/8/05 | 7 | 10/14/05 | | | 10 DAYS | | | | | |
| 24 | 10/9/05 | 3 | 10/12/05 | Combine | | 10 DAYS | | | | | |
| 25 | 10/9/05 | 5 | 10/12/05 | | | | | | | | |
| 26 | 1-28-06 | 10 | 1-31-06 | | 4 days | | | | 4 wks Canteen | | 5.00 |
| 27 | 2/8/06 | 24 | 2/9/06 | | | | | | 1 wk Phone 1 wk Canteen | | |
| 28 | 2/11/06 | 21 | 2/13/06 | | | 10 Days | | Ext. L/D | | | |
| 29 | 3-5-06 | 3 | 3-8-06 | | | 10 | | | | | |
| 30 | 3-8-06 | 3 | 3-13-06 | | | 10 days | | | | | |

1. Contraband
1A. Unauthorized Items (A )
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)

8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication

15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Off (B)

22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense. (B)
29. Disturbance (B)

30. Gen. Prohibited Behavior (B)

4/2002

NAME: Theodore Arita

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY / CORRECTIONS**
**CONDUCT REPORT**

NAME: Theodore Arita

DOC: 422864

DATE:

| REPORT | | | | BOARD ACTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
| 31 | 3/30 | 30B | 3/24/06 | | | 10d | | | | | 8d |
| 32 | 3/19 | 5 | 3/24/06 | | | | | 4 wks Yard | | | |
| 33 | 3/20 | 3 | 3/24/06 | | | 10d | | | | | |
| 34 | 3/22 | 3 | 3/24/06 | Combine | | | | | | | |
| 35 | 3/22 | 3 | 3/24/06 | | | 10d | | | 6 wk phone | | |
| 36 | 3/22 | 3 | 3/24/06 | | | 10d | | | 6 wk Yard | | |
| 37 | 5/5/06 | 3 | 5/9/06 | | | | Remain Level 1 keep | move to Level 1 | 4 wk Phone | | |
| 38 | 5/6/06 | 3 | 5/9/06 | | | | | move to Level 1 | 4 wk Canteen | | |
| 39 | 5/6/06 | 3 | 5/9/06 | combine | | | | | | | |
| 40 | 5/6/06 | 3 | 5/9/06 | | | | | | | | |
| 41 | 5/6/06 | 3 | 5/9/06 | | | | | | | | |
| | 5/30/06 | 3 | 6/8/06 | (DISMISSED) | | | | | | | med bill |
| 42 | 5/30/06 | 3 | 6/8/06 | | | | | Remain Level 1 | | | |
| 43 | 8/3/06 | 21 | 8/8/06 | | | | | move to Level 1 | 8 wk Yard | | |
| 44 | 8/3/06 | 21 | 8/8/06 | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Contraband | 8. Escape (B) | 15. Malingering (B) | 22. Theft (B) | 30. Gen. Prohibited Behavior (B) |
| 1A. Unauthorized Items (A) | 9. Deleted | 16. Rescinded | 24. Unauth. Area (A) | |
| 3. Defiance (B) | 10. Fighting (B) | 17. Prop. Destruction (B) | 25. Deleted | |
| 4. Disobedience (A) | 11. Agg. Fighting | 18. Radio/TV Abuse (A) | 26. Unsanitary Prac. (A) | |
| 5. Agg. Disobedience (B) | 12. Gambling (B) | 19. Self-Mutilation (B) | 27. Work Offense (A) | |
| 6. Disorderly Conduct (A) | 13. Deleted | 20. Rescinded | 28. Agg. Work Offense. (B) | |
| 7. Disrespect (A) | 14. Intoxication | 21. Agg. Sex Off (B) | 29. Disturbance (B) | |

4/2002



## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Theodore Arita

DOC: 422264

DATE:

| REPORT | | | | BOARD ACTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
| 45 | 8/24/06 | 1 | 8/31/06 | | | | | Move Level 1 | Move 8wks Reject Yard | | |
| 46 | 9/22/06 | 21 | 9/26/06 | | | 10 | | Move to Level 1 | | | |
| 47 | 9/23/06 | 3 | 9/28/06 | | | | | Remain Level 1 | 4wks canteen | | |
| 48 | 10/10/06 | 21 | 10/12/06 | | | | | Remain Level 1 | 2 wks canteen | | |
| 49 | 10/15/06 | 21 | 10/17/06 | combine report | | | | Remain level 1 | 12 wks Yard | | |
| 50 | 10/15/06 | 21 | 10/17/06 | | | | | | | | |
| 51 | 10/6/06 | 5 | 10/24/06 | | | | | Remain level 1 | 4 wks Yard | | |
| 52 | 10/27/06 | 1A | 10/31/06 | | | | | Remain Level 1 | | | |
| 53 | 10/30/06 | 1A | 10/31/06 | | | | | Remain Level 1 | | | |
| 54 | 10/30/06 | 17 | 10/31/06 | | | | | Remain Level 1 | 2 wks canteen | | |
| 55 | 10/30/06 | 30-C | 11/9/06 | | | | | Remain Level 1 | 1 wk phone | | |
| 56 | 10/18/06 | 3 | 11/16/06 | | | | | Remain Level 1 | 4 wks canteen | | |
| 57 | 10/24/06 | 3 | 11/16/06 | | | | | | 4 wks Yard | | |
| 58 | 12/20/07 | 10 | 1/9/07 | combine reports | | | | | | | 5.00 |
| 59 | 1/8/07 | 1 | 1/9/07 | | | | | Move Level 1 | 4 wks canteen | | |



1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)

8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication

15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Off (B)

22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)

30. Gen. Prohibited Behavior (B)

4/2002

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**
**CONDUCT REPORT**

NAME: Theodore Arita

DOC: 438864

DATE:

| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 1/12/07 | 3 | 1/16/07 | | | | | | | | |
| 61 | 1/12/07 | 17 | 1/16/07 | | | 10 | | Remain level 1 | | | |
| 62 | 1/12/07 | 5 | 1/16/07 | | | | | | | | |
| 63 | 1/17/07 | 21 | 1/18/07 | | | | | Remain level 1 | 4 wks phone | | |
| 64 | 1/24/07 | 3 | 1/25/07 | | | 10 | | | 2 wks canteen | | |
| 65 | 1/24/07 | 3 | 1/25/07 | | | | | | | | |
| 66 | 1/23/07 | 17 | 1/25/07 | | | 10 | | | 2 wks canteen | | |
| 67 | 1/24/07 | 3,5 | 1/25/07 | | | | | | | | |
| 68 | 1/23/07 | 5 | 1/25/07 | | | | | | | | |
| 69 | 1-24-07 | 5 | 1-25-07 / 12-13-07 | | | 10 da | | | | | ← |
| 70 | 3-18-07 | 3 5 | 3-20-07 | | | C+3 10 da | | | | | #2 for aw |
| 71 | 3-18-07 | 3 5 | 3-20-07 | | | C+2 10 da | | | | | #5 on an lef tier #2 chu |
| 72 | 3-19-07 | 1 | 3-20-07 | | | C+2 10 da | | | | | ← |
| 73 | 3-18-07 | 3 5 21 | 3-20-07 | | | C+3 10 da | | Level I | | | ← |
| 74 | 3-19-07 | 5 | 3-21-07 | | | 10 da | | | | | 2.00 chem agent |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)

8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication

15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Off (B)

22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)

30. Gen. Prohibited Behavior (B)

4/2002

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Theodore Anita

DOC:

DATE: 422864

| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 3-19-07 | 3,5 | 3-21-07 | | | 10 da | | | | | med serv |
| 76 | 8-12-07 | 11 | 8-14-07 | | | | | Level 1 | 2wks yard | | (S) |
| 77 | 1-21-08 | 3 | 1-23-08 | | | cr3 10dip | | | 8wk phone | | SG |
| 78 | 1-22-08 | 3 | 1-24-08 | | | | | (sus 90 dip) Level 2 | | | SG |
| 79 | 2-9-08 | 3 | 2-12-08 | | | | | | 4wk yard | | CS |
| 80 | 2-25-08 | 1 | 2-28-08 | | | cr4 10dip | | Level 1 | | | |
| 81 | 4-18-08 | 21 | 4-22-08 | | | cr5 10dip | | Level 1 | | | |
| 82 | 4-18-08 | 3,5 | 4-22-08 | | | cr5 10dip | | | 12wk canteen | | med exp. |
| 83 | 4-18-08 | 3 | 4-22-08 | | | cr5 10dip | | | 12 wk canteen | | med exp. |
| 84 | 4-18-08 | 5 | 4-22-08 | | | cr5 10dip | | | 12wk canteen | | 57.00 |
| 85 | 4-22-08 | 21 | 4-24-08 | | | cr3 10 dip | | | 12wk yard | | |
| 86 | 7-9-08 | 21 | 7-11-08 | | | cr3 10dip | | Level 1 | | | |
| 87 | 9-23-08 | 3 | 9-25-08 | | | | | Level 1 | | | SG |
| 88 | 9-27-08 | 11 | 9-30-08 | | | cr4 10dip | | | 12wk phone | medical | SG |
| 89 | 1-11-09 | 10 | 1-14-09 | | | | | Level 1 | | | medical |

1. Contraband
2. Contraband, Att. Poss. (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)

8. Att. Escape (B)
   Escape (B)
9. Favoritism
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted

14. Intoxication
15. Malingering (A)
16. Agg. Malingering (B)
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded

21. Agg. Sex Off (B)
22. Theft (B)
23. Theft, Att. (A)
24. Unauth. Area (A)
25. Unauth. Food (A)
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense. (B)

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Theodore Arita

DOC: 422864

DATE:

**REPORT**       **BOARD ACTION**

| No. | Incident Date | Rule No. | Hearing Date | Repri- mand | Extra Duty | Isol. | Loss of G.T. | Rec. Change (Job, Qtrs, Inst.) | Loss of Privileges/ Incentive Wages | Room Conf. | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 7-15-09 | 10 | 7-22-09 | | | | | Level 1 | | | m/ed SG |
| 91 | 9-15-09 | 3,5 | 9-18-09 | | | | | Level 1 | 12 wk canteen | | SG |
| 92 | 7-6-10 | 1 | 7-9-10 | | | | | | 12 wk yard 12 wk canteen | | LD |
| 93 | 11-11-10 | 3 | 11-16-10 | | | | | J ext 4D (sus 90 days) | | | LD |
| 94 | 3-16-11 | 21e | 3-18-11 | | | | | level 1 | 8 wk loss yard | | LD |
| 95 | 6-19-11 | 11 | 6-21-11 | | | | | | 12 wk yard 8 wk canteen | | LD |
| 96 | 8-10-11 | 10 | 8-12-11 | | | | | level 2 (sus 90 days) | 4 wk phone | | LD |
| 97 | 11-7-11 | 3 | 11-9-11 | | | | | level 1 | 8 wk canteen | | CD |
| 98 | 3-7-12 | 10 | 3-9-12 | | | | | level 1 | | | CD |
| 99 | 9-24-12 | 10 | 9-26-12 | | | | | level 1 | | | CD |
| 100 | 10-30-12 | 3/6 | 11-2-12 | | | | | | Loss of 12 wk canteen Loss of 12 wks Phone | | Pw |
| 101 | 10-30-12 | 5 | 11-2-12 | | | | | | 10 Days Drp. Det | | Pw |
| 102 | 11-29-12 | 3,5 | 12-3-12 12-5-12 | | | | | | 12 wk Phone 10 days Dis. Det | | Pw |
| 103 | 11-29-12 | 3,5 | 12-3-12 12-5-12 | | | | | | 12 wk canteen 10 days Dis. Det | | PD |
| 104 | 7/13/13 | 30w | 7/16/13 | | | | | Tier change | 2 wks yard | | |
| 105 | 4-24-14 | 20 | 4-29/14 | | | | | 10 days isol | wks yard | | CS |



1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)

7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)

13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)

19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted

26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen. Prohibited Behavior (B)



BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Theodore Arita #422864 Location Sheet

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4/30/14

Theodore Arita #422864 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

## INMATE LOCATION SHEET

NAME: _Theodore Arita_    DOC.# _422864_

| DATE POSTED | LOCATION | | WORK ASSIGNMENT/CUSTODY | | AUTHORITY |
|---|---|---|---|---|---|
| 6/21/04 | Intake | ALC | Receiving | | Wd Andrew |
| 6/21/04 | Jupiter | A2-4 | Orientation | Med | Wd Andrew |
| 6/29/04 | Jupiter | A1-35 | Fieldline 2 | Med | RCB |
| 8/9/04 | Mars | B1-5 | PHD #10 | Med | Cpt Garrett |
| 8/11/04 | Jupiter | C1-13 | Fieldline 2 | Med | DBC |
| 8/14/04 | Mars | B1-11 | PHD #3 | Med | Cpt Scruggs |
| 8/16/04 | Jupiter | C1-13 | Fieldline 3 | Med | DBC |
| 9/4/04 | Mars | C2-7 | PHD #3 | Med | Ol Fowler |
| 9/13/04 | Mars | C2-7 | WCB/Backlog | Max | DBC |
| 9/14/04 | Mars | C2-7 | PHD #3 | Max | Cpt Guillon |
| 9/??/04 | Mars | C1-10 | Ad. Seg. Pending transfer | Max | DBC |
| 9/9/04 | Mars | C1-11 | Ad Seg. Pending transfer | Max | Cpt Gulley |
| 10-14-04 | MARS | C2-04 | Farmline | MAX | cpt. Reed |
| 10/18/04 | Mars | B1-3 | WCB Backlog | Maj | Cpt Reed |
| 10-20-04 | Mars | A2-6 | Farmline | MAX | cpt. Scruggs |
| 10/21/04 | Mars | B1-1 | PHD #3 | Maj | Cpt Reed |
| 10/29/04 | Mars | B1-1 | Adseg. pend. transfer | Maj | DBC |
| 11-4-04 | MARS | C1-9 | Adseg. pend. Transfer | MAX | cpt. Reed |
| 11-5-04 | Mars | C1-9 | Isolation | Maj | DBC |
| 11-14-04 | Mars | C1-9 | Adseg pend. TRANSFER | Maj | DBC |
| 1-13-05 | Mars | C1-2 | Adseg. pend transfer | Maj | Maj Thomas |

01-19-05 m Transfered

ARITA, THEODORE
422864 CUSCHG 01/19/2005
ARDC
P.CUST=TRF

ARITA, THEODORE
422864 CUSCHG 01/19/2005
MAX   CLS
P.CUST=ARDC

ARITA, THEODORE
422864 JOBCHG 01/19/2005
0000   IDLE
P.JOB=

ARITA, THEODORE
422864 JOBCHG 01/19/2005
6000   EXT L/D
P.JOB=IDLE

ARITA, THEODORE
422864 ALCHG 01/19/2005
CBAOP
P.LOC=

ARITA, THEODORE
422864 DRMCHG 01/19/2005
CBA
P.DORM=

ARITA, THEODORE
422864 DRMCHG 01/20/2005
CB
P.DORM=

ARITA, THEODORE
422864 ALCHG 02/03/2005
RTQ CBF
P.LOC=CBAOP

ARITA, THEODORE
422864 DRMCHG 02/03/2005
CBF
P.DORM=CB

ARITA, THEODORE
422864 JOBCHG 04/27/2005
6261   SQ 2
P.JOB=EXT L/D

ARITA, THEODORE
422864 DRMCHG 04/27/2005
B4D
P.DORM=CBF

## MATE LOCATION SHEET

NAME: _Theodore Arita_      DOC: _422864_

| DATE/POSTED BY:   LOCATION | WORK ASSIGNMENT/CUSTODY | AUTHORITY |
|---|---|---|
| ARITA, THEODORE<br>422864 ALCHG 06/08/2005<br>B2B0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 08/05/2005<br>B2C0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 09/28/2005<br>B2C0<br>P.LOC= |
| ARITA, THEODORE<br>422864 ALCHG 06/10/2005<br>RTQ B4D<br>P.LOC=B2B0 | ARITA, THEODORE<br>422864 CUSCHG 08/08/2005<br>MAX   DBC<br>P.CUST=MED | ARITA, THEODORE<br>422864 JOBCHG 09/30/2005<br>6000  EXT L/D<br>P.JOB=SQ 2 |
| ARITA, THEODORE<br>422864 ALCHG 06/10/2005<br>B2BI<br>P.LOC= | ARITA, THEODORE<br>422864 JOBCHG 08/08/2005<br>6261  SQ 2<br>P.JOB=SQ 3 | ARITA, THEODORE<br>422864 ALCHG 09/30/2005<br>B2CI<br>P.LOC=B2C0 |
| ARITA, THEODORE<br>422864 ALCHG 06/13/2005<br>RTQ B4D<br>P.LOC=B2BI | ARITA, THEODORE<br>422864 ALCHG 08/08/2005<br>RTQ B1B<br>P.LOC=B2C0 | ARITA, THEODORE<br>422864 DRMCHG 09/30/200!<br>B5C<br>P.DORM=B1C |
| ARITA, THEODORE<br>422864 CUSCHG 07/20/2005<br>MED   CRB<br>P.CUST=MAX | ARITA, THEODORE<br>422864 DRMCHG 08/08/2005<br>B1B<br>P.DORM=F6D | ARITA, THEODORE<br>422864 ALCHG 10/08/2005<br>B2C0P<br>P.LOC=B2CI |
| ARITA, THEODORE<br>422864 JOBCHG 07/20/2005<br>6262  SQ 3<br>P.JOB=SQ 2 | ARITA, THEODORE<br>422864 DRMCHG 08/08/2005<br>B1C<br>P.DORM=B1B | ARITA, THEODORE<br>422864 ALCHG 10/12/2005<br>B2CI<br>P.LOC=B2C0P |
| ARITA, THEODORE<br>422864 DRMCHG 07/20/2005<br>F6C<br>P.DORM=B4D | ARITA, THEODORE<br>422864 ALCHG 08/13/2005<br>B2B0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 10/12/200!<br>B2C0<br>P.LOC=B2CI |
| ARITA, THEODORE<br>422864 ALCHG 07/23/2005<br>B2A0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 08/15/2005<br>RTQ B1C<br>P.LOC=B2B0 | ARITA, THEODORE<br>422864 DRMCHG 10/24/20(<br>CB<br>P.DORM=B5C |
| ARITA, THEODORE<br>422864 ALCHG 07/25/2005<br>B2A0P<br>P.LOC=B2A0 | ARITA, THEODORE<br>422864 ALCHG 08/16/2005<br>B2C0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 10/28/200!<br>RTQ CBF<br>P.LOC=B2C0 |
| ARITA, THEODORE<br>422864 ALCHG 08/02/2005<br>RTQ F6D<br>P.LOC=B2A0P | ARITA, THEODORE<br>422864 ALCHG 08/17/2005<br>B2C0P<br>P.LOC=B2C0 | ARITA, THEODORE<br>422864 DRMCHG 10/28/20<br>CBF<br>P.DORM=CB |
| ARITA, THEODORE<br>422864 DRMCHG 08/02/2005<br>F6D<br>P.DORM=F6C | ARITA, THEODORE<br>422864 ALCHG 08/19/2005<br>RTQ B1C<br>P.LOC=B2C0P | ARITA, THEODORE<br>422864 JOBCHG 01/27/2006<br>6261 SQ 2<br>P.JOB=EXT L/D |

# INMATE LOCATION SHEET

NAME: Arita, Theodore                    DOC: 422864

| DATE / POSTED BY:    LOCATION | WORK ASSIGNMENT / CUSTODY | |
|---|---|---|
| ARITA, THEODORE<br>422864 DRMCHG 01/27/2006<br>B1A<br>P.DORM=CBF | ARITA, THEODORE<br>422864 ALCHG 03/09/2006<br>CBBI<br>P.LOC=B2AI | ARITA, THEODORE<br>422864 ALCHG 09/02/2006<br>RTQ CBE<br>P.LOC=CBB0 |
| ARITA, THEODORE<br>422864 DRMCHG 01/27/2006<br>B1D<br>P.DORM=B1A | ARITA, THEODORE<br>422864 ALCHG 03/13/2006<br>B2BI<br>P.LOC=CBBI | ARITA, THEODORE<br>422864 DRMCHG 09/25/2006<br>CBD<br>P.DORM=CBE |
| ARITA, THEODORE<br>422864 ALCHG 01/28/2006<br>B2A0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 03/13/200<br>B2AI<br>P.LOC=B2BI | ARITA, THEODORE<br>422864 ALCHG 09/29/200<br>CBDI<br>P.LOC= |
| ARITA, THEODORE<br>422864 ALCHG 01/30/2006<br>RTQ B1D<br>P.LOC=B2A0 | ARITA, THEODORE<br>422864 ALCHG 03/23/2006<br>B2A0<br>P.LOC=B2AI | ARITA, THEODORE<br>422864 ALCHG 10/09/200<br>CBEI<br>P.LOC=CBDI |
| ARITA, THEODORE<br>422864 ALCHG 02/11/2006<br>B2A0<br>P.LOC= | ARITA, THEODORE<br>422864 ALCHG 03/24/2006<br>B2AI<br>P.LOC=B2A0 | ARITA, THEODORE<br>422864 ALCHG 10/10/20<br>CBDI<br>P.LOC=CBEI |
| ARITA, THEODORE<br>422864 JOBCHG 02/13/2006<br>6000  EXT L/D<br>P.JOB=SQ 2 | ARITA, THEODORE<br>422864 ALCHG 03/28/200<br>B2A0<br>P.LOC=B2AI | ARITA, THEODORE<br>422864 ALCHG 10/18/200<br>CBBI<br>P.LOC=CBDI |
| ARITA, THEODORE<br>422864 DRMCHG 02/13/2006<br>CB<br>P.DORM=B1D | ARITA, THEODORE<br>422864 ALCHG 04/07/2006<br>B2AI<br>P.LOC=B2A0 | ARITA, THEODORE<br>422864 ALCHG 10/20/2<br>CBDI<br>P.LOC=CBBI |
| ARITA, THEODORE<br>422864 ALCHG 02/21/2006<br>B2A0P<br>P.LOC=B2A0 | ARITA, THEODORE<br>422864 ALCHG 04/07/200<br>RTQ CBE<br>P.LOC=B2AI | ARITA, THEODORE<br>422864 ALCHG 11/19/<br>RTQ CBD<br>P.LOC=CBDI |
| ARITA, THEODORE<br>422864 ALCHG 03/08/2006<br>B2AI<br>P.LOC=B2A0P | ARITA, THEODORE<br>422864 DRMCHG 04/07/2006<br>CBE<br>P.DORM=CB | |
| | ARITA, THEODORE<br>422864 ALCHG 09/01/2006<br>CBB0<br>P.LOC= | |

INMATE LOCATION SHEET

NAME: Theodore Arita                    DOC# 422864

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| JAN 2 9 2007 | au | idle | |
| JAN 2 9 2007 | Gtr 4L | ext ld    MAX | JCB |
| 1-31-07 | RCAU | Idle | Jordu |
| 1-31-07 | gmuk | ext | Reed |
| 3-1-07 MS | RCAU | Idle | Dillon |
| 3-1-07 MS | GTR 4/L | Ext | Reed |
| 3-5-07 | RCAU | Idle | Jmes |
| 3-5-07 | Gtr 4/L | ext | Ell.3 |
| 3-19-07 | Jgr 1/R | avn | Jous |
| 3-20-07 | Cuda 3/R | ext | DB |
| 4-14-07 | sh. 1/R | ext | TC |
| 4/26/07 S6. | Gtr 1/L | Ext | CBRB |
| 5-7-07 | RCAU | Idle | Dillon |
| 5-7-07 | Gtr 1/L | ext | Gail |
| 5-24-07 | Gtr 2/R | ext | TC |
| 7-2-07 | sh. 2/R | ext | CBRR |
| 8-16-07 | Cuda 3/L | ext | DBBL |
| 9-7-07 | SK 2/R | Ext | ELLS |
| 12-19-07 | Gar 3L | ext | CBRB |
| 1-22-08 | Gar 1/R | avn | Ell.3 |
| 1-23-08 | Gar 3/L | ext | DB-rrtu |
| 2-2-08 | Gar 1/R | avn | Ell.3 |
| 2-14-08 | Gar 3/L | ext | DB, rn |

## INMATE LOCATION SHEET

NAME: _Theodore Anita_     DOC#: _422469_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 2-25-08 SG. | Gar 1/R | Adm. | Jordson |
| 3-28-08 E | Gtr 3/R | ext | DB |
| 4-1-08 E | Gtr 2/R | ext | CBRB |
| 4-18-08 E | Gar 1/R | adm | Ellis |
| 5-2-08 E | Gtr 3/L | ext | DB |
| 5-3-08 E | 9tr 3/R | ext | TC |
| 5-12-08 E | 9tr 3/L | ext | TC |
| 6-10-08 E | Gtr 2/R | ext | CBRB |
| 6-11-08 E | Sk1/R | ext | TC |
| 6-19-08 E | TC wd1 | L/R trng | Lewis |
| 6-19-08 E | Sk1/R | ext | Lewis |
| 7-16-08 E | Gtr 3/R | ext | DB |
| 8-23-08 SG | Cuda 3/R | Ext. | Ellis |
| 9-16-08 E | Cuda 3/L | ext | Ellis |
| 9-22-08 E | Gtr 3/L | ext | DB |
| 9-27-08 E | Gar 1/R | adm | Picote |
| 9-30-08 E | 9tr 3/L | ext | DB-raw |
| 10-14-08 E | S 2 3/R | ext | JBRB |
| 1-11-09 E | Gar 1/R | adm | Ellis |
| 1-31-09 E | Cuda 3/R | ext | DB |
| 2-12-09 E | Gtr 3/L | ext | TC |
| 3-5-09 E | Cuda 4/R | ext | CBRB |
| 3-9-09 E | Gtr 4/R | ext | TC |
| 4-22-09 E | TC wd1 | L/R trng | Ellis |
| 4-22-09 E | Gtr 4/R | ext | Stone |

## INMATE LOCATION SHEET

NAME: ___Theodore  anita___    DOC#: ___422864___

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 6-4-09 | Gtr 2/R | uff | Ellis |
| 7-17-09 | Gw 1/R | adm | Dicote |
| 7-25-09 | cuda 3 R | uff | DB |
| 7-29-09 TD | TCW1 | 4R trip | Myers |
| 7-29-09 TD | J cuda 3/L | Ext | Stone |
| 9-15-09 TD | TCW1 | 4R Trip | Conrad |
| 9-15-09 TD | J Cuda 3/L | ext | Conrad |
| 10-6-09 SG | Cuda 3/R | Ext. | CBRB |
| 10-23-09 TD | Gar 4/R | Adm | Tolliver |
| 10-23-09 TD | Cuda 3/R | Ext 4/D | Tolliver |
| 11-3-09 TD | Gtr. 4/L | ext 4/D | Tolliver |
| 11-4-09 TD | TCW1 | 4R Trip | Dauzat |
| 11-4-09 TD | Gtr 4/L | ext | Ellis |
| 11-5-09 TD | Cuda 1/R | ext | Ellis |
| 1-27-10 SG | Cuda 1/L | Ext | Ellis |
| 2-24-10 TD | RCAU | Idle | Lamoine |
| 2-24-10 TD | Cuda 1/L | ext. | Reed |
| 4-12-10 TD | TU 4/E | Adm | Webb |
| 4-14-10 TD | Cuda 1/L | ext. LD | Mellot |
| 4-26-10 TD | SK 4/R | ext. | Oubre |
| 7-6-10 MS | gar 1/R | adm | Ellis |
| 7-7-10 TD | SK 4/R | ext. LD | Vines |
| 7-15-10 TD | SK 1/L | ext. | Ellis |
| 8-26-10 TD | Cuda 4/R | ext. | Ellis |
| 10-21-10 TD | Cuda 1/R | ext. | Ellis |

## INMATE LOCATION SHEET

NAME: Theodore Arita                DOC#: 422864

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11·9·10 TD | HWK 4/R | ext. | Payne |
| 11·11·10 TD | HWK 1/R | Adm | Davis |
| 11·17·10 TD | Gtr 4/L | ext. | ellis |
| 12·4·10 TD | Gtr 4/R | ext. | Vines |
| 1·13·11 TD | Gtr 4/L | ext. | ellis |
| 5·12·11 TD | Cuda 3/R | ext. | Vines |
| 6·15·11 TD | Gtr 4/L | ext. | Jenkins |
| 6·19·11 TD | Gtr 3/R | ext. | Jason |
| 7·5·11 TD | Gtr 4/R | ext. | ellis |
| 8-10-11 AS | Gar 1/R | adm. | Ellis |
| 8·15·11 TD | Gar. 4/R | ext. | ellis |
| 11·8·11 TD | Gar 4/L | ext. | ellis |
| 2·9·12 TD | Gar 2/L | ext. | Stack |
| 3·7·12 TD | Gar 1/R | Adm | ellis |
| 3-9-12 AS | Gtr 3/R | ext | Barton |
| 4-19-12 sm | Cuda 3/L | ext | ellis |
| 7-19-12 sm | Gar 4/L | ext. | tolliver |
| 9-24-12 sm | Gar 4/R | adm | ellis |
| 9-26-12 sm | Gtr 3/R | ext. | collins |
| 10-30-12 sm | Gar 4/R | adm | Whitaker |
| 11-3-12 sm | Gar 3/R | ext. | Tolliver |
| 11-4-12 sm | Gar 4/R | adm. | Tolliver |
| 11-8-12 PW | Gar 3/R | ext | Tolliver |
| 11-29-12 PW | Gar 1/R | adm | Ellis |
| 12-9-12 SM | Gtr 3/R | ext. | Tolliver |

## INMATE LOCATION SHEET

NAME: Theodore, Arita                          DOC#: 422864

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 1-15-13 Pw | Cuda 2/R | ext | Ellis |
| 5-23-13 UL | J.Sk 2A | Ext | Smith |
| 6/20/13 um | gar 1/r | adm | williams |
| 6-24-13 | Cuda 1/L | Ext | tolliver |
| 7-13-13 | Gaw 1/R | Adm | tolliver |
| 7-16-13 | Gar 2/R | Ext | RtCBBK |
| 9/30/13 um | trau | Idle | Doherty |
| 9/30/13 um | gar 2/L | ext | wiley |
| 10/1/13 um | trau | Idle | allen |
| 10/1/13 um | gar 2/L | ext | wiley |
| 10/2/13 | Trau | Idle | Wiley |
| 10/2/13 | gar 2/L | Ext | mealy |
| 10/3/13 um | Trau | Idle | mealy |
| 10/3/13 um | gar 2/L | ext | Wyatt |
| 10/4/13 um | trau | Idle | mealy |
| 10/4/13 um | gar 2/L | ext | allen |
| 1-9-14 | Gar 1/R | Adm | Wyatt |
| 1-10-14 AS | gar 2/L | ext | Smith |
| 2-19-14 | Hwk 3/L | ext | Payne |
| 4/8/14 (88) | D Hwk 3/R | ext | Daughtrey |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |