# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (# 422864)          :     CIVIL ACTION

                                   :     NO. 14-116-BAJ-SCR

VERSUS

                                   :     JUDGE JACKSON

MAJOR HOOKER, ET AL.               :     MAGISTRATE JUDGE RIEDLINGER

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

BEFORE ME, the undersigned Ex Officio Notary Public in and for the State of Louisiana, personally came and appeared

## JIMMY SMITH

who after being duly sworn did depose and state as follows:

1.

I have been employed by the Louisiana Department of Public Safety and Corrections for approximately 30 years, all of them at Louisiana State Penitentiary in Angola, Louisiana. ("LSP").

2.

I am a Colonel who was the ranking supervisor in charge of all of Camp J on November 29, 2012.

3.

At the request of the Attorney General's Office, I have read the claims inmate Theodore Arita asserts against me in the complaint.



STATE'S
EXHIBIT
E

1

4.

The allegations asserted against me in this lawsuit are untrue.

5.

I was not on the Gator 3 right unit when the alleged events giving rise to the lawsuit occurred. I was informed of the incident, however I was unable to report to the unit because I was performing other duties within Camp J.

6.

Contrary to the allegations asserted against me in this lawsuit, I did not stand by in the hallway on the Gator 3 right unit or in front of the shower cell while plaintiff was allegedly subjected to excessive force on November 29, 2012. I likewise did not laugh nor did I say, "That's the one like to sue officers, he's going learn that no one will believe a violent inmate over us."

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_____        _____
WITNESS                                                         JIMMY SMITH

_____
WITNESS

SWORN    TO    AND    SUBSCRIBED    before    me,    this    _13_    day    of
_May_____, 2014, at Angola, Louisiana.

_____
EX OFFICIO NOTARY # 77912
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LS

2