

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Cp. J Gator Unit Chemical Agent Logbook date 11/29/2012 – 11/30/2012

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 5|8|14

Theodore Arita #108026 Case



STATE'S
EXHIBIT
I
Blumberg No. 5138

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



GATOR
GAS LOG

# DORMITORY LOGBOOK

# DORMITORY # Gator

_6-23-11_ **TO** _1-1-14_
**(BEGINNING DATE)** **(CLOSING DATE)**

OFFICER NAME:_____    SHIFT_____

DATE:_____

| TIME | OFFICER ENTRY |
|---|---|
| 11/29/12 | 7:11 Am    A    4.6    B    Capt John Sanders |
|  | B    4.0    B    13335 |
| 11/29/12 | Used Can-A on offender M. Steward refused to come to the bars Capt. J Sanders. New weight for Can-A 4.0 |
| 11-29-12 | Used Can-B on offender ? Refused to ceaded disturbance on tier 1 pepper Burst 4.0 after use Stared 3.7 now weight |
| 11/29/12 | 12:38 Pm    A    4.0    B    Capt John Sanders |
|  | B    3.7    B |
| 11/29/12 | 6:55 p    A    4.0    D    K. Hamez |
| 11/29/12 | 5:55 p    B    3.7    D    104625 |
| 11/30/12 | 12:06 A    A    4.0    D    K. Hamez |
| 11/30/12 | 12:06 A    B    3.7    D    104629 |
| 11-30-12 | 658 A    A    4.0    A    Capt M Callahon |
| 11-30-12 | 658 A    B    3.7    A |
| 11-30-12 | 118 P    A    4.0    A    Capt M Callahan |
| 11-30-12 | 118 P    B    3.7    A |
| 11-30-12 | 6:45 Pm    Can A 4.0    C-Team    H. Ware, Webb, Capt 107634 |
| 11-30-12 | 6:45 Pm    Can B 3.7    C-Team    H. Ware, Webb, Capt 107634 |
| 11-30-12 | 1:00 Pm    Can A 4.0    C-Team    Thomas Will 106095 |
| 11-30-12 | 1:00 Pm    Can B 3.7    C Team    Thomas Will 106095 |