UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (#422864)           CIVIL ACTION

VERSUS

MAJ. HOOKER, ET AL.                NO.:14-00116-BAJ-SCR

RULING AND ORDER

On September 24, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Theodore Arita's Order to Show Cause and Temporary Restraining Order, and Preliminary Injunctions (Doc. 6) be denied. (Doc. 7.) Plaintiff asserts that, as a result of being beaten without provocation by prison officials, the Court should issue a temporary restraining order and preliminary injunction directing an MRI of his body to be taken by a radiologist.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 7, at 1.) A review of the record indicates that Plaintiff had not filed an objection to the Magistrate Judge's Report and Recommendation by the applicable filing deadline.

Having carefully considered the Magistrate Judge's Report, the record, and the

applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report (Doc. 7)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiff Theodore Arita's **Order to Show Cause and Temporary Restraining Order, and Preliminary Injunctions (Doc. 6)** is **DENIED**.

Baton Rouge, Louisiana, this 2nd day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA