# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THEODORE ARITA (#422864)** | : | **CIVIL ACTION** |
| | : | **NO. 14-116-BAJ-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JACKSON** |
| **MAJOR HOOKER, ET AL.** | : | **MAGISTRATE JUDGE RIEDLINGER** |

**************************************************************************

## VERIFICATION

I am a defendant in the above-entitled action. I have read the foregoing answers to plaintiff's First Set of Interrogatories filed my inmate Theodore Arita (DOC #422864). The matters stated in the discovery responses are true and of my own knowledge except those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct.

Date: _04-02-15_

_____
Jimmy Smith


STATE'S
EXHIBIT
A
Blumberg No. 5138

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THEODORE ARITA (#422864)** | : | **CIVIL ACTION** |
| | : | **NO. 14-116-BAJ-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JACKSON** |
| **MAJOR HOOKER, ET AL.** | : | **MAGISTRATE JUDGE RIEDLINGER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### VERIFICATION

I am a defendant in the above-entitled action. I have read the foregoing answers to plaintiff's First Set of Interrogatories filed my inmate Theodore Arita (DOC #422864). The matters stated in the discovery responses are true and of my own knowledge except those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct.

Date: 4-1-15

Joseph Hooker