

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Disciplinary Report by Joseph Hooker date 11/29/2012

_Connie Mc Cann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 5 | 13 | 14

Theodore Arita #108026 Case



Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: | LSP |

| 1. Name Of Inmate: Theodore Arita | 2. Number: # 422864 | 3. Date of Incident: 11-29-12 | 4. Time Of Incident: 8:25 am |
|---|---|---|---|
| 5. Place Of Incident: Gator 3 Right | 6. Job Assignment (Inmate): Extended Lockdown | | 7. Housing Assignment (Inmate): Gator 3 Right Cell # 9 |
| 8. Rule Violated: Defiance, Aggravated Disobedience | 9. Rule Number: # 3 # 5 | | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time offender Theodore Arita # 422864 began to cause a disturbance on Gator 3 Right (Cell # 9) tier by racking down and throwing objects out of his cell on the tier. A cell extraction was being conducted on offender Michael Steward # 119852 (Cell # 7) on the same tier. I Major Joseph Hooker gave offender Arita several orders to cease the disruption and he refused all orders given. The cell extraction was then conducted on offender Steward. I then exited the tier and obtained a can of Sabre Red Phantom Chemical Agent. I then returned to offender Aritas' cell and gave him several more direct verbal orders to cease the disruption and he again refused all orders given. I was then forced to administer a one second burst of chemical agent into offender Aritas' cell. I again ordered offender Arita to cease the disruption and he again refused all orders given. Offender Arita then picked up a stack of papers and threw them at the cell bars. The cell entry team had removed offender Steward from his cell and placed him

11. Inmate Placed in Adm. Seg.  ☒ Yes  ☐ No

12. Signature of reporting employee: _____

13. Name, Title, Assignment (Print), Major Joseph Hooker Camp-J B-Team

| 14. Date of Report: 11-29-12 | 15. Time of Report: 12:00 pm | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|

18. Plea by Inmate: ☑ Not Guilty  ☐ Guilty    19. Verdict: ☐ Not Guilty  ☑ Guilty

20. Date of Hearing: 12-5-12    12-5-12

21. Counsel Substitute: DOC#: 124657

22. Motions: No Motors

23. Reasons for Disposition:
- ☑ Report is clear and precise.
- ☑ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☑ The officer's version is determined to be more credible than the inmate's.
- ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report.
- ☐ The inmate presented no evidence to refute the charges.
- ☑ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.
- ☐ Plea bargain.
- ☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ☑ Seriousness of offense.
- ☑ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____
- A total of _____ # _____ rule violations since _____
- ☐ Other _____

25. Sentence: Loss 12 wks Canteen    Suspended ☐ _____ Days    Imposed ☑

26. Sentence: 10 Days D.S.P. Rest OR    Suspended ☐ _____ Days    Imposed ☑

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER   Jennifer Eller

★★★ TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ★★★

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____ I _____

INMATE'S NAME: _____ Theodore Arita _____ NUMBER: _____ # 422864 _____

DATE: _____ 11-29-12 _____ TIME: _____ 12:00 pm _____

in the shower. I then ordered the cell entry team to extract offender Arita from his cell to be placed on Adm Seg. Offender

Arita was then extracted from his cell. Both offenders Steward and Arita were given the opportunity to shower, given a

clean jumpsuit, and was escorted by the cell extraction team to the REBTC for further evaluation and treatment. Col.

Smith and Warden Butler were notified.

RECEIVED
NOV 3 0 2012
DISCIPLINARY OFFICE
Louisiana State Penitentiary

**COPY GIVEN TO INMATE BY:**                                              **REPORTING OFFICER:**



BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Unusual Occurrence Report by Joseph Hooker date 11/29/2012

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 5 | 13 | 14

Theodore Arita #108026 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Form C-05-001-W-1
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name: Theodore Arita | Number: # 422864 | Dorm Or Cellblock: Gator 3 Right | Date Of Incident: 11/29/12 | Time Of Incident: Approx. 8:25 am |
|---|---|---|---|---|
| Location Of Incident: Gator 3 Right Cell #9 | | Witnesses: N/A | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☒ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time offender Theodore Arita # 422864 began to cause a disturbance on Gator 3 Right (Cell # 9) tier by racking down and throwing objects out of his cell on the tier. A cell extraction was being conducted

Major Joseph Hooker

Date Completed 11-29-12

Time Completed 11:30AM

| Name: | Number: | Dorm or Cellblock: | Date of Incident: | Time of Incident: |
|---|---|---|---|---|
| Theodore Arita | # 422864 | Gator 3 Right | 11/29/12 | 8:25 am |

| Location of Incident: | Witnesses: |
|---|---|
| Gator 3 Right Cell # 9 | N/A |

### (Description of Incident Continued)

on offender Michael Steward # 119852 (Cell # 7) on the same tier. 1 Major Joseph Hooker gave offender Arita several

orders to cease the disruption and he refused all orders given. The cell extraction was then conducted on offender

Steward. I then exited the tier and obtained a can of Sabre Red Phantom Chemical Agent. I then returned to offender

Aritas' cell and gave him several more direct verbal orders to cease the disruption and he again refused all orders

given. I was then forced to administer a one second burst of chemical agent into offender Aritas' cell. I again ordered

offender Arita to cease the disruption and he again refused all orders given. Offender Arita then picked up a stack

of papers and threw them at the cell bars. The cell entry team had removed offender Steward from his cell and placed him

in the shower. I then ordered the cell entry team to extract offender Arita from his cell to be placed on Adm Seg. Offender

Arita was then extracted from his cell. Both offenders Steward and Arita were given the opportunity to shower, given a

clean jumpsuit, and was escorted by the cell extraction team to the REBTC for further evaluation and treatment. Col.

Smith and Warden Butler were notified.

Major Joseph Hooker

11-29-12
Date Completed

11:30 AM
Time Completed

2