

BOBBY JINDAL
Governor

**State of Louisiana**
Department of Public Safety and Corrections
Louisiana State Penitentiary

JAMES M. Le BLANC
Secretary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Cp. J Gator Unit Chemical Agent Logbook date 11/29/2012 – 11/30/2012

_Connie M⁻Cann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: _5 | 8 | 14_

Theodore Arita #108026 Case


STATE'S
EXHIBIT
D

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



GATOR

GAS LOG

# DORMITORY LOGBOOK

# DORMITORY # Gator

6-23-11 _____ TO _____ 1-1-14

(BEGINNING DATE)        (CLOSING DATE)

OFFICER NAME:_____    SHIFT_____

DATE:_____

| TIME | OFFICER ENTRY |
|---|---|
| 11/29/12 7:10 Am | A 4.6 B Capt _____ Smith _____ B 4.0 B _____ |
| 11/29/12 | Used Can-A on offender M. Steward refused to come to the bars Capt. Sanders. New wieght for Can-A 4.0 |
| 11-29-12 | Used Can B on offender J. Anite refused to comply w/ disturbance on tier 1 of secured Burst 4.0 after use. Stared 3.7 new weight _____ |
| 11/29/12 12:38 Pm | A 4.0 B Capt July B 3.7 B Smith |
| 11/29/12 6:55 p | A 4.0 D K. Harvey |
| 11/29/12 5:55 p | B 3.7 D 104629 |
| 11/30/12 12:06A | A 4.0 D K. Harvey |
| 11/30/12 12:06A | B 3.7 D 104629 |
| 11-30-12 658A | A 4.0 A Capt M Callahan |
| 11-30-12 658 A | B 3.7 A |
| 11-30-12 118 P | A 4.0 A Capt M Callahan |
| 11-30-12 118 P | B 3.7 A |
| 11-30-12 6:45Pm | Can A 4.0 C-Team Harry Webb Cpl 107634 |
| 11-30-12 6:45Pm | Can B 3.7 C-Team Harry Webb Cpl 107634 |
| 11-30-12 1:00Pm | Can A 4.0 C-Team Leonard Will 106095 |
| 11-30-12 1:02Pm | Can B 3.7 C Lan Leonard Will 106095 |