

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present |
| ☐ Mental Health only | ~ tail bone/lower back, etc. |
| | ~ hands, thumb |
| ☐ Medical and Mental Health | ~ knees – left knee in particular |
| | ~ elbow |
| ☐ Other | |

| Copies made for: | Stacey Johnson AG's Office |
|---|---|

| Signature: _Jamie Sharp_ | Date: 4/13/15 |
|---|---|
| Jamie L. Sharp Ex-Officio Notary Public, #92150 Department of Public Safety and Corrections/LSP | |

STATE'S EXHIBIT
I
Blumberg No. 5138

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

### DIAGNOSTIC RADIOLOGY

| | | |
|---|---|---|
| Clinic | ☐ Emergency Room | NAME: _Theodore Anita_ |
| n-patient - Location Room/Bed _____ | ☐ Isolation | |
| agnosis & Pertinent Clinical Information | | DOC#: _422864_ |
| _Tmp + neck pain_ | | |
| _c radicular symptoms_ | | LOCATION: _J Gar 2 L 13_ |
| te Exam Desired: | Physician: _R Toce_ | AGE: _34_    RACE: _B_ |
| vious X-Ray Done:  Yes  No | Exam Date: | Exam Time:    AM    PM |
| amination Ordered: _T spine + C spine_ | | |
| chnician Remarks: | | Technician Initials: |

P-TCXR 02    Rev. 04/2012

DIAGNOSTIC RADIOLOGY

**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)721-0420

Name:        Theodore Arita
Patient ID:  898516
DOB:
Phone:
Acc #:       2414101
Secondary ID: 422864

Exam Date: 12/06/2013 02:11 PM
Exam:      XR THORACIC 2 VIEWS | 72070
Referrer:  Physician Unknown,

**EXAM:** XR THORACIC 2 VIEWS

**CLINICAL HISTORY:** Back pain

**FINDINGS:** Vertebral body heights are preserved. There are no fractures identified. The pedicles appear intact.

**IMPRESSION:** Normal thoracic spine

Report Electronically Signed by:  Richard Hanson MD
Report Electronically Signed on:  12/06/2013

Patient Name:     Theodore Arita
Patient ID:       898516
Completed Date:   12/06/2013 02:11 PM
Transcribed By:   P360 PowerScribe
Transcribed Date: 12/06/2013

Exam:             XR THORACIC 2 VIEWS | 72070
Acc #:            2414101
Interpreting Rad: Richard Hanson MD
Dictated Date:    12/06/2013 02:16 PM
Finalized Date:   12/06/2013 02:16 PM

https://ris.brrg.com/Reports/PrintReportCustom.aspx?acc=2414101                    12/6/2013

ANGOLA STATE PRISON
17544 Tunica Trace
Angola, LA 71282
Phone: (225)721-0420

Name:         Theodore Arita
Patient ID:   898515
DOB:
Phone:
Acc #:        2414098
Secondary ID: 422864

Exam Date: 12/06/2013 02:10 PM
Exam:      XR CERVICAL 3 VIEWS OR LESS | 72040
Referrer:  Physician Unknown,

EXAM: XR CERVICAL 3 VIEWS OR LESS

CLINICAL HISTORY: Neck pain

FINDINGS: Vertebral body heights and disc spaces are preserved. There are no fractures or subluxations.

IMPRESSION: Normal cervical spine.

Report Electronically Signed by:  Richard Hanson MD
Report Electronically Signed on:  12/06/2013

Patient Name:     Theodore Arita
Patient ID:       898515
Completed Date:   12/06/2013 02:10 PM
Transcribed By:   P360 PowerScribe
Transcribed Date: 12/06/2013

Exam:            XR CERVICAL 3 VIEWS OR LESS |
                 72040
Acc #:           2414098
Interpreting Rad: Richard Hanson MD
Dictated Date:   12/06/2013 02:15 PM
Finalized Date:  12/06/2013 02:15 PM



WACKENHUT CORRECTIONS
HEALTH SERVICES
NURSING ASSESSMENT PROTOCOL
MUSCULOSKELETAL PAIN PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: Lower Back Pain | ALLERGIES: NKA |
|---|---|---|
| 9-1-04 1555 | Time of onset: 2 months        Activity at onset: June MVA | |
| | Pain location: lower back        Radiation: no | |
| Circle one: | Character/type of pain: Sharp | |
| sick call | Constant or intermittent:        Pain Intensity Scale 1-10: 5 | |
| walk-in | Cause or injury: Ø MVA in June | |
| self ER | Medications: Ø | |
| true ER | Numbness or tingling: tingling to back of both thighs | |
| | States works out daily to stretch back | |
| | O.) BP= 113/43   P= 61   R= 16   T= 98⁹   WT= 193.7 | |
| | Respiratory rhythm:        Lung sounds: | |
| | Method of arrival to medical: ambulation        Heart sounds: | |
| | Gait: Steady & even        Able to get on and off table: easily | |
| | Abrasions/bleeding: Ø | |
| | Bruising: Ø        Swelling: Ø | |
| | Range of motion: | |
| | Presence of muscle spasms or tightness on palpation: no | |
| | Skin (distal to injury): normal (warm/pink/dry) / pale / flushed / cyanotic / mottled / diaphoretic / cool / dusky: | |
| | Capillary refill distal to injury: | |
| | Peripheral pulses distal to injury: | |
| | Overall appearance: no acute distress/ mild distress/moderate distress/ severe distress | |
| | | |
| | A.) | |
| | P.) Elevate extremity and Apply cold compresses/ice packs for 24 hrs (on 45 min/ off 15): No | |
| | Use local heat after acute phase resolution (compresses or analgesic balm): Yes | |
| | If sprain: give Ace wrap or splint: No | |
| | If leg/foot involved: issue crutches & pass: No | |
| | Give recreation restriction pass to rest affected muscles/joints: No | |
| | Give Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 7 days: Refused by I/M | |
| | or Ibuprofen 200 mg, two tablets bid p.o. x 7 days: Refused by I/M | |
| | If severe pain, compartment syndrome, or fracture is suspected, notify physician for specific orders: | |
| | | |
| | E.) Instructed patient to avoid heavy lifting, strenuous work/sports activity until problem resolved, to resume activity | |
| | gradually, and return to medical if problem persists or worsens: yes | |
| | Instructed to keep extremity elevated and use cold/warm compresses in dorm: yes | |
| | Instructed to avoid contact with balm/ointment in or around the eyes: NA | |
| | Instructed on benefits of regular exercise, slowly progressing to 20 minutes QD 3x weekly after clearance from physician: | |
| | Inmate verbalized understanding: yes | |

NAME_ Arita, Theodore

NUMBER_ 422864

DOB_ 7-12-78

NURSING SIGNATURE_ _____

NELDA WILSON, RNHSA

44



The GEO Group, Inc.

GLOBAL EXPERTISE IN OUTSOURCING

## PROGRESS NOTES

SITE: _A L C_

| Date/Time | Inmate Name Arita, Theodore #422864   D.O.B. 7/12/78 |
|---|---|
| 11/15/04 1637 | S. Inmate S/P use of force approx. 2 wks ago. State he is a little stiff but is mostly better c/o back stiffness only |
|  | O - VS see nurses notes |
|  | Contusions & Abrasions see body sheet |
|  | Normocephalic PERRL, EOM full CN II - XII intact - neuro grossly intact. |
|  | TM + J Mnl nose & throat nl Neck supple Ø adenopathy Lungs clear to auscultation CW tenderness Ø point tenderness S₁ + S₂ Ø |
|  | Abd = diffuse tenderness superficial Hepatosplenomegaly not deep RUE or deep LUE tenderness Gen not examined Full R.O.M of all large joints Ø Spinal tenderness. Shobars in nl - c/o stiffness but has good R.O.M Ø affine. |
|  | a. Musculoskeletal tenderness p. Observe  B.J. 't Hart |
|  | B.J. 't Hart, M.D. |

HS-166    Revised 1/04

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_  Date: _4/20/05_

Name: _Theodore Arita_ DOC# _472864_ Housing: _DICB_ Job Assignment: _EXT. L/D_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

Back pain

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _4/20 0742_  Location: _DICB_   Work Related / Emergency/ Routine Sick Call (Circle One)
Screening: B/P _121/74_ Pulse _69_ Resp _19_ Temp _97.2_

① Severe lower back pain x 6 months. Prhx of this.
Was on Motrin.

② Didn't realize had to ask for Naprosyn. Back
muscles ⊖, shoulder ⊖. Rt & ROM. Pain can
palpation.

③ I/m requests to see back specialist. CRRC
I/m can address this issue at next visit.

| Disposition: | MD NOTES |
|---|---|
| I/m to address issue at next visit. Take Naprosyn | |

Provider Signature: ___  Physician/NP Signature: ___

☐ No Medical Co-payment
☑ Medical Access Fee @ $3.00
☐ Prescription @ $2.00 each

Total ___

① Address the specialist issue at your next appointment.
② Take the Naprosyn

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE _472864_ DOC# _4/20/05_ DATE  WITNESS SIGNATURE

Original-Inmate Medical Record     Yellow: Inmate's Copy     Pink: Business Office

| Patient Name: | Theodore Arita | MRN: | 585666 (EKL) |
|---|---|---|---|
| Age: | 28 Years | Gender: | Male |

 **Radiology**

EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805

| | | | |
|---|---|---|---|
| Ordering Physician: | | Order Date: | |
| Interpreting Physician: HOFF, DAVID | | Performed Date: | 6/19/2008 00:00:00 |
| Priority: | | Result Date: | 06/19/2008 16:32 |
| Report Status: | Draft | | |
| Test Type: | MRI LUMBAR SPINE W/O CON | | |

```
               LSU MEDICAL CENTER EARL K. LONG
                      5825 AIRLINE HIGHWAY
                    BATON ROUGE, LA 70805

                      RADIOLOGY REPORT

      PATIENT:   ARITA, THEODORE
      MR#:       0000000000585666

      DOB:

      EXAM TYPE:  MRI OF THE LUMBAR SPINE

      EXAM DATE:  06-19-2008

      SERVICE CODE: 6310015

      CLINICAL HISTORY:  @

      Multi/spin echo technique is utilized with images obtained in the
      sagittal, axial and coronal planes.

      FINDINGS:
      The patient has desiccation of disc at the L4-5 and L5-S1 levels.
      There is evidence of a central disc herniation identified at the 4-5
      level, and broad based disc bulge at the L5-S1 level.

      AXIALS:

      L1-L2:  Shows normal signal disc.

      L2-L3:  Normal signal disc.

      L3-L4:  Shows normal signal disc.

      L4-L5:  Shows a broad based central disc herniation impinging on the
      ventral thecal sac with moderate to severe central spinal stenosis,
      bilateral degenerative change facets.  Bilateral bony neuroforaminal
      narrowing with possible bilateral L-4 nerve root impingements.

      L5-S1:  Shows desiccation of disc with broad based disc bulge.
```

Printed by rsing2 on 6/26/08 10:50:51 AM

| Patient Name: | Theodore Arita | MRN: | 585666 (EKL) |
|---|---|---|---|
| Age: | 29 Years | Gender: | Male |



**Radiology**

EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805

| Ordering Physician: | | Order Date: | |
|---|---|---|---|
| Interpreting Physician: | HOFF, DAVID | Performed Date: | 6/19/2008 00:00:00 |
| Priority: | | Result Date: | 06/19/2008 16:32 |
| Report Status: | Draft | | |
| Test Type: | MRI LUMBAR SPINE W/O CON | | |

DOC 422864

```
               LSU MEDICAL CENTER EARL K. LONG
                      5825 AIRLINE HIGHWAY
                     BATON ROUGE, LA 70805

                        RADIOLOGY REPORT

      PATIENT:   ARITA, THEODORE
      MR#:       0000000000585666

      DOB:

      EXAM TYPE:  MRI OF THE LUMBAR SPINE

      EXAM DATE:  06-19-2008

      SERVICE CODE: 6310015

      CLINICAL HISTORY:  @

      Multi/spin echo technique is utilized with images obtained in the
      sagittal, axial and coronal planes.

      FINDINGS:
      The patient has desiccation of disc at the L4-5 and L5-S1 levels.
      There is evidence of a central disc herniation identified at the 4-5
      level, and broad based disc bulge at the L5-S1 level.

      AXIALS:

      L1-L2:  Shows normal signal disc.

      L2-L3:  Normal signal disc.

      L3-L4:  Shows normal signal disc.

      L4-L5:  Shows a broad based central disc herniation impinging on the
      ventral thecal sac with moderate to severe central spinal stenosis,
      bilateral degenerative change facets.  Bilateral bony neuroforaminal
      narrowing with possible bilateral L-4 nerve root impingements.

      L5-S1:  Shows desiccation of disc with broad based disc bulge.
```

Printed by rsing2 on 7/14/08 9:54:12 AM

May 19, 2005

ARITA, THEODORE          25 Y/O B MALE
422864                                                    LAST TETANUS:  /  /
   94D   04/27/2005   SQ 2              04/27/2005
Maxparole 07/12/2024  Goodtime NOTELG   MaxDblGoodTime NOTELG    FullTerm 04/11/2033
Allergic to: NKDA
Diet:                          B/P 157 /84  P 68  Wt 145  lb.  EKL/MCLA:  /

     LAST NEGATIVE TB TEST: 12/23/2004 @ HRDC   POSITIVE TB TEST:   /  /      mm @
     X-RAY:   /  /    RESULTS: _____ TREATMENT STARTED:  /   FINISHED:  /        Pneu:  /  /
                                                                         F/U's pending: _____
     LOC 3  by HANCOCK
                              [ ] current LOC is correct

                              [X] change LOC to   2                    [ ] Keep all the above follow-ups

DS   Code Restriction                    MD    Start Date   Stop Date  [X] Cancel
RD   R   NO RESTRICTIONS                  MORRIL 02/25/2005  02/24/2006

     DS Orders:  OK

MEDICAL PROBLEMS
----------------------------------------------------

PHARMACY
BRAND NAME            DOSAGE  MD   START DATE STOP DATE
-------------------- ------- ---- ---------- ----------
FOR NAPROSYN          500 MG  MOR 02/10/2005 08/08/2005
     TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED
     FOR PAIN

Non-compliant c meds abuse

O) Physical Examination (PE):

A) analgesic back pain

S) Chief Complaint:

ROS: (√) if WNL; write out all + findings

| General: √ | Skin: √ |
| HEENT: √ | Neuro: √ |
| Pulm: √ | Endo: √ |
| Cardio: √ | Psych: √ |
| GI: √ | Renal: √ |
| GU: √ | Lymph: √ |

Past Medical History:
Family:

Past Hx:

Social Hx:

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_  Date: _5/24/05_

Name: _Theodore Anta_ DOC# _422964_ Housing: _B4_ Job Assignment: _SQ2_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

(R) Hand

_Signature_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _5/24 09X_   Location: _D3I_   Work Related / Emergency/ (Routine Sick Call) (Circle One)
Screening: B/P _93/59_ Pulse _61_ Resp _70_ Temp _98.2_

① 70 X round, NAD, A.Ω. castx
loading crutes, crutes fell on hand X 5days.
Having pains + tingling. Ish didn't make ER.

② Ø in grip strength. Concerned about a nuckle
he had surgery on. ⑦ the he puts pressure on it,
feels tingling in hand ⑧ Slight Swollen area
a - between joints.

③ D5 given. Request Naprozen renewee (R) back.

Disposition:                          |  MD NOTES

ITC'S

Provider Signature: _Sgt R Childs_   |   Physician/NP Signature: _____

☐ No Medical Co-payment           $3.00  Get motrin out of canteen
☑ Medical Access Fee @ $3.00      $2.00  for pain as instructed by
☑ Prescription @ $2.00 each        $3.00  Ms. Nickens
   **Total**

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Anta_          _422964_        _5/24/05_      _Sgt R Childs_
INMATE SIGNATURE         DOC#             DATE          WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_     Date: _6-8-05_

Name: _Arita Theodore_ DOC# _422864_ Housing: _B2_ Job Assignment: _field line 2_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

_fighter_

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _6-8-05 1100_    Location: _ER_    Work Related / (Emergency) / Routine Sick Call (Circle One)
Screening: B/P _133/76_ Pulse _70_ Resp _20_ Temp_____

(L) thumb slightly swollen, hx of fracture to
(L) thumb. Moves c difficulty full ROM.
c crepitus

**Disposition:**
Released to Security,
1105am

Provider Signature: _____

**MD NOTES**

Physician/NP Signature: _____

- ☑ No Medical Co-payment     _NC_
- ☐ Medical Access Fee @ $3.00
- ☐ Prescription @ $2.00 each
      Total _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE     DOC# _422864_     DATE _6-8-05_     WITNESS SIGNATURE

Original-Inmate Medical Record     Yellow: Inmate's Copy     Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_    Date: _6/2/05_

Name: _Theodore Frite_ DOC# _412564_ Housing: _B4D_ Job Assignment: _SQ2_

INMATE COMPLETE THIS SECTION ONLY
COMPLAINT AND/OR REQUEST:

(R) Index "Knocle"

_Signed below_
Inmate Signature

HEALTH CARE PROVIDER SCREENING
Date/Time: _6/7   0952_ Location: _D.S I._    Work Related / Emergency/ Routine Sick Call (Circle One)

Screening: B/P _120_ Pulse _25_ Resp _18_ Temp _92.2_

A/C X-ray... NAD, A/... case

(1) Still having probs. W/above. Doesn't bother him until he puts pressure on it. Then hand goes numb. But pain secondary

(2) Proximal joint of index finger (R) hand. Had Fx before. Persistant. Slight pin sin't before. Slight ↓ in grip strength over time of grip.

(3) S/sched w/NP. DS C/Handled 2° ITO's.

Disposition:
DS / Sched 9/30/05

Provider Signature: _S C Childs_

MD NOTES

Physician/NP Signature: _____

☐ - No Medical Co-payment
☑ Medical Access Fee @ $3.00    $3.00
☐ Prescription @ $2.00 each
Total    $2.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE    DOC#    _6/2/05_ DATE    WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

June 27, 2005         SICKCALL ASSESSMENT'S CALLOUT

ARITA, THEODORE              25 Y/O B MALE
422864
    B4D   04/27/2005  SQ 2              04/27/2005                            LAST TETANUS:    /  /
Maxparole 07/12/2024  Goodtime NOTELG     MaxDblGoodTime NOTELG    FullTerm 04/11/2033
Allergic to: NKDA
                                B/P _____/_____ P _____ Wt _____ lb. EKL/MCLA:         /

    LAST NEGATIVE TB TEST: 12/23/2004 @ ERDC   POSITIVE TB TEST:   /  /      mm @
    X-RAY:   /  /    RESULTS: _____ TREATMENT STARTED:   /    FINISHED:   /    @
                                                                        -F/U's pending:_____

    LOC 2  by NICKENS
                            [ ] current LOC is correct          _____

                            [ ] change LOC to _____     [ ] Keep all the above follow-ups

  DS   Code Restriction                MD     Start Date  Stop Date  [ ] Cancel __

  RD   R   NO RESTRICTIONS            MORRIL  02/25/2005  02/24/2006
  LDF  W7  NO USE RIGHT ARM           NICKEN  06/09/2005  06/29/2005

      DS Orders: _____

  MEDICAL PROBLEMS
      ..........................................................

  PHARMACY
  BRAND NAME        DOSAGE   MD   START DATE STOP DATE
  ............................................................

This I/m refuses this sick call 20
app't w/provider soon. This sick
call was about back pain. He
releases us from all responsibility +
states he will take Ibuprofen until his md app't

✗ _____ Theodore Arita _____

Sgt R Childs

June 27, 2005      SICKCALL ASSESSMENT'S CALLOUT

June 30, 2005        NURSE PN/J. NICKENS'S CALLOUT

ARITA, THEODORE                25 Y/O B MALE
422864                                                    LAST TETANUS:    /  /
   B4D   04/27/2005  SQ 2              04/27/2005
Maxparole 07/12/2024  Goodtime NOTELG    MaxDplGoodTime NOTELG    FullTerm 04/11/2033
Allergic to: NKDA
                          B/P  14/10  P 70  WT 199 lb.   EXL/MCLE  99.1

     LAST NEGATIVE TB TEST: 12/23/2004 @ HRDC   POSITIVE TB TEST:   /  /     mm @
     X-RAY:   /  /     RESULTS: _____ TREATMENT STARTED:   /   FINISHED:   /    @
                                                         F/U's pending: ___ 5/14/06 n Nickens

     LOC 2  by NICKENS
                              ✗ current LOC is correct

                              [ ] change LOC to _____        [ ] Keep all the above follow-ups

DS   Code Restriction                    MD    Start Date   Stop Date  [ ] Cancel _____

RO   R   NO RESTRICTIONS                 MORRIL  02/25/2005   02/24/2006

     DS Orders:  OK

MEDICAL PROBLEMS                                      S) RTC c/H multiple sc/ER
                                                        c/o of (R) hand & back
                                                        States has been doing
PHARMACY                                                 back exercises
BRAND NAME        DOSAGE  MD  START DATE STOP DATE     Denies try notion

Naprosin dl ed c/H                                    O) Spine straight, @ crepitus
non-compliance                                          or muscle spasms
5/14/05                                                 (R) index mc Slightly swollen
                                                        but not grossly. No swelly
                                                        to (R) hand

                                                     A) Malingg c c/o of
                                                        hand and back pain

                                                     P) As above

June 30, 2005      NURSE PN/J. NICKENS'S CALLOUT

HC - 01 FORM A

**REQUEST FOR MEDICAL TREATMENT**

Institution: _Hunt Correctional_    Date: _7-6-05_

Name: _ARITA THEODORE_    DOC# _422864_    Housing: _B4D-4_    Job Assignment: _SG-2_

---

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

RT HAND - INDEX FINGER
CRATE FELL ON HAND -

_Theodore Arita_
Inmate Signature

---

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _7-6-05, 2:45p_    Location: _Unit 3 Office_    Work Related / Emergency/ Routine Sick Call (Circle One)
Screening:  B/P _105/80_  Pulse _80_  Resp _10_  Temp _99.6°_    AGE - 25    MEDS Ø

Assessment - Some swelling is
Present in area of scar from
Previous surgery -

---

Disposition:

Spoke to Nurse
Stephanie sent
Inmate to 11 Clinic

Provider Signature: _Lt Simon First Responder_

MD NOTES

Physician/NP Signature: _____

---

☐  No Medical Co-payment
☐  Medical Access Fee @ $3.00    _____
☐  Prescription @ $2.00 each    _____
                    Total    _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE _____    DOC# _____    DATE _____    WITNESS SIGNATURE _____

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _BHCC_          Date: _7/6/05_

Name: _Arila, Theodor_ DOC# _422864_ Housing: _B4A4_ Job Assignment: _Squad II_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

C/o Pain to Index finger

X _[signature]_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _7/6/05 1700P_ Location: _ER_      Work Related / (Emergency)/ Routine Sick Call (Circle One)
Screening: B/P _128/75_ Pulse _71_ Resp _20_ Temp _99.7_

I/M presented to ER. AAOx3, Resp. even and unlabored. Skin W/D and intact. C/o pain and tingling to Lt. index finger. States it does that off and on. States this morning he was loading the truck up putting something on the truck and the crate fell on his hand. Lt. index finger knuckle area c slight swelling noted.

Disposition:
Malingering
Released to security @ 1710P

MD NOTES

Provider Signature: _[signature] RN_          Physician/NP Signature: _____

☐ No Medical Co-payment
☑ Medical Access Fee @ $3.00      _3.00_
☐ Prescription @ $2.00 each      _____
              Total    _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that If I declare myself a medical emergency and the health care staff finds that an emergency does not exist I may be given a disciplinary report for malingering.

X _[signature]_          _422864_          _7/6/05_          _[signature]_
INMATE SIGNATURE          DOC#          DATE          WITNESS SIGNATURE

Original-Inmate Medical Record       Yellow: Inmate's Copy       Pink: Business Office

HC - 01 FORM  A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_          Date: _7/14/05_

Name: _Feeling Aito_ DOC# _422904_ Housing: _B-D_ Job Assignment: _8-2_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

Hand Pain

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _7/14 0920_    Location: _D-3_    Work Related / Emergency/ Routine Sick Call (Circle One)

Screening:  B/P_____ Pulse_____ Resp_____ Temp_____

① INMATE REFUSES SICK CALL ASSESSMENT
2° to realizing nothing would
be done since knuckle is not
swollen.

X _Michael Rite_

| Disposition: | MD NOTES |
|---|---|
| | |
| Provider Signature:_____ | Physician/NP Signature:_____ |

☒ No Medical Co-payment
☐ Medical Access Fee @ $3.00  _____
☐ Prescription @ $2.00 each
                    Total _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_____          _____          _7/14/05_          _____
INMATE SIGNATURE                DOC#                        DATE               WITNESS SIGNATURE

Original-Inmate Medical Record          Yellow: Inmate's Copy          Pink: Business Office