

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

## State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present |
| | ~ tail bone/lower back, etc. |
| ☐ Mental Health only | ~ hands, thumb |
| | ~ knees – left knee in particular |
| ☐ Medical and Mental Health | ~ elbow |
| ☐ Other | |

| Copies made for: | Stacey Johnson |
|---|---|
| | AG's Office |

| Signature: *Jamie Sharp* | Date: 4/13/15 |
|---|---|
| Jamie L. Sharp | |
| Ex-Officio Notary Public, #92150 | |
| Department of Public Safety and | |
| Corrections/LSP | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer


Blumberg No. 5138  STATE'S EXHIBIT J

IC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _HCC_    Date: _7/22/05_

Name: _Arита, Theodore_ DOC# _422864_    Housing: _F6 C_    Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Back pain

Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _7/22/05  9/A_    Location: _D2_    Work Related / Emergency / (Routine Sick Call) (Circle One)

Screening:  B/P_____ Pulse_____ Resp_____ Temp_____

∅ slow
Security called 3 times — 3rd call Sgt said he went out
to work — Squad 3

| Disposition: | MD NOTES |
|---|---|
| Use OTC's Ibuprofen/Tylenol as needed. Was sent to wrong callout building on по security 7/21/05. Didn't show for FRI 7/22/05 when rescheduled. | Use OTC's - Tylenol, Ibuprofen as needed. Your responsibility to show up for sickcall when scheduled. Make SC again if needed. |
| Provider Signature: _D Murphy_ | Physician/NP Signature: _____ |

☑ No Medical Co-payment
☐ Medical Access Fee @ $3.00 _____
☐ Prescription @ $2.00 each
    **Total** ∅

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE    DOC# _422864_    DATE _7/22/05_    WITNESS SIGNATURE _D Murphy_

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _BHCC_     Date: _8/5/05_

Name: _Arita, Theodore_ DOC# _422864_  Housing: _F6_  Job Assignment: _Squad_

## INMATE COMPLETE THIS SECTION ONLY
### COMPLAINT AND/OR REQUEST:

I/M fight

X _____ Inmate Signature

## HEALTH CARE PROVIDER SCREENING

Date/Time: _8/5/05 1650 P_  Location: _5A_  Work Related / **Emergency** / Routine Sick Call (Circle One)

Screening: B/P _143/81_  Pulse _82_  Resp _20_  Temp _100.8_

I/M presented to ER. AA0x53, Resp. even and unlabored. I/M ambulatory and retained. States he punched the other I/M in the mouth. States his mouth had blood. States his mouth was "all busted up". Small scratch noted, b/w Rt. index and middle finger. ⊘ bleeding noted, Tear noted to Rt. index finger. Moderate amount of bloody drainage noted.

| Disposition: | MD NOTES |
|---|---|
| Cleaned c H2O2 and applied Neospirin, area covered c a bandaid. Released to security @ 1855P. Provider Signature: S. Lhghtigh | Physician/NP Signature: |

☐ No Medical Co-payment
☐ Medical Access Fee @ $3.00    _NC_
☐ Prescription @ $2.00 each
            Total    _NC_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

X _Arita xx_    _422864_    _8/5/05_    _S. Lhghtigh_
INMATE SIGNATURE    DOC#    DATE    WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_    Date: _8/9/05_

Name: _Theodore Anita_ DOC# _422864_ Housing: _B7B_ Job Assignment: _SQ2_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

"Haveing a numness in my right index finger"

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _8/9 0949_    Location: _D3I_    Work Related / Emergency / (Routine) Sick Call (Circle One)
Screening: B/P _120/64_ Pulse _70_ Resp _18_ Temp _99.1_

① Last week... had a fight  PHx of problems.

② (R) index knuckle swollen — ↓ abrasen. ↓ROM knuckle 3X4 (R), ⊕ edema ⊕ proximal knuckle.

③ STO'S / OS seen

| Disposition: | MD NOTES |
|---|---|
| STO's | |
| Provider Signature: SR Child | Physician/NP Signature: |

☐ No Medical Co-payment
☒ Medical Access Fee @ $3.00    _33.⁰⁰_
☐ Prescription @ $2.00 each
Total    _83.⁰⁰_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE    DOC# _422864_    DATE _8/9/05_    WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_      Date: _8/13/05_

Name: _Arita, Theodore_ DOC# _422864_ Housing: _B2B_ Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

I/M Fight

X _____
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _NSSP 8/13/05 1300P_ Location: _5A_    Work Related / (Emergency) / Routine Sick Call (Circle One)
Screening: B/P _122/72_ Pulse _94_ Resp _20_ Temp _100.4_

I/M presented to ER | AAOX'53, Resp. even
and unlabored. Skin w/D and intact. ∅ opened area
noted. Slight swelly noted to knuckle on index finger
of Rt. hand and Lt. thumb-knuckle.

**Disposition:**

Disposition 111 PO per ITO
Released to security @ 1300P

Provider Signature: _S Shupler, R_

**MD NOTES**

Physician/NP Signature: _____

☐   No Medical Co-payment    _NC_
☐   Medical Access Fee @ $3.00
☐   Prescription @ $2.00 each
       **Total**   _NC_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

X _____    _422864_    _8/13/05_    _____
INMATE SIGNATURE      DOC#      DATE      WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

**REQUEST FOR MEDICAL TREATMENT**

Institution: _EHCC_          Date: _10-9-05_

Name: _Arita Theodore_ DOC# _422864_ Housing: _B2C_ Job Assignment: _Ext L/D_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

Cell Entry

_Restrained_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _10-9-05_          Location: _Dr_          Work Related / Emergency/ Routine Sick Call (Circle One)

Screening: B/P_____Pulse_____Resp_____Temp_____

I/m uncooperative Unable to assess. When I/m _____, Screamed I was unable to obtain I/m attention. Security denied me to back off until the ____ from machine. A _____ full of Officers escorted him out.
_____ RN

Disposition:

Released to security

Provider Signature: _D Duffy LPN/D _____

**MD NOTES**

Physician/NP Signature: _____

☐   No Medical Co-payment
☐   Medical Access Fee @ $3.00
☐   Prescription @ $2.00 each
          **Total**

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Restrained_          _422864_          _10-9-05_          _D Duffy LPN_
INMATE SIGNATURE          DOC#          DATE          WITNESS SIGNATURE

Original-Inmate Medical Record          Yellow: Inmate's Copy          Pink: Business Office

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _DHCC_    Date: _10/9/05_

Name: _Arita, Theodore_ DOC# _422864_ Housing: _B1C_ Job Assignment: _Squad #_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

S/P cell entry

I/M reclined

X _[signature]_ S. Slaughter, RN
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _10/9/05  1004_ Location: _ER_    Work Related / Emergency/ (Routine Sick Call) (Circle One)
Screening: B/P _136/72_ Pulse _98_ Resp _20_ Temp _97.7_

I/M presented to DR. AAOX3. Ambulatory and
returned. No distress noted @ this time. I/M c̄ c/o swelling
and pain to (B) ankle. States if great toenail was coming
off and he ripped it off. Rt. thumb nail partially
off. Rt. ring finger lacerated unable to smake. Multi.
tuning to body. abrasions to L/Rt. leg. I/M presented
to IND unit @ 1218A. Sm mod swelling noted to L/Rt.
ankle. (B) pedal pulses palpable. Able to wiggle toes. No c/o numbness +
tingling noted.

**Disposition:**
Cleaned Lt. great toe and
Rt. thumb c̄ Hy O₂ and peroxide.
Neosporin and bandaid applied.
Placed on collegen for X-ray and
MD to assess Rt. thumb. Watched.
Returned to security @ 1030A

Provider Signature: _S. Slaughter, RN_

**MD NOTES**

Physician/NP Signature: _____

☐ No Medical Co-payment
☑ Medical Access Fee @ $3.00   _3.00_
☐ Prescription @ $2.00 each
                    Total   _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE _S. Slaughter, RN_   DOC# _422864_   DATE _10/9/05_   WITNESS SIGNATURE _S. Slaughter, RN_
        I/M reclined

Original-Inmate Medical Record      Yellow: Inmate's Copy      Pink: Business Office

HC - 01 FORM A

## REQUEST FOR MEDICAL TREATMENT

Institution: _CHcc_ _____ Date: _10-10-05_ _____

Name: _Arita Theodore_ DOC# _422864_ Housing: _B1C_ Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

feet & ankles bilat

① leg

① L toenail great toe
② ring finger
③ (R) thumb nail

_Inmate Signature_ _____

**HEALTH CARE PROVIDER SCREENING**

Date/Time: _10-10-05  10.00_ Location: _D1_    Work Related / Emergency / Routine Sick Call (Circle One)

Screening: B/P _136/76_ Pulse _76_ Resp _12_ Temp _98.7_ ① ankle - soft tissue edema

② calf area - healing bruises no bleeding or edema - no tenderness

③ great toe nail - toe c̄ purple bruising + edema - no tenderness cleaned c̄ wound cleanser - large bandaid applied

④ ring finger knuckle on hand bruised - edema limited ROM - painful ⑤ thumbnail - purple bruising under nail soaked in 1/2 st. H2O2 & cleaned c̄ cotton swab TAO & tape applied under large bandaid & clean c̄ tape. TBU 800 ṁ po given. DS-5 days NDBR - Yrays

Disposition: Ordered to the bone flex

Release to security

MD NOTES - Ring chg daily

Provider Signature: _____

Physician/NP Signature: _____

☐ No Medical Co-payment
☐ Medical Access Fee @ $3.00    _3.00_
☐ Prescription @ $2.00 each    _____
            **Total**    _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE _____ DOC# _422864_ DATE _10-10-05_ WITNESS SIGNATURE _____

Original-Inmate Medical Record        Yellow: Inmate's Copy        Pink: Business Office

- 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_    Date: _10/14/05_

Name: _Theodore Ait_ DOC# _4229866_ Housing: _B2C_ Job Assignment: _Ext. 4/0_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Ankle / Hand

_Signed below_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _10/14 0730_    Location: _D3C_    Work Related / Emergency / Routine Sick Call (Circle One)
Screening: B/P _NB/60_ Pulse _64_ Resp _16_ Temp _98.0_

① I'm still c/o hand pain + ankle pain. Dressing to ®hand + ® toe.

② Ⓛ ankle visibly swollen, wound also cut dressed · Ⓛ: 9 3/4" ® ankle: 10."

③ DS given.

| Disposition: | MD NOTES |
|---|---|
| Had x-ray 2 days ago, only ®hand ordered a K6? | |

Provider Signature: _S.A.R.Child_    Physician/NP Signature: _____

☐ No Medical Co-payment
☒ Medical Access Fee @ $3.00    $3.00
☐ Prescription @ $2.00 each
Total    $3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE    DOC# _4229866_    DATE _10/14/05_    WITNESS SIGNATURE _S.A.R.Child_

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_    Date: _11/23/05_

Name: _THEODORE ARITA_ DOC# _422864_ Housing: _D108_ Job Assignment: _Ext. L/O_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

↓ BACK PAIN

_Signed Below_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _11/30/0815_  Location: _D108_  Work Related / Emergency/ Routine Sick Call (Circle One)
Screening: B/P _120/60_  Pulse _64_  Resp _12_  Temp _92.6_

(1) "a few months" onset goes. Accident before he came to jail. Doesn't really drink water.

(2) Denies N/V. Straining to urinate when pain occurs. Abd. firm b/lat distended. Pain in para-spinal area.

(3) _(illegible)_ UA attached.

Disposition:

Schedw/??? _12/5/05_

Provider Signature: _____

**MD NOTES**

Physician/NP Signature: _____

☐ No Medical Co-payment
☑ Medical Access Fee @ $3.00    $3.00
☐ Prescription @ $2.00 each
                        Total    $3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE _____  DOC# _422864_  DATE _11/23/05_  WITNESS SIGNATURE _____

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

December 09, 2005        NURSE RN/J. NICKENS'S  CALLOUT

ARITA, THEODORE          25 Y/O B MALE
422864                                                    LAST TETANUS: 02/09/2004
   CBF   10/28/2005  EXT L/D        09/30/2005
Maxparole 07/12/2024  Goodtime NOTELG    MaxDblGoodTime NOTELG    FullTerm 06/11/2033
Allergic to: NKDA
                        B/P 134 / 82  P 85  Wt 181  lb.  BRL/MCLA:      /

   LAST NEGATIVE TB TEST: 12/23/2004 @ HRDC   POSITIVE TB TEST:   / /     mm @
   X-RAY:   /  /    RESULTS: _____ TREATMENT STARTED:   /    FINISHED:   /     @
                                                                F/U's pending:_____
   LCC 2  by NICKENS

                              [X] Current LCC is correct
                              [ ] change LCC to _____        [ ] Keep all the above follow-ups

DS   Code Restriction                      MD    Start Date   Stop Date  [ ] Cancel _____

RD   R   NO RESTRICTIONS                   MCFAIL  02/25/2005  02/24/2006

     DS Orders: OK _____

MEDICAL PROBLEMS
                                         S) States has sharp pain to ↓ back
                                            on & off, middle of back
                                            to (R) flank intermittently
PHARMACY                                    since a day to jail.
BRAND NAME      DOSAGE  MD  START DATE STOP DATE

                                         O) Spine staght, ⊖ crepitus to
                                            palpation or muscle spasm

                                         A) Malinger c̄ back pain?

                                         P) ...

December 09. 2005      NURSE RN/J. NICKENS'S  CALLOUT

January 30, 2006

ARITA, THEODORE          26 Y/O B MALE                                    B2A0
422864                                                      LAST TETANUS: 08/09/2004
    BID    01/27/2006  SQ 2          01/27/2006
Maxparole NOTELG     Gocotime NOTELG     MaxDblGoodTime NOTFLG     FillTerm 04/11/2033
Allergic to: NKDA
Diet:                          B/P 120,81  P 62 W: 179 lb.  EKG/MCLA:      98.6

    LAST NEGATIVE TB TEST: 12/07/2005 @ EHCC  POSITIVE TB TEST:   / /       am @
    X-RAY:   / /     RESULTS: _____ TREATMENT STARTED:  /     FINISHED:  / |    @    Pneu:   / /
                                                                  F/U's pending: _____
    LOC 2  by NICKENS
                          [X] current LOC is correct              5/19/06 Nic's

                          [ ] change LOC to _____       [ ] Keep all the above follow-ups

DS    Code Restriction                    MD    Start Date   Stop Date  [ ] Cancel _____
_____
RD   R   NO RESTRICTIONS                  MORRIL  02/25/2005  02/24/2006

    DS Orders:  LDF c̄ WT + WID x 6 weeks

MEDICAL PROBLEMS
...                                       S) Calber OH right c̄ mjury
                                             to @ had

PHARMACY
BRAND NAME      DOSAGE  MD  START DATE STOP DATE
_____
DOLOBID          500MG   NIC 12/13/2005 12/12/2006    O) @ had swollen, @ creptus
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS N   able to move fingers ↑ hand
    EEDED FOR PAIN                                     c̄ difficulty

                                          A) Soft tissue' injury @ had

                                    done  P) O cive DS + sling as
                                             due

                          5/19/06   O rtc as due

                                                          1/30/06 IIS

                                                          1/31/06
                                                          1050 am

January 30, 2006

February 14, 2006

ARITA, THEODORE           26 Y/O B MALE
422864
    CB    02/13/2006   EXT L/D              02/13/2006                              B2A0
Maxparole NOTELG      Goodtime NOTELG      MaxDblGoodTime NOTELG    FullTerm 04/11/2033     LAST TETANUS: 08/09/2004      (10)
Allergic to: NKDA
Diet:
                                    B/P ____/____ P____ Wt____ lb.  EKL/MCLA:      /

    LAST NEGATIVE TB TEST: 12/07/2005 @ BHCC   POSITIVE TB TEST:  / /      mm @
    X-RAY:  / /    RESULTS: _____ TREATMENT STARTED:  /   FINISHED:  /   @     Pneu:  / /
    LOC 2  by NICKENS                                              F/U's pending: _____

                              [ ] current LOC is correct

                              [ ] change LOC to _____  [ ] Keep all the above follow-ups

 DS   Code Restriction                     MD   Start Date  Stop Date  [ ] Cancel

LDF  W7   NO USE RIGHT ARM                 CALDWE  01/31/2006  03/17/2006
LDF  W10  KEEP ARM IN SLING                CALDWE  01/31/2006  03/17/2006

    DS Orders: _____

MEDICAL PROBLEMS
----------------------------------------------------------

PHARMACY
BRAND NAME        DOSAGE  MD   START DATE  STOP DATE
------------------------------------------------------
DOLOBID           500MG  NIC 12/13/2005 12/12/200
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS
    EEDED FOR PAIN

## Medical Assessment on Entry into Segregation

| Chart review to determine the need for face to face encounter | Yes | No |
|---|---|---|
| Does he have any KOP medications prescribed such as cream, ointment, eye or ear drops, shampoo, or inhalers? | | ✓ |
| Does he have duty status restrictions R11-16, R18-21, W10, L2-6, X9, or X15? | ✓ | |

[X]  The answer to one or both of the above questions is yes. Assessment sheet forwarded to the medical person making daily rounds in this inmate's segregation unit for a face to face encounter at the next rounds.

[ ]  The answer to both of the above questions is No. Assessment sheet forwarded to medical records for filing in section 6.

reviewer's signature

At the face to face encounter (if indicated) ask the inmate:

1.   does he have all his KOP medications?
2.   Is he able to continue his d/s restrictions in his current situation?

Rcvd. @ 0730
2/14/06

[ ]  The inmate has no complaints about the above issues. He was advised about the sick call process to address any other complaints. Assessment sheet forwarded to medical records for filing in section 6.

[ ]  Chart referred to the inmate's Primary Care Provider (PCP) to address the following complaints that the inmate did have about the above issues.

Sling in property per I/M.  0918 2/14/06
                                  LPN

February 14, 2006

HC - 01 FORM  A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_          Date: _3/22/06_

Name: _Theodore Arita_ DOC# _422864_ Housing: _B-2A_ Job Assignment: _Field_

*Arita*

---

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Confrontation with an Officer

X _____
Inmate Signature

---

**HEALTH CARE PROVIDER SCREENING**

Date/Time: _3/22/06 4:34p_ Location: _ER_     Work Related / (Emergency) Routine Sick Call (Circle One)

Screening: B/P _132/84_ Pulse _77_ Resp _18_ Temp _____

Confrontation c̄ Officer - "we had a few words" Officer restrained
+ brought I/m over - I/m's gait steady + appears in-c distress - insists he is injured.
Lacerations about R side of neck + small laceration on L side of neck
tiny small cut to L side of forehead from the pass of a knot on back of
his head - states lacerations from shackles - his throat feels sore - I/m states
events took place at approximately 9 AM today | I/m appears angry
about events

---

| Disposition: | MD NOTES |
|---|---|
| released to security @ 4:46pm | |
| Provider Signature: _Jin Morale RN_ | Physician/NP Signature: _____ |

---

☐  No Medical Co-payment
☐  Medical Access Fee @ $3.00      _N/C_
☐  Prescription @ $2.00 each       _N/C_
          Total

Instructed to return to ER if any
worsening of reported injuries

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

X _Slack_          _422864_          _3/22/06_          _Jin Morale RN_
INMATE SIGNATURE      DOC#          DATE          WITNESS SIGNATURE

Original-Inmate Medical Record      Yellow: Inmate's Copy      Pink: Business Office

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: EHCC    Date: 5/6/06

Name: Arita Theodore  DOC# 422864  Housing: CBE  Job Assignment: exp L/O

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

States both hands hurt

x shackled
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**

Date/Time: 5/6/06 1:20pm  Location: ER    Work Related / (Emergency) / Routine Sick Call (Circle One)

Screening: B/P 131/72 Pulse 66 Resp 20 Temp 98

Inmate initially brought over ↑ altercation c̄ an officer but refused med treatment + signed a statement to that at around 9:45-10:00pm. Came at 1:20 c̄ c/o both hands hurting - observed in hallway talking c̄ peers interacting as if in ∅ pain - then comes to ER c̄ complaints of pain to his wrist (where the shackle was) abrasion - from the shackles - c/o having pain to both hands - + swelling observed VSS - HR 66 I/m is exaggerating his injuries. I/m threatening + cursing - screaming abuse to ER nurse + security officer - called security obscene names

Disposition: + threatened physical harm to both officer + nurse + actually came toward both

MD NOTES: officer + R.N. Called

for backup help to stop inmate

Released to Security at 1:22

Provider Signature: [signature] Morris RN    Physician/NP Signature: _____

☐ No Medical Co-payment
☐ Medical Access Fee @ $3.00       3.00
☐ Prescription @ $2.00 each
                      Total  3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

x shackled            422864         5/6/06      [signature] Morris RN
INMATE SIGNATURE       DOC#           DATE        WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_      Date: _5/30/06_

Name: _Anita, Sherdon_ DOC# _422864_ Housing: _D1CB_ Job Assignment: _ext 4D_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Assaulted on Officer

_Shackle_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _5/30/06, 4:40_ Location: _ER_    Work Related/ (Emergency)/ Routine Sick Call (Circle One)
Screening: B/P _128/68_ Pulse _62_ Resp _20_ Temp _____

States his feet hurts, knuckles in pain + swollen — knot on wrist + knot on back of head. Observed ⊕ redness/swelling to either hand, knuckles or wrist. Knot on back of head intact, small lump no obvious distress

| Disposition: | MD NOTES |
|---|---|
| Released to security 4:45 pm<br><br>Provider Signature: _Jan Marsh RN_ | Physician/NP Signature: _____ |

☐ No Medical Co-payment
☐ Medical Access Fee @ $3.00    _N/C_
☐ Prescription @ $2.00 each
       Total   _N/C_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Shackle_     _422864_     _5/30/06_     _Jan Marsh RN_
INMATE SIGNATURE     DOC#     DATE     WITNESS SIGNATURE

Original-Inmate Medical Record     Yellow: Inmate's Copy     Pink: Business Office

HC - 01 FORM  A

## REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_____    Date: ___10-24-06_____

Name _Arita Theadore___  DOC# _422864_  Housing: _CB____  Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Confrontation with
Security

_restrained behind back_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _10-24-06  4pm_  Location: ____ER____    Work Related / Emergency / Routine Sick Call (Circle One)
Screening:  B/P _131/84_ Pulse _103_  Resp _20_  Temp _____

Ambulated into ER c spit mask in place
I/M denies injury, resp even & unlabored.
abraision noted to ⊕ elbow, I/M refused bandaid

| Disposition: | MD NOTES |
|---|---|
| Released to Col. Spain 4:10 pm | |

Provider Signature: _____    Physician/NP Signature: _____

☑  No Medical Co-payment
☐  Medical Access Fee @ $3.00    _NC_
☐  Prescription @ $2.00 each
          **Total**  ____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_restrained behind back_ ____  _422864_ ____  _10-24-06_ ____  _____
INMATE SIGNATURE        DOC#              DATE              WITNESS SIGNATURE

Original-Inmate Medical Record        Yellow:  Inmate's Copy        Pink:  Business Office

October 27, 2006        SICKCALL ASSESSMENT'S  CALLOUT

ARITA, THEODORE           27 Y/O B MALE                                    CBDI
422864                                                          LAST TETANUS: 08/09/2004
    CBD   09/25/2006  EXT L/D          09/25/2006
Maxparole 07/12/2024  Goodtime NOTELG    MaxDblGoodTime NOTELG    FullTerm 04/11/2033
Allergic to: NKDA
                         B/P _____/_____  P_____  Wt _____ lb.   EXL/MCLA:        /

    LAST NEGATIVE TB TEST: 12/07/2005 @ EHCC   POSITIVE TB TEST:   /  /      mm @
    X-RAY:   /  /     RESULTS: _____TREATMENT STARTED:   /    FINISHED:   /    @
                                                            F/U's pending:_____
    LOC 2  by NICKENS
                         [ ] current LOC is correct              _____

                         [ ] change LOC to _____ _____    [ ] Keep all the above follow-ups

DS   Code Restriction                        MD     Start Date  Stop Date  [ ] Cancel _____
_____       ____  _____  _____
RD   R   NO RESTRICTIONS                      NICKEN  03/24/2006  02/02/2020

    DS Orders: _____

MEDICAL PROBLEMS
-------------------------------------------------- -- ----------


PHARMACY
BRAND NAME            DOSAGE  MD   START DATE STOP DATE
--------------------- -------  ---  ---------- ----------
DOLOBID              500MG   NIC 12/13/2005 12/12/2006
     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS N
     EEDED FOR PAIN

October 27, 2006        SICKCALL ASSESSMENT'S  CALLOUT

HC - 01 FORM A

# REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_          Date: _10/27/06_

Name: _Theodore Arita_ DOC# _422064_ Housing: _D1CB_ Job Assignment: _Ext. 4B_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST:

Ⓑ side pain

_Spelled below_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _10/27 0835_     Location: _D1CB_     Work Related / Emergency/ Routine Sick Call (Circle One)
Screening:  B/P _129/75_ Pulse _72_ Resp _18_ Temp _98.0_

① Confrontation w/ sergeant on Wednesday.
Pain started Thursday

② Slight firmness to Ⓑ side about RⓉ. P.
↓ ROM? Good equal Sㅡㅡ ㅡㅡ and tenderness.

③ Abd. refused.

Disposition:

Ⓐ Inmate keep a watch M#injury. Muscle contraction?

Ⓑ ID's

**MD NOTES**

Provider Signature: _____     Physician/NP Signature: _____

☐ No Medical Co-payment
☒ Medical Access Fee @ $3.00        $3.00
☐ Prescription @ $2.00 each
                          Total   $3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE          DOC# _44864_          DATE _10/27/06_          WITNESS SIGNATURE

Original-Inmate Medical Record          Yellow: Inmate's Copy          Pink: Business Office

REQUEST FOR MEDICAL TREATMENT

Institution: _EHCC_          Date: _12-20-06_

.ame: _Theodon Arta_ DOC# _422Vi4_ Housing: _CB_    Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

I/M Fight

_Restraint behind back_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _12-20-06  4:00 ph_   Location: _ER_         Work Related / Emergency/ Routine Sick Call (Circle One)

Screening: B/P_____ Pulse_____ Resp_____ Temp_____

A&O x3 Resp even Non-labored Per inmate "I'm okay."
No acute distress noted @ this time.

| Disposition: | MD NOTES |
|---|---|
| Released to Security @ 4:02  Provider Signature: _R Terrour Re_ | Physician/NP Signature: _____ |

☑ No Medical Co-payment
☐ Medical Access Fee @ $3.00      _NC_
☐ Prescription @ $2.00 each       _—_
                  Total            _NC_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_____         _422864_        _12-20-06_         _Terrour R_
INMATE SIGNATURE          DOC#            DATE               WITNESS SIGNATURE

Original-Inmate Medical Record        Yellow: Inmate's Copy      Pink: Business Office

HC - 01 FORM  A

**REQUEST FOR MEDICAL TREATMENT**

Institution: _EHCC_                    Date: _1-9-07_

Name: _ARITA, THeodory_   DOC# _____   Housing: _CBD 3_   Job Assignment: _____

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

PAin iN Knuckle
R/T PASt SX FX
Ⓡ INDex wuekle

_Restrained_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**

Date/Time: _1-9-07_   Location: _CB_   Work Related / Emergency/ Routine Sick Call (Circle One)

Screening: B/P _28/8_ Pulse _67_ Resp ____ Temp _97 9_

& swelly, states hunts wrth
Pressure excercise, Fist
IM WANts "PAiN Rx" – Dolmbio.
or WANts Knuckle rebroken.
~~EM~~
STATES – OTC Does Not help w/PAin

| Disposition: | MD NOTES |
|---|---|
| Full Movement Subjective PAin & objective pain & swelling C/P – RX AND/or XRAy | |
| Provider Signature: | Physician/NP Signature: |

☒ No Medical Co-payment          _3 00_
☒ Medical Access Fee @ $3.00
☐ Prescription @ $2.00 each
                    **Total** _3 00_          _$1 3 00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Restrained_                    _1-9-07_
INMATE SIGNATURE                DOC#                    DATE          WITNESS SIGNATURE

Original-Inmate Medical Record    Yellow: Inmate's Copy    Pink: Business Office

LOUISIANA STATE PENITENTIARY
R.L. BARROW, JR. TREATMENT CENTER

*Ltr re transfer interview*

## PATIENT DATA

DATE: 2/7/07

NAME: Theodore Arita    DOC#: 422864    ALLERGIES: NKDA

TEMP: 98.7    PULSE: 72    RESP: _____    B/P: 130/82    HEIGHT: 6'2    WEIGHT: 191    AGE: 27

MEDICAL HISTORY: 27 yo B.M.    PMHx: ⊘ ORIF in R Hand 2004, Fx R wrist 2002.
persHx: ⊘ tobacco (+) MJ (+) tattoos.
fHx: ⊘

on no med.    Hx of seizure 2° to head trauma at 9 yo.
was on med until 16 yo. No seizure
activities since.

### (ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES (+) tattoos on neck forearm |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: _____    RESULT: _____
LAST PSA    DATE: _____    RESULT: _____
LAST EKG    DATE: _____    RESULT: _____

NOTES: Reg duty x permanent    Sent copy to JMan
Reg diet x permanent    Send copy to Dietician

G George MD 2/7/07 @ 10 pm

TEST ORDERED: CBC, Chem 14, ALT
RETURN APPOINTMENT: in 2 months for lab results

LSP-TC 25 07/2006    PATIENT DATA