

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present |
| | ~ tail bone/lower back, etc. |
| ☐ Mental Health only | ~ hands, thumb |
| | ~ knees – left knee in particular |
| ☐ Medical and Mental Health | ~ elbow |
| ☐ Other | |

| Copies made for: | Stacey Johnson<br>AG's Office |
|---|---|

| Signature: | *Jamie Sharp* | Date: | 4/13/15 |
|---|---|---|---|
| | Jamie L. Sharp<br>Ex-Officio Notary Public, #92150<br>Department of Public Safety and<br>Corrections/LSP | | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



STATE'S
EXHIBIT
K
Blumberg No. 5138

**LOUISIANA STATE PENITENTIARY**
**E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

001405

| INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE) |
| --- |
| Please **PRINT** the following |

Name: _Theodore N. Arita_   DOC#: _422864_   Age: _27_   Race: _B_

Living Quarters: _Camp-J Gator 4-L #11_   Job Assignment: _regular duty_   What is your health care

complaint and/or request? _I have been haveing on going problems with breathing. And severe,_
_sharp pains in my right side area. IT becones more painful with every move I_
_make. This has been going on for over a wk._   Inmate Signature: _Theodore Arita_

---

☒ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

**HEALTH CARE PROVIDER ASSESSMENT**   ☐ a.m.

Date: _2-14-07_   Location Seen: _GATOR_   Time Seen: _711_   ☐ p.m.

B/P: _/_   Pulse: ____   Resp: ____   Temp: ____   Tetanus: ☐ < 5 years ☐ > 5 years   Glucose: ____   SaO2: ____

Allergies: ____   Medications: ____

PROVIDER CHIEF COMPLAINT: _As above_

PHYSICAL EXAMINATION: _27 yr Bm AMB c DIFF A&Ox4 SKIN W&D c sore ribs_
_Pr HEENT PERRL Devices HA, LOC Pierzyness Hearing or vision D's CX BBS CTA_
_= n?f ALL ribs present 0 signs of Picculnatrn or pain c palpation Revies CX_
_pain & Scb ABD SNT Devices NUD AXT MAP PSN Intact CR LvL_

PMHX: ____

TREATMENT: ____

DISPOSITION:
☒ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
   notified: ____   ☐ a.m. ☐ p.m.
☐ Refer to MD
MD NOTES: ____

NEW MEDICATIONS ORDERED:   TOTAL: _1_

IMPRESSION: ____

_505_   _[signature]_
HCP#   **HEALTH CARE PROVIDER SIGNATURE**

☐ Refer for Clinic Appointment   Date of Appt ____
☐ Refer for Dental Appointment   Date of Appt ____
☐ Refer for Eye Examination   Date of Appt ____
☐ Mental Health Referral
☐ Referral #: ____

_[signature]_
**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment   ☒ Medical Access Fee @ $3.00   ☒ Prescription @ $2.00 each   Total $ _5.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

_Theodore Arita_   _422864_   _02/12/07_   _[signature]_
**INMATE SIGNATURE**   DOC#   DATE   **WITNESS SIGNATURE**

White Copy (Original) - Medical Record   Blue Copy - Business Office   Yellow Copy - Inmate's Copy

LSP-TC 01   Rev. 04/98

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER

### BURN ESTIMATE AND DIAGRAM

*cell entry*

NAME: _Theodore Azito_          DOC#: _422864_          AGE: _27_

DATE ADMITTED: _____          DATE OF BURN: _3/19/07_

CAUSE OF BURN: _____

*2/3 inch cut*

*gunshot wound*

**Relative Percentage of Areas Affected by Growth**

| | AGE IN YEARS | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **5** | **10** | **15** | **Adult** |
| d | 9 1/2 | 8 1/2 | 6 1/2 | 5 1/2 | 4 1/2 | 3 1/2 |
| high | 2 3/4 | 3 1/4 | 4 | 4 1/4 | 4 1/2 | 4 3/4 |
| | 2 1/2 | 2 1/2 | 2 3/4 | 3 | 3 1/4 | 3 1/2 |

_____ 2° _____ + 3° _____ = Total Significant % Burned _____

_____ + 2° _____ + 3° _____ = Total Body Surface Burned _____

9/98                          SIGNATURE: _____

ROBERT L. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 3 / 19 / 07                                                TIME SEEN: 01: 40

NAME: Theodore Arita          DOC#: 422864    AGE: 27  RACE: 27

LIVING QUARTERS: Gator 4X          JOB ASSIGNMENT: _____    LAST TETANUS: _____

| MEDICATIONS: Ø | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: 01:44 | B/P: 118/84 | PULSE: 110 | RESP: 20 | LOC: ATOX4 | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:

PT Arrived by Patrol 2° Cell entry. PT AT0X4 c/o
head Pain c laceration to R eye brow, c 1.5 cm laceration open
+ through all layers of skin, hematoma to posterior head mid
+ (4) lateral head + just below (L) ear. (L) Broken skin c active
bleeding. denies femoral/visual Δ's Ø. PT c/o intact SOT0X4
BBS CTA c RtF c/o (R) rib pain Ø redness Ø broken skin Ø crepitus
Ø edema otherwise unremarkable. + S/S c hand c multiple small
abrasion Ø active skin (posterior hand). Pt denies any other Δ's
Ø S/S of Trauma Noted              MEDIC SIGNATURE: _____ sxoP60

Abrasion Both elbow superficial Ø active bleeding

PHYSICIAN ASSESSMENT AND TREATMENT

☐CATEGORY A                    ☐CATEGORY B                    ☐CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

2/3 inch cut over R eye brow          I/m sprayed vaseline on floor
3 hematoma in back of scalp.          before cell entry to make
no other injury seen on exam -        security slipped
Neuro: intact.

☐Duty Status _____          ☐Appointment _____
☐Diet _____                 ☐Dressing Change _____
                                      PHYSICIAN SIGNATURE: _____

| TIME LEFT: ,00 | TRANSPORTATION: ambulate | DESTINATION: ATU |
|---|---|---|
| LSP-TC 07    Rev. 11/2006 | ACCIDENT/INJURY REPORT | PAGE ___ OF ___ |

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

653525

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodae AriTa_  DOC#: _422 864_  Age: _27_  Race: _B/m_

Living Quarters: _bar 1/L_  Job Assignment: _L/d_  What is your health care

complaint and/or request? _gosed By Seaty_

Inmate Signature: _____

---

☐ Sickcall  ☒ Triage  ☐ A&T Unit  ☐ Nursing Unit I/II  ☐ MD Clinic  ☐ Dental  ☐ Mental Health  ☐ Other
**HEALTH CARE PROVIDER ASSESSMENT**  ☐ a.m.

Date: _3-19-07_  Location Seen: _bar 1/L_  Time Seen: _22;08_  ☒ p.m.

B/P: _130/74_  Pulse: _66_  Resp: _18_  Temp: ___  Tetanus: ☐ < 5 years  ☐ > 5 years  Glucose: ___  SaO2: ___

Allergies: _NKDA_  Medications: _N/A_

PROVIDER CHIEF COMPLAINT: _By pain, B/P Alam_

PHYSICAL EXAMINATION: _Pt 5o3 7/o B/m Ambul to to show Bein arm 2° to Bein soni By
unnts p° stat, by hand, fik or lg hurt 2° to a cell arty on 3-18-07 P.T her Brun
to his outr Q thigh and not Q thigh area._

PMHX: _____

TREATMENT: _____
_I Buprofn stat done_

_S/C._
_PRN_

**NEW MEDICATIONS ORDERED:**  TOTAL: ___

_8.1_  _msgl R Plauke  EnT I_
HCP#  **HEALTH CARE PROVIDER SIGNATURE**

**PHYSICIAN SIGNATURE**

DISPOSITION:
☒ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
  notified: ___  ☐ a.m.  ☐ p.m.
☐ Refer to MD

MD NOTES: _____

IMPRESSION: _____

☐ Refer for Clinic Appointment  Date of Appt: ___
☐ Refer for Dental Appointment  Date of Appt: ___
☐ Refer for Eye Examination  Date of Appt: ___
☐ Mental Health Referral
☐ Referral #: ___

---

☐ No Medical Co-Payment  ☒ Medical Access Fee @ $3.00  ☐ Prescription @ $2.00 each  Total $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services
and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if
I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary
report for malingering or aggravated malingering.

_inmate couldn sigh_  _422 864_  _3-19-07_  _Ronne Plauke_
**INMATE SIGNATURE**  DOC#  DATE  **WITNESS SIGNATURE**
White Copy (Original) - Medical Record  Blue Copy - Business Office  Yellow Copy - Inmate's Copy

LSP-TC 01  Rev. 04/98

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

011194

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Theodore Arita    DOC#: 422864    Age: 28    Race: B/M

Living Quarters: Camp-J Gare 3/L #5    Job Assignment: regular duty    What is your health care

complaint and/or request? I've been haveing bad lower back pains. The more I stretch, the

more, and longer it irritates it. It's also been causeing pain down the back of my

legs and neck.    Inmate Signature: Theodore Arita

---

☑ Sickcall   ☑ Triage   ☐ A&T Unit   ☐ Nursing Unit L/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

**HEALTH CARE PROVIDER ASSESSMENT**    ☐ a.m.

Date: 1/2/08    Location Seen: Cap J Gare    Time Seen: 0638    ☐ p.m.

B/P: 128/60   Pulse: 76   Resp: 16   Temp: ___   Tetanus: ☐ < 5 years  ☐ > 5 years   Glucose: ___   SaO2: ___

Allergies: N.K.D.A    Medications: ∅ meds on file

PROVIDER CHIEF COMPLAINT:

PHYSICAL EXAMINATION: 28 y/o B/M c̄ nag

PMHX:

TREATMENT:

**DISPOSITION:**
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
notified: ___   ☐ a.m.   ☐ p.m.
☐ Refer to MD

**MD NOTES:**

NEW MEDICATIONS ORDERED:   TOTAL: ___

**IMPRESSION:**

HCP#

HEALTH CARE PROVIDER SIGNATURE

☐ Refer for Clinic Appointment:   Date of Appt: ___
☐ Refer for Dental Appointment:   Date of Appt: ___
☐ Refer for Eye Examination:   Date of Appt: ___
☐ Mental Health Referral
☐ Referral #:

PHYSICIAN SIGNATURE

---

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ ___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

Theodore Arita    #422864    01/02/08

INMATE SIGNATURE    DOC#    DATE    WITNESS SIGNATURE

White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

**LOUISIANA STATE PENITENTIA[...]
R.E. BARROW, JR. TREATMENT CENT[...]R
HEALTH CARE REQUEST FORM**

C10365

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore N. Arita_   DOC# _#422864_   Age: _28_   Race: _B/M_

Living Quarters: _Camp-J Gore 3/L #5_   Job Assignment: _Regular Duty_   What is your health care

complaint and/or request? _I've still been haveing bad lower back pains thats been_

_preventing me from getting a good nights sleep. Causeing pain up the back of both_

_my legs. last week I was put on pain_   Inmate Signature: _Theodore Arita_

_medicine. it does not work._

---

☒ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☒ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

### HEALTH CARE PROVIDER ASSESSMENT
☐ a.m.

Date: _1/13/08_   Location Seen: _Cp J_   Time Seen: _0735_   ☐ p.m.

B/P: _/_   Pulse: _____   Resp: _____   Temp: _____   Tetanus: ☐ < 5 years  ☐ > 5 years   Glucose: _____   SaO2: _____

Allergies: _N.K.D.A_   Medications: _6 Mins m f.k_

PROVIDER CHIEF COMPLAINT: _Back P_

PHYSICAL EXAMINATION: _[illegible]_

PMHX: _[illegible]_

TREATMENT: _[illegible]_

_Refer to M.D._
_(for further evaluation)_

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit – Time and name of supervisor
   notified: _____ ☐ a.m.  ☐ p.m.
☐ Refer to MD

MD NOTES: _[illegible]_  _Naproxen 500  BID  x 2 week_
_Cat 4 P 4_

_1-14-08 [signature] 9:45 A_

IMPRESSION: _[illegible]_

NEW MEDICATIONS ORDERED:   TOTAL: _[illegible]_

_50_
HCP#   HEALTH CARE PROVIDER SIGNATURE _A. [illegible]_

PHYSICIAN SIGNATURE _[signature]_

☐ Refer for Clinic Appointment   Date of Appt: _____
☐ Refer for Dental Appointment   Date of Appt: _____
☐ Refer for Eye Examination   Date of Appt: _____
☐ Mental Health Referral
☐ Referral #: _____

---

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

_Theodore Arita_   _#422864_   _01/13/08_   _[signature]_

INMATE SIGNATURE   DOC#   DATE   WITNESS SIGNATURE

White Copy (Original) - Medical Record   Blue Copy - Business Office   Yellow Copy - Inmate's Copy

LSP-TC 01   Rev. 04/98

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

C149056

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Arita_    DOC#: _422864_    Age: _28_    Race: _B/M_

Living Quarters: _Camp-J Gar 3/L #5_    Job Assignment: _4/D_    What is your health care

complaint and/or request? _I'm still haveing bad lower back pains This is my 3rd sick call about this_
_problem. In which every time I was put on 2 different types of pain medication that did'nt_
_help. I'm haveing problems sleeping, walking,_ Inmate Signature: _Theodore Arit_
_and even standing to long. Need help._

---

☑ Sickcall    ☐ Triage    ☐ A&T Unit    ☐ Nursing Unit I/U    ☐ MD Clinic    ☐ Dental    ☐ Mental Health    ☐ Other

**HEALTH CARE PROVIDER ASSESSMENT**    ☐ a.m.

Date: _1/31/08_    Location Seen: _Cp. J 5_    Time Seen: _0650_    ☐ p.m.

B/P: _140/74_    Pulse: _50_    Resp: _16_    Temp: _____    Tetanus: ☐ < 5 years ☐ > 5 years    Glucose: _____    SaO2: _____

Allergies: _∅ Allergies_    Medications: _∅ Meds on file_

PROVIDER CHIEF COMPLAINT: _Back Pain_

PHYSICAL EXAMINATION: _____

PMHX: _____

TREATMENT: _____

_Keep Appt._

NEW MEDICATIONS ORDERED:    TOTAL: _____

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
   notified: _____    ☐ a.m.    ☐ p.m.
☐ Refer to MD

MD NOTES: _____

IMPRESSION: _____

☐ Refer for Clinic Appointment:    Date of Appt: _____
☐ Refer for Dental Appointment:    Date of Appt: _____
☐ Refer for Eye Examination:    Date of Appt: _____
☐ Mental Health Referral
☐ Referral #:

HCP# _570_    HEALTH CARE PROVIDER SIGNATURE

PHYSICIAN SIGNATURE

---

☐ No Medical Co-Payment    ☑ Medical Access Fee @ $3.00    ☐ Prescription @ $2.00 each    Total $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

**INMATE SIGNATURE**    _#422864_    _01/31/08_    **WITNESS SIGNATURE**
White Copy (Original) - Medical Record    **DOC#**    **DATE**    Yellow Copy - Inmate's Copy
                                          Blue Copy - Business Office

LSP-TC 01    Rev. 04/98

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: _Theodore Arita_ DOC#: _422864_ CAMP: _Gar 3/L_ JOB ASSIGN: _____

TEMP: _98°_ PUSLE: _100_ RESP: _20_ B/P: _116/80_ WEIGHT: (_174_)

DATE: _2/20/08_          S/C LBP, mal eval.

TIME: _____

ALLERGIES: _NKA_          28 yo Bm

S - c/o severe LBP - hurt his back in 2005 doing weight lifting. Says he continues to exercise daily doing push up, sit up until this morning!

O - Back: sit, walks, stands without difficulty
    SLR: negative          weight loss
    φ muscle spasm

A - LBP

P - XR of LS Spine

    Naproxen 500    BID x 1 month
    RTC in 2 months
    I/m is advised to stop exercise until LBP is better
    double portion diet x 1 year
    TSH level

☐ DUTY STATUS: _____ 02/20/08 _____
☐ DIET: _____
☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

☐ APPOINTMENT: _____

LSP-TC 19   06/2006          PHYSICIANS CLINIC

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

040367

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Acita_    DOC#: _#422304_    Age: _28_    Race: _B/M_

Living Quarters: _Camp-J Gar 1/R #12_    Job Assignment: _regular Duty_    What is your health care

complaint and/or request? _I cant apply no pressure to the right side of my leg/body w/o savere pain + discomfort. I feel a tingleing sensation down the back of my leg + butt musele. And seconds later_    Inmate Signature: _Theodore Acit_

_complete numbness in my right foot._

---

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/R   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

### HEALTH CARE PROVIDER ASSESSMENT
☐ a.m.

Date: _____   Location Seen: _____   Time Seen: _____   ☐ p.m.

B/P: ___/___   Pulse: _____   Resp: _____   Temp: _____   Tetanus: ☐ <5 years ☐ >5 years   Glucose: _____   SaO2: _____

Allergies: _____   Medications: _____

**PROVIDER CHIEF COMPLAINT:** _____

PHYSICAL EXAMINATION: _____

PMHX: _____

TREATMENT: _____

**DISPOSITION:**
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor notified. _____   ☐ a.m.   ☐ p.m.
☐ Refer to MD

MD NOTES: _____

_Cat I P T_

**NEW MEDICATIONS ORDERED:**   TOTAL: _____

**IMPRESSION:** _____

520

HCP#    **HEALTH CARE PROVIDER SIGNATURE**

☐ Refer for Clinic Appointment:   Date of Appt: _____
☐ Refer for Dental Appointment:   Date of Appt: _____
☐ Refer for Eye Examination:   Date of Appt: _____
☐ Mental Health Referral
☐ Referral #:

**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _3⁰⁰_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

| _Theodore Acit_ | _#422864_ | _03/04/08_ | |
|---|---|---|---|
| **INMATE SIGNATURE** | DOC# | DATE | **WITNESS SIGNATURE** |
| White Copy (Original) - Medical Record | Blue Copy - Business Office | | Yellow Copy - Inmate's Copy |

LSP-TC 01   Rev. 04/98

LOUISIANA STATE PENITENTIARY

R. E. BARROW, JR. TREATMENT CENTER

PHYSICIANS CLINIC

NAME Theodore Arita  DOC# 422364 CAMP Cor 1/R JOB    ASSIGN _____

B/P 108/76 WEIGHT 177 TEMP 98.6 PULSE 60 RESP 20

DATE: 3-18-08    S/c Pain and Numbness to Rt. Side

TIME: _____

NKDA

28y/o

Ht. 74"

- still doing push up 200-300 times each time and still c/o LBP.

Now complaint pain and Numbness in R leg from hip down

o. Back: (+) muscle spasm on (R) (L)umbar level
SLR: negative

A. LBP strain

P. I/m is advised to stop doing sit up or push up completely.

Robaxin 500 } BID x 1 month.
continue Naproxen 500 } BID x 2 months
RTC in 2 months

next

LOUISIANA STATE PENITENTIARY
R. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

Apt 5-12

PATIENT'S NAME: _Cristo, Theodore_   DATE: _4/21/08_

DOC#: _422864_   DOB: _____   HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): __CHIRO CLINIC__

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:
28 y/o ASMI LOP L5/S1 DJD mild / pm L/Rt facet syndrome

**Physical Modalities:**   ↑ MR radiates
□Interferential
□Ultrasound
□Russian Muscle Stim
□E-Stim
□Diathermy
□Cryotherapy/Heat
□Traction Lumbar/Cervical

**Soft Tissue Techniques:**
□Myofascial Release Active/Passive
□Trigger Point Therapy
□Deep Tissue Massage
□Stretching; PNF, Contract Relax, ETC

**Active Care/Rehab:**
□Cervical Spine
□Thoracic Spine
☑Lumbar Spine
□Shoulder
□Wrist/Elbow
□Hip
□Knee
□Ankle/Foot

**Manual Joint Mobilization/Manipulation:**
□Flexion Distraction
□McKenzie
□Cervical Spine
☑Lumbar Spine
□Shoulder
□Wrist/Elbow
□Hip
□Knee
□Ankle/Foot

Cat I
5/12/08

Provisional Diagnosis: _L5/S1 / MR radiates_   Requested by: _____

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. __DO NOT__ allow the inmate to have access to this information.
LSP-TC 22   Rev. 10/97

NW 4-25
42468

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

010909

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Theodore Anita    DOC# #422964    Age: 28    Race: B/M

Living Quarters: Camp-J Gar 1/2 #5    Job Assignment: Regular Duty    What is your health care

complaint and/or request? I'm haveing severe soreness in right side, and problems breathing.
Also complete numbness in left thumb/hand. Also, several purple + blue bruises
on both legs thats causeing severe pain.    Inmate Signature: Theodore Anita

---

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit 1/2   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

HEALTH CARE PROVIDER ASSESSMENT    ☐ a.m.

Date: 4/24/08    Location Seen: Cp J    Time Seen: 0552    ☐ p.m.

B/P: 140/68    Pulse: 76    Resp: 16    Temp: _____    Tetanus: ☐ < 5 years  ☐ > 5 years    Glucose: _____    SaO2: _____

Allergies: N K D A    Medications: _____

PROVIDER CHIEF COMPLAINT: 

PHYSICAL EXAMINATION: 

PMHX: 

TREATMENT: 

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit – Time and name of supervisor notified: _____  ☐ a.m.  ☐ p.m.
☐ Refer to MD

MD NOTES:

Refer to M.D.

NEW MEDICATIONS ORDERED:    TOTAL: ____

IMPRESSION:

☐ Refer for Clinic Appointment:    Date of Appt: _____
☐ Refer for Dental Appointment:    Date of Appt: _____
☐ Refer for Eye Examination:    Date of Appt: _____
☐ Mental Health Referral
☐ Referral #: _____

HCP#    HEALTH CARE PROVIDER SIGNATURE

PHYSICIAN SIGNATURE

---

☐ No Medical Co-Payment    ☐ Medical Access Fee @ $3.00    ☐ Prescription @ $2.00 each    Total $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

INMATE SIGNATURE: Theodore Anita    DOC#: #422964    DATE: 4/24/08    WITNESS SIGNATURE

White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 4, 18, 08                                          TIME SEEN: 12 : 45

NAME: Theodore Anita _____ DOC#: 422864 _____ AGE: 28 RACE: B

LIVING QUARTERS: Gator _____ JOB ASSIGNMENT: L/d _____ LAST TETANUS: _____

MEDICATIONS: Robaxin, Naproxen          ALLERGIES: nKDA

DATE OF ACCIDENT: 4/18/08 | TIME OF ACCIDENT: approx. 12 noon | ACCIDENT LOCATION: Camp J. Gator

| TIME: 12:45 | B/P: 161/81 | PULSE: 69 | RESP: 18 | LOC: Aox4 | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: 13:10 | B/P: 166/92 | PULSE: 76 | RESP: 18 | LOC: Na.24 | TEMP: | BS/SpO2: |
| TIME:   : | B/P:    / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt. brought to ER via Security after having chemical agents used on him and a cell entry being close. Pt is complaining of _____ hurt _____ & sided pain. Pt also is complaining of a _____ front _____ that had this gold scrapped off. Pt eyes are red _____ swollen. Pt has several small abrasion on his chest and face.

MEDIC SIGNATURE: _____ #505

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ **CATEGORY A**                    ☐ **CATEGORY B**                    ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

x-ray - skull, R. Ribs        Skull Nay | (R)wrt // humerus fx

800mg Ibuprofen TID x 5 DAYS

DR Naproxen

Motrin 800 J 60 2/3/4PL x lunch

RTC 4/21/08 for ____

CP(S) GN NNKP
Priority
4/21/08
Cat I

☐ Duty Status _____        ☑ Appointment
☐ Diet          _____        ☐ Dressing Change

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1310 | TRANSPORTATION: Security | DESTINATION: RTG |
|---|---|---|

LSP-TC 07        Rev. 11/2006        ACCIDENT/INJURY REPORT        PAGE ___ OF ___

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

0640

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Arita_    DOC#: _422864_    Age: _28_    Race: _BLK_

Living Quarters: _Cp J Gator_    Job Assignment: _o_    What is your health care

complaint and/or request? _Self-declared emergency_

Inmate Signature: _____

---

☐ Sickcall  ☒ Triage  ☐ A&T Unit  ☐ Nursing Unit I/II  ☐ MD Clinic  ☐ Dental  ☐ Mental Health  ☐ Other  ☐ a.m.

### HEALTH CARE PROVIDER ASSESSMENT

Date: _4/18/08_    Location Seen: _Cp J_    Time Seen: _0800_  ☐ p.m.

B/P: _146/90_  Pulse: _94_  Resp: _16_  Temp: ___  Tetanus: ☐ <5 years ☐ >5 years  Glucose: ___  SaO2: ___

Allergies: _N.K.D.A_    Medications: _Robaxin  Naproxen_

**PROVIDER CHIEF COMPLAINT:**

**PHYSICAL EXAMINATION:** _28 y/o BIM c normal gait PE c/o "I had a cell run in on me earlier today and I'm still hurting" Pt A&O×4 skin W/O PEARL PE unremarkable c exception of ____ moderate R ABD pain_

**PMHX:** _difficulty breathing when_

**TREATMENT:** _laying on R side_

**DISPOSITION:**
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor notified: _____  ☐ a.m.  ☐ p.m.
☐ Refer to MD

**MD NOTES:** _____

**NEW MEDICATIONS ORDERED:**    TOTAL: _0_

**IMPRESSION:** _____

510
HCP#    **HEALTH CARE PROVIDER SIGNATURE** _Anthony McCar___

☐ Refer for Clinic Appointment:    Date of Appt: ___
☐ Refer for Dental Appointment:    Date of Appt: ___
☐ Refer for Eye Examination:    Date of Appt: ___
☐ Mental Health Referral
☐ Referral #: ___

**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment  ☐ Medical Access Fee @ $3.00  ☐ Prescription @ $2.00 each    Total $ _3_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

_On Watch_    _422864_    _4/18/08_
**INMATE SIGNATURE**    **DOC#**    **DATE**    **WITNESS SIGNATURE**

White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|------|------|------|------|------|
| ARITA | , THEODORE | 422864 | J GTR 2/R | 4/21/2008 |

BP: 140 / 84   Temp        Pulse 91   Resp:      Height 74  Wt.: 186

DOB 07/12/1979                      28 year old B    Male

Time: 9:05:48 AM

Allergies:     NKDA

Reason for Visit:    CLINIC A

Chief Complaint:    TO SEE DR. RTREE

O2 Saturation [          ]

S F/u LBP c̄ RLE paresthesia

O: X-ray L-Spine 3/1/08 Neg
   States hurt lower back c̄ weight lifting 2004 JLCC
   States pain to LBP worsening since 12/07
   c/o RLE paresthesia to Rt ft (anterior)
   X-ray L5/S1 disc narrowing c̄ facet syndrome

A: LBP c̄ RLE radiation

O: Chronic referral, Reassess
   Robaxin 20 T PO 2/3 PC X [length]
   Confirm Into 500 T PO 2/3 Mx [length]

Assessment:
1. [illegible signature/notes]
2. noted J Brown C 1240 4/21/08
3.
4.
5.

Plan:
1.
2.
3.
4.
5.

Date: 4/21/08          MD Signature [signature]

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA         , THEODORE    DOC#: 422864   CAMP:J  GTR 3/R        JOB:L/D

 DATE: 05/12/2008

Reason For Visit: CHIRO    NEW REFERRAL CAT 1

Assess:                              Plan:
  1. _____       1. _____
  2. _____       2. _____
  3. _____       3. _____
  4. _____       4. _____
  5. _____       5. _____

                                     _____
                                     Date              MD Signature

DATE: 5/12/08          DOB: 4228641

PATIENT NAME: Theodore Arity

*CHIEF COMPLAINT: L-SQ (R) LE

*SECONDARY COMPLAINT: _____

*TERTIARY COMPLAINT: _____

PRIMARY COMPLAINT ONSET: 2004 Doing
Incline Press low Back gave out since off Ton Doc
has been giving Constant Pain—

RECURRANT: _____  DATE AND DESCRIPTION OF PREVIOUS INCIDENT: _____

PALLITIVE: ICE/HEAT  REST  MEDICATIONS  STRETCHING  MASSAGE  MOVEMENT  STANDING  WALKING

PROVICITIVE: STANDING  (SITTING)  MOVEMENT  ADL  JOB  BENDING  LIFTING  TWISTING  HOUSEWORK
DRIVE          Upright walking

QUALITY/TYPE OF PAIN: DULL  ACHY  SHARP  SHARP W/MOVEMENT  BURNING  CRAMPING
NUMBNESS/TINGLING: From Begining — let leg getting 
SWELLING: ↳ Foot Plantar surface
RADICULAR PAIN: _____

SETTING: WORK  HOME  EXERCISING _____

SECONDARY COMPLAINT ONSET: _____

RECURRENT: _____  DATE & DESCRIPTION OF PREVIOUS INCIDENT: _____

PALLATIVE: ICE/HEAT  REST  MEDICATIONS  STRETCHING  MASSAGE  MOVEMENT  STANDING  WALKING

PROVICITIVE: STANDING  SITTING  MOVEMENT  ADL  JOB  BENDING  LIFTING  TWISTING  HOUSEWORK
DRIVE

QUALITY/TYPE OF PAIN: DULL  ACHY  SHARP  SHARP W/MOVEMENT  BURNING  CRAMPING
NUMBNESS/TINGLING: _____
SWELLING: _____
RADICULAR PAIN: _____

Inmate Name: _Theodore Arita_ DOC#: _422064_    Date: _5/12/08_

### Physical Examination Sitting: Spine/ Lower Extremities

| Test/Sign | Minor's | Bechterrew's | Valsalva | Bechterrew w/Valsalva |
|---|---|---|---|---|
| Negative | | | | |
| + LBP | ✓ | ✓ | | |
| + L/E Pain | | ✓ | | |

**•Reflexes**

| | Left | Right |
|---|---|---|
| Patellar | 0,1,2,3,4,5 | 0,1,2,3,4,5 |
| Ankle | 0,1,2,3,4,5 | 0,1,2,3,4,5 |
| Babinski | Grt Toe ⇑ ⇓ | Grt Toe ⇑ ⇓ |

### Examination Standing: Spine & Lower Extremities

| Exam | Kemp's | Toe Walk | Heel Walk | Spinal Tilt | Neri Bow | Lewin | Lordosis | L/E Pain Started | Pain Aggrav. |
|---|---|---|---|---|---|---|---|---|---|
| Normal | | ✓ | ✓ | | | | | Before LBP | Sit/ Stand |
| Abn Rt. | ✓ | | | | | | Increased | After LBP | Strain/ Sneeze |
| Abn Lt. | | | | | | | Decreased | With LBP | Bend/ Lift |

Sequence/Aggrav.

### Examination: Spine and Lower Extremities

| •Pain on Palp. | Percussion | •Range of Motion | | • Sensation | •Subluxations | |
|---|---|---|---|---|---|---|
| Negative | Negative | | Range  Pain | Light touch/ Pain | Left    7 t 7    Right | |
| Left  1 L 1  Right | L1 | Flexion | 65  P | | 8 t 8 | |
| 2 L 2 | L2 | | | Normal | 9 t 9 | |
| 3 L 3 | L3 | Extension | 25  P | | 10 t 10 | |
| 4 L 4 | L4 | | | Hypes.    Hyperes. | 11 t 11 | |
| 5 L 5 | L5 | Lateral Bending | | Left    Right | 12 t 12 | |
| 2 S 2 | S1 | Right | 25  P | L1 | 1 L 1 | |
| | | Left | 25  NP | L2 | 2 L 2 | |
| TFL    TFL | | | | L3 | 3 L 3 | |
| Gmax   Gmax | | Rotation | | L4 | 4 L 4 | |
| Gmed   Gmed | | Right | 25  P | L5 | 5 L 5 | |
| Pirif   Pirif | | Left | 25  NP | S1 | 1 s 1 | |
| Adduct  Adduct | | | | S2 | | |

### Examination Supine: Spine & Lower Extremities

| Exam | SLR 45° Lt  Rt | Braggard's | Medial Hip Rotation | WLR 45° Lt.  Rt. | Lindner's | Patrick's |
|---|---|---|---|---|---|---|
| Negative | | Rt | | ✓ | | ✓ |
| + LBP | ✓  ✓ | ✓ | | | | Lt.    Rt. |
| + L/E Pain | ✓ | | | | | |

### •Muscle Strengths: Lower Extremities

| (0-5) | Dorsi-flexion | Plantar-flexion | Hallux Flexion | Hallux Extension | Foot Eversion | Gluteus Maximus | Biceps Femoris | Quads. |
|---|---|---|---|---|---|---|---|---|
| Normal | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Weak Rt. | | | | | | | | |
| Weak Lt. | | | | | | | | • |

### Examination Prone: Spine & Lower Extremities

| Exam | Yeoman's | Ely's | Nachlas' | Popliteal Fossa Pain | Prone Lumbar Flexion |
|---|---|---|---|---|---|
| Negative | | | | | |
| + Right | ✓ | • | | | |
| + Left | ✓ | | | | |

**Doppler:**

Rt. U/E BP.: ___
Lt. U/E BP.: ___
Rt. L/E BP.: ___
Lt. L/E BP.: ___
U/E:L/E ratio: ___

Signature _____    Date _5/12/08_

Louisiana State Penitentiary
R. Barrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | | Date: |
|------|------|------|------|------|------|
| ARITA | , THEODORE | 422864 | J GTR 3/R | | 5/12/2008 |

BP: 127 / 82   Temp 97.2   Pulse 83   Resp:18   Height 74   Wt.: 193

Time: 12:30:27 PM

DOB 07/12/1979                    28 year old B      Male

Allergies:    NKDA

Reason for Visit:    CHIRO CLINIC

Chief Complaint:    N/R

O2 Saturation

(S) L-S/ ®/ LE Pain Post Thigh to heel &
Bottom of Foot. Steroid helps

(O) Hypotonic LSP w/ mild Pain on Palp in Q2
+ Paraspinals — Ø SEE HOPE Forms —

(A-P) Flexion L-sp L2,3,4,5 MRI work ___
Felt Great when biot of.
        AEP Glute/Periformis Stretcher

RTC 5/15/08

| Assessment: | | Plan: | |
|------|------|------|------|
| 1. LBP ® LE S₁ ROOT | | 1. Flexion L-sp | |
| 2. Irritation | | 2. MRI | |
| 3. | | 3. AEP | |
| 4. [signature] 5-12-08 | | 4. | |
| 5. 3:40pm | | 5. | |

5/12/08 [signature]
Date                              MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J  GTR 3/R        JOB:L/D

DATE: 05/15/2008

Reason For Visit: CHIRO    3 DAY F/U

(S) Doing Stretcher L-SP Does seem To
help Leg + Back Pain

(O) Hy/entonic L-SP + S) - (R) > (L) Tight

(A-P) Flexion L 2,3,4  w/ TP work Does
Added modified superman 3+10 3sec

RTC 5/20/08

Assess:                          Plan:
1. LBP (R) CE LSS,              1. Flexion L-SP
2. Root irritation             2. MRI
3.                             3. AED
4.                             4.
5.                             5.

                        5/15/08  S/ray Cu
                        Date          MD Signature

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

040368

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Theodore Arita     DOC# 422864     Age: 28     Race: B/M

Living Quarters: Camp-5 Gator 3/2 #11     Job Assignment: N/o     What is your health care

complaint and/or request? I've been haveing numbness in left thumb, and wrist area of hand
& Couseing constent discomfort,

Inmate Signature: Theodore Arita

---

☑ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

### HEALTH CARE PROVIDER ASSESSMENT

Date: 5-18-08     Location Seen: Grator     Time Seen: 0730   ☑ a.m. ☐ p.m.

B/P: ___ / ___     Pulse: ___     Resp: ___     Temp: ___     Tetanus: ☐ < 5 years ☐ > 5 years     Glucose: ___     SaO2: ___

Allergies: _____     Medications: _____

PROVIDER CHIEF COMPLAINT: L thumb numbness x 3 months

PHYSICAL EXAMINATION: ___ to lax on wrist pen of - Small
scar noted - wrist & thumb from injy & Bed
& insiststs. Pt has no other ___ Pending
Pt uncomortable, Request to see md

PMHX: _____

TREATMENT: _____

DISPOSITION:
☑ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
notified: _____   ☐ a.m. ☐ p.m.
☐ Refer to MD

MD NOTES:
Keep Clinic 5-21-08

NEW MEDICATIONS ORDERED:     TOTAL: ___

93
HCP#     HEALTH CARE PROVIDER SIGNATURE

PHYSICIAN SIGNATURE

IMPRESSION:
☐ Refer for Clinic Appointment     Date of Appt: ___
☐ Refer for Dental Appointment     Date of Appt: ___
☐ Refer for Eye Examination:     Date of Appt: ___
☐ Mental Health Referral
☐ Referral #: ___

---

☐ No Medical Co-Payment   ☑ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if ... If a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary ... ngering or aggravated malingering.

Ore Arita     #422864     05/18/08

ATE SIGNATURE     DOC#     DATE     WITNESS SIGNATURE

(Original) - Medical Record     Blue Copy - Business Office     Yellow Copy - Inmate's Copy

Rev. 04/98

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA          ,THEODORE    DOC#: 422864   CAMP:J GTR 3/L      JOB:L/D

  DATE: 05/20/2008

Reason For Visit: CHIRO    5 DAY F/U

Assess:                              Plan:
  1. _____           1. _____
  2. _____           2. _____
  3. _____           3. _____
  4. _____           4. _____
  5. _____           5. _____

                                       _____
                                       Date              MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE   DOC#: 422864  CAMP:J GTR 3/L      JOB:L/D

DATE: 05/22/2008

Reason For Visit: CHIRO    5 DAY F/U

(S) Pain in (R) LE gone Still have some Numbness
LBP mild now as well

(O) Hypertonic (R) Q2 Paraspinal Mild pain on
Deeper Palp.

(A-P) Flexion L SP Typ? L 2 3 4 5
AEP continue Added Split Legs

RTC 5/28/08

Assess:    Plan:
1. LBP (R) Rad         1. Flexion LSP
2. _____            2. MRT
3. _____            3. AEP
4. _____            4. _____
5. _____            5. _____

                5/22/08   [MD Signature]
                Date         MD Signature

ANCILLARY
OUTPATIENT FUTURE ORDERS/DOWNTIME ORDER SHEET

Clinic/Unit Name: _USP_     Date & Time: _5 23 08 120_ AM/PM

Patient Printed Name _Theodore Arita_
Patient SS#_____    Patient D.O.B_____
Print Ordering MD: _S A Rountree_

Ordering MD Signature: _____

| PERTINENT HISTORY | 28 y/o AAM ⊙ LBP ⊙ nte |
|---|---|
| | section |

RADIOLOGY
ICD-9 Code (s):_____

   o   X-ray types(s):

1)_____
2)_____
3)_____
4)_____

   o   Nuclear MedicineTest:_____

   o   CT of_____   Δ w/contrast
                                       Δ w/o contrast
   o   Ultrasound of_____

   o   Mammogram_____ ΔScreening
                                           ΔDiagnostic

   o   Vascular Ultrasound_____

   ⦰   MRI: _L Spine new_

_ALL INFORMATION MUST BE COMPLETED BEFORE PATIENT CAN BE SCHEDULED._

EARL K LONG RADIOLOGY DEPARTMENT