

**BOBBY JINDAL**
Governor

**JAMES M. LE BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒  Medical only<br><br>☐  Mental Health only<br><br>☐  Medical and Mental Health<br><br>☐  Other | 2004 – Present<br>~ tail bone/lower back, etc.<br>~ hands, thumb<br>~ knees – left knee in particular<br>~ elbow |

| Copies made for: | Stacey Johnson<br>AG's Office |
|---|---|

| Signature: | _Jamie Sharp_ | Date: | 4/13/15 |
|---|---|---|---|
| | Jamie L. Sharp<br>Ex-Officio Notary Public, #92150<br>Department of Public Safety and<br>Corrections/LSP | | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Blumberg No. 5138

**STATE'S EXHIBIT**
L

**Louisiana State Penitentiary**
**R. E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| ARITA , THEODORE | | 422864 | J GTR 3/L | 5/23/2008 |

BP: 109 / 68   Temp 97.5   Pulse 83   Resp:18   Height 74   Wt.: 190

Time: 10:58:59 AM

DOB   28 year old B   Male

Allergies: NKDA

Reason for Visit: CLINIC A

Chief Complaint: F/U LBP, R LE, S/C POSS R RIB BRUISE, VISION L THUMB

O2 Saturation

S F/u LBP c̄ pain radiating RLE

O Station LRE helpful to steroid, but not noted
Station LRE remains to RLE radicular worse to chronic Tx
also r/o blurred vision & L thumb NT c̄ pash and
dorsal wrist ⊥ ; decreased pain

A ⊥ wrist paresthesia
LRB c̄ RLE radicular - unresolved
R blurred vision

P tapering...
Prednisone 20 TTT tab 2 PO x5 days, then TT AB 80 2 PO x5 days,
then T tab 80 2 PO x5 days, then D/C

**Assessment:**

1. Slip sent MNI c̄ spine view
2. DR Prednisone 20 BID / Pain free Info
3. Slip sent L wrist ⊥ paresthesia 5/23/08
4. RR & mth
5.

J Brown, Jr. 5/23/08 @ 12:40

| Date | MD Signature |
|---|---|
| 5/23/08 | [signature] |

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J GTR 3/L      JOB:L/D

DATE: 05/28/2008

Reason For Visit: CHIRO    6 DAY F/U

(S) I/M indicating tons/area is over
    "The way it used To Be" But still has
    (R) leg pain + ↓ BP

(O) Flexion ↓↓↓ w/ Thunk needed
    Deep palp (R) present L4-5,

(A-P) Flexion ↓ SP w/ Thunk Dec
      continue ACP

RTC 6/9/08

| Assess: | | Plan: | |
|---|---|---|---|
| 1. | LBP | 1. | Flexion LSP |
| 2. | | 2. | MRI |
| 3. | | 3. | ACP |
| 4. | | 4. | |
| 5. | | 5. | |

_William___ LPN
5-28-08

5/28/08  Shayh_____
Date           MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

---

NAME: ARITA         ,THEODORE    DOC#: 422864   CAMP:J GTR 3/L        JOB:L/D

DATE: 06/09/2008

Reason For Visit: CHIRO    12 DAY F/U

---

(S) Steroid stoped pain T Was hanging From Bar stretching + Dropped Felt pain in Back (Jammed) Was having pain Fee episodes Prior To That.

(0) Hypertonic L-SP (R) > (L) QL Paraspinals

(A-D) Flexion L-SP L2,3,4,5

RTC 6/12/08

Assess:
1. LBP w/ Rad (R) Leg
2.
3.
4. 6/9/08
5.

Plan:
1. Flexion L SP
2. MRI.
3. NEP
4.
5.

6/9/08    _____    MD Signature
Date

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J GTR 2/R      JOB:L/D

DATE: 06/12/2008

Reason For Visit: CHIRO    3 DAY F/U

(S) Still a good B.Tch Pain & Into (L) Leg
    > (R) Hamstring & Calf Pain

(O) Strength & ROM Good SLR @ LBP + (L) Leg
    Hamstring Pain @ 60-65° Can get Comfortable
    @ Times Trouble sleeping D/T Pain @ Times

(A/P) Flexion L1,2,3,4 w/ TPoints Dovel
    mRT QL Paraspinal & (L) Glute med minim.
    Continue A.E.P

RTC 6/17/08

Assess:                              Plan:
1. ___LBP w/ Rad___                  1. ___Flexion LSP___
2. ___(L)(R)___                      2. _____
3. _____                       3. _____
4. _____                       4. _____
5. _____                       5. _____

_Ibrown Lpn 6/12/08 @ 1145_  _6/12/08 Shay___
                              Date        MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE     DOC#: 422864   CAMP:J SK 1/R        JOB:L/D

DATE: 06/17/2008

Reason For Visit: CHIRO    5 DAY F/U

(S) Pain is still Daily Just Not as intense
still gets Radicular pain W/ Particular movements-

(O) Hypertonic Paraspinals + QL  W/ Pain on Palp Moderate
Palpation

(A-D) Flexion L-SP  L 1,2,3,4 MRT work Down
Movement in Joints Very good-

AEP Continue

RTC 6/24/08    6/17/08
              9:40

Assess:                          Plan:
1. LBP Bilat Leg Pain            1. Flexion LSP
2. Possible HNP                  2. MRT AEP
3. _____               3. _____
4. _____               4. _____
5. _____               5. _____

6/17/08  Shay C___
Date          MD Signature

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Arita_   DOC#: _#422804_   Age: _28_   Race: _B/m_

Living Quarters: _Camp-J shark 2/R cell #10_   Job Assignment: _____   What is your health care

complaint and/or request? _Dr Roun Tree had me on a steroid pain medication for my back, and also_
_told me that I was going to have a MRI scheduled when my medicine stoped I haven't had_
_my MRI yet and my back is starting to_   Inmate Signature: _Theodore Arita_
_cause problems, and severe pain again. Im requesting may a renewl of my medicine until my MRI is complete._

---

☒ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other
**HEALTH CARE PROVIDER ASSESSMENT**   ☐ a.m.

Date: _6/8/08_   Location Seen: _CO 5_   Time Seen: _06:19_   ☐ p.m.

B/P: _140/88_   Pulse: _82_   Resp: _16_   Temp: ____   Tetanus: ☐ < 5 years ☐ > 5 years   Glucose: ____   SaO2: ____

Allergies: _N.K.O.A_   Medications: _∅ meds on file_

**PROVIDER CHIEF COMPLAINT:**

PHYSICAL EXAMINATION: _28 y/o B/M (illegible)_
_(illegible)_
_(illegible)_

PMHX: _MREW = FROM PMSO CR_   **DISPOSITION:**
TREATMENT: _NNL pt voices ∅ chief_   ☐ Sickcall PRN
_C/c_                              ☐ Refer to A&T Unit   Time and name of supervisor
                                   notified: ____ ☐ a.m. ☐ p.m.
_SC/ 72N_                          ☐ Refer to MD

                                   **MD NOTES:**
_Chiro visit_   _CT_
_6/12/08_      _6/23/08_
_Keep Appt._

**NEW MEDICATIONS ORDERED:**   TOTAL: _∅_

**IMPRESSION:**

_SN_
_HCP#_   **HEALTH CARE PROVIDER SIGNATURE**   ☐ Refer for Clinic Appointment   Date of Appt: ____
                                               ☐ Refer for Dental Appointment   Date of Appt: ____
                                               ☐ Refer for Eye Examination   Date of Appt: ____
                                               ☐ Mental Health Referral
_H_                                            ☐ Referral #: ____
**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _∅_
I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services
and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if
I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary
report for malingering or aggravated malingering.

_Theodore Arita_   _#422864_   _6/8/08_   _(signature)_
**INMATE SIGNATURE**   DOC#   DATE   **WITNESS SIGNATURE**
White Copy (Original) - Medical Record   Blue Copy - Business Office   Yellow Copy - Inmate's Copy

LSP-TC 01   Rev. 04/98

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J SK 1/R        JOB:L/D

DATE: 06/24/2008

Reason For Visit: CHIRO    1 WEEK F/U

Assess:                          Plan:
  1. _____           1. _____
  2. _____           2. _____
  3. _____           3. _____
  4. _____           4. _____
  _____              5. _____

                                  _____    _____
                                     Date              MD Signature

PENITENTIARY
TREATMENT CENTER
CLINIC

NAME: ARITA          4223    CAMP: J SK 1/R          JOB: L/D

DATE: 06/30/2008

Reason For Visit:

(S) Exercise going ok Able To Tolerate
Pain Still having w/ head —

(O) Hypertonic L-SP + TSP — w/ TP Reviewed
MRI DJD Bulging disc central w/
some stenosis — L 4-5,

(A-P) Flexion L-SP TSP   L 1, 2, 3, 4

7/2/08

Assess:
1. LBP Stenosis                Flexion L-SP
2. Bulging Disc L4-5,          MRI ACT
3.
4.  6/30/08
5.

6/30/08                              MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA         ,THEODORE     DOC#: 422864   CAMP:J SK 1/R        JOB:L/D

DATE: 06/26/2008

Reason For Visit: CHIRO    1 WEEK F/U

(S) Still has a lot of trouble Exercise helps
LBP e Times Same Time steain Bad others
Just Aggravating still Leg Pain intensity Varies —

(O) Hypertonic LSP TSP

(A-P) Flexion   2 1,2,3,4 w/Thrust Dec
AED Reviewed + Added Bridge Performed
in Clinic Tollerates well

RTC 6/30/08

Assess:                          Plan:
1. LBP                           1. Flexion LSP
2.                               2. MRT
3.                               3.
4.                               4.
5.                               5.

                          6/26/08  MD Signature
                          Date

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodore Arita   DOC#: 422864   CAMP: SK 1/R   JOB ASSIGN: _____

TEMP: 97.8   PUSLE: 80   RESP: 20   B/P: 130/82   WEIGHT: 195

DATE: 7-1-08

TIME: _____

Flu LBP, RLE, Blurry Vision
MD Eval.

ALLERGIES: NKDA   / Ht: 74" / Ø meds

Seen chiro clinic LBP is better
c/o Blurry eye x 3 months
on ___ more c ready
Ø hache Ø nero deficit

→ LBP stable
→ Blurry vision

→ Eye clinic for ready
   glasses     will put on list

10:15 am Rx's sent
→ Roborn 1000 mg 1 po bid x 6 mo
→ Capsacin apply ___ x 3 mo

Reachin 7/01/08   X RTC in 3 mo

☐ DUTY STATUS: _____

☐ DIET: _____

☐ MISC. ORDERS: _____

☐ APPOINTMENT: _____

PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006

PHYSICIANS CLINIC

NTIAL
NT CENTER

NAM                                    :J SK 1/R        JOB:L/D

(S) Still Having Pain - Continues to Do exercise
some days Better Them others  Inmate doing RoT
Exercise on his own  asked him to stop

(O) Hypotonic L-S9 T Sp  Not as much Pain on
Palp

(A-P) Flexion Lsp MRT  L 1,2,3,4 Thoracic
Added  Lat Plank  Removed  self Taught

RTC 7/7/08

L B8 w/ Rad  2° Stenosis       Flexion Lsp
L4 L5 Disc w/ Spondylosis       MRT  AED

M.W. Worsham RN
7-2-08

7/2/08  Shay C_____
                    MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S ORDERS

NAME: _____    DOC #: 422864    CAMP:J SK 1/R    SEX:L/D

DATE: _____

Reason For Visit: CHRON    5 DAY F/U

(S) Pain in L Leg subsiding LBP still
marked

(O) Hypotonic 2 sp w/ pain on palp L 4-S1
Region L > R

(A→P) Flexion L sp MRI Done L 1,2,3,4
w/ TP work Done
continue AD

7/9/08

Assess:
1. LBP w/ rad
2.
3.
4.
5.

Plan:
1. Flexion LSP
2. MRI
3. AED
4.

7/7/08 Signature

Brown, LPN 7/7/08 @ 0945

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J SK 1/R        JOB:L/D

DATE: 07/09/2008

Reason For Visit: CHIRO    2 DAY F/U

Reschedule due security reasons

7/9/08  B Daphime 0905

RTC 2W

7-9-08 B Daphin @ 0910

Assess:
1. _____
2. _____
3. _____
4. _____
5. _____

Plan:
1. _____
2. _____
3. _____
4. _____
5. _____

7/9/08   _____
Date            MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J GTR 3/R        JOB:L/D

DATE: 07/23/2008

Reason For Visit: CHIRO    2 WEEK F/U N/S 7/9/08 D/T WRITTEN UP @ CAMP J #21

(S) Pain In Back + Leg Consect Goes Able to stretch
+ Pop Back Gets Relief Doing Exercise —
Informed stretching ok, Forcing Back to Pop may Cause
pain —

(O) Hypertonic L-SP w/ Less Pain on Palp —

(A-D) Flexion L2,3,4,5 MRT Work Done TP work Done

A EP Continued

RTC 6W

Assess:
1. LBP w/Rad
2. _____
3. _____       H:15A
4. 7-23-08 Munken
5. _____

Plan:
1. Flexion L5P
2. MRT AEP
3. _____
4. _____
5. _____

7/23/08  Shayla
Date              MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J GTR 3/R        JOB:L/D

DATE: 08/14/2008

Reason For Visit: CHIRO    2 WEEK F/U N/S 7/9/08 D/T WRITTEN UP @ CAMP J #21

(S) LBP fairly Reg Has Stretch + Exercise Relieve
Pain Temporarily —

(O) Hypertonic L-sp w/ TP's in QL Paraspinal
Pain in Glute medius on Palp —

(A-P) Flexion L-sp mRT work
AEP — Phase2 Rehab Protocol Lumbar Spine

RTC 3w

Assess:                              Plan:
1.  LBP  HNP                         1.  Flexion L-sp
2.                                   2.  mRT  AEP
3.                                   3.
4.                                   4.
5.                                   5.

8/14/08                    8/14/08 Shea
Date                               MD Signature

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

642410

**INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)**
Please **PRINT** the following

Name: Theodore Arita     DOC#: _____ Age: ____    Race: B

Living Quarters: Gator    Job Assignment: _____    What is your health care

complaint and/or request? _____

Inmate Signature: _____

---

☐ Sickcall  ☑ Triage  ☐ A&T Unit  ☐ Nursing Unit I/II  ☐ MD Clinic  ☐ Dental  ☐ Mental Health  ☐ Other

**HEALTH CARE PROVIDER ASSESSMENT**    ☐ a.m.

Date: 8-6-00    Location Seen: Gator    Time Seen: 1335    ☐ p.m.

B/P: 140/90  Pulse: 96  Resp: 18  Temp: ___  Tetanus: ☐ < 5 years  ☐ > 5 years  Glucose: _____  SaO2: _____

Allergies: _____    Medications: _____

PROVIDER CHIEF COMPLAINT: _____

PHYSICAL EXAMINATION: _____

PMHX: _____

TREATMENT: 
(1) V.S.
(2) 2-3 day supply Ibuprofen
gave pt.

**DISPOSITION:**
☐ Sickcall PRN
☐ Refer to A&T Unit    Time and name of supervisor
notified: _____  ☐ a.m.  ☐ p.m.
☐ Refer to MD

**MD NOTES:** _____

**NEW MEDICATIONS ORDERED:**    **TOTAL:** ____

**IMPRESSION:** _____

HCP#    Michael Thomas
**HEALTH CARE PROVIDER SIGNATURE**

☐ Refer for Clinic Appointment:    Date of Appt: ____
☐ Refer for Dental Appointment:    Date of Appt: ____
☐ Refer for Eye Examination:    Date of Appt: ____
☐ Mental Health Referral:
☐ Referral #:

**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment  ☐ Medical Access @ $3.00  ☐ Prescription @ $2.00 each    Total $ 2.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

X _____    472860    8-15-00    Michael T. ____
**INMATE SIGNATURE**    DOC#    DATE    **WITNESS SIGNATURE**
White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

642597

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Theodore Trim        DOC#: _____    Age: 29    Race: B/M

Living Quarters: J. GTR 3/R    Job Assignment: GT    What is your health care

complaint and/or request? _____

_____

Inmate Signature: _____

---

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☑ Dental   ☐ Mental Health   ☐ Other

HEALTH CARE PROVIDER ASSESSMENT                                            ☑ a.m.

Date: 10-20-06    Location Seen: _____    Time Seen: 7W    ☐ p.m.

B/P: 140/90   Pulse: 94   Resp: 10   Temp: ____   Tetanus: ☐ < 5 years  ☐ > 5 years   Glucose: ____   SaO2: ____

Allergies: _____    Medications: _____

PROVIDER CHIEF COMPLAINT: _____

PHYSICAL EXAMINATION: R/J omered spasms. slide painful

nuszlo.

PMHX: BACU (D)SC PROBE

TREATMENT: _____

Pt has been seen V.4 Ch. in clinic

x several time in line at

Doctor Clinic

Pt Rec CAPSACIN

d ADdAYIU

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
  notified: _____    ☐ a.m.  ☐ p.m.
☐ Refer to MD
MD NOTES: _____

NEW MEDICATIONS ORDERED:    TOTAL: _____

3 day supply Ibuprofen

IMPRESSION: _____

14    M. Michael Jr
HCP#    HEALTH CARE PROVIDER SIGNATURE

☐ Refer for Clinic Appointment:    Date of Appt: _____
☐ Refer for Dental Appointment:    Date of Appt: _____
☐ Refer for Eye Examination:    Date of Appt: _____
☐ Mental Health Referral
☐ Referral #: _____

V    _____
     PHYSICIAN SIGNATURE

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary for malingering or aggravated malingering.

_____    422869    10-20-06    _____
INMATE SIGNATURE            DOC#        DATE        WITNESS SIGNATURE

Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

Rev. 04/98

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

031339

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Anita_     DOC#: _422864_     Age: _29_     Race: _B/M_

Living Quarters: _Camp-J Cuda 3/e #4_     Job Assignment: _4/0_     What is your health care

complaint and/or request? _My lower back is continuesly giving out on me, causen constent pain. Makeing it hard to sit up, or even stand to long. Im requesting the back surgery that was given as a option by my_ Inmate Signature: _____ _doctor. I havent seen my (Chiro)doctor in over a month._

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

### HEALTH CARE PROVIDER ASSESSMENT

Date: _9/11/08_     Location Seen: _G5_     Time Seen: _0740_     ☐ a.m. ☐ p.m.

B/P: _138/89_  Pulse: _76_  Resp: _16_  Temp: _____  Tetanus: ☐ <5 years ☐ >5 years  Glucose: _____  SaO2: _____

Allergies: _N.K.D.A_     Medications: _Robaxin, Capsaicin_

**PROVIDER CHIEF COMPLAINT:** _____

PHYSICAL EXAMINATION: _____

PMHX: _____

TREATMENT: _____

**DISPOSITION:**
☐ Sickcall PRN
☐ Refer to A&T Unit  Time and name of supervisor
   notified: _____  ☐ a.m. ☐ p.m.
☐ Refer to MD

MD NOTES: _____

_9/11/08_

_Kept apt_

**NEW MEDICATIONS ORDERED:**     TOTAL: _0_

**IMPRESSION:** _____

_520_
HCP#     **HEALTH CARE PROVIDER SIGNATURE**

☐ Refer for Clinic Appointment:  Date of Appt _____
☐ Refer for Dental Appointment:  Date of Appt _____
☐ Refer for Eye Examination:  Date of Appt _____
☐ Mental Health Referral
☐ Referral #: _____

**PHYSICIAN SIGNATURE**

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

_Theodore Ait_     _#422914_     _09/11/08_     _____
**INMATE SIGNATURE**     **DOC#**     **DATE**     **WITNESS SIGNATURE**

White Copy (Original) - Medical Record     Blue Copy - Business Office     Yellow Copy - Inmate's Copy

LSP-TC 01     Rev. 04/98

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864    CAMP:J CUDA 3/R        JOB:L/D

DATE: 09/16/2008

Reason For Visit: CHIRO    3 WEEK F/U

(S) even w/ exercise + Tx Pain Not any Better

(O) Pain in Glute + Ham String w/ any motion
Still ↓ Flex + EXT w/ pain L-SP—

Continue Phase PROTOCOL Exercise

⚹ Referral TO Clinic A
Consider ortho Spine or
Neuro +/or Medical manage.

DC

Assess:                                    Plan:
1. L-SP w/ Rad                             1. Clinic A Consider Neuro Surgical ortho or
2.                                         2. Referral ortho Spine
3.                                         3. Continue ALP
4. M Worsham PN                            4. DC Chiro
5. 1215  9/16/08                           5.

                                           9/16/09    Sheryl
                                           Date        MD Signature

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Theodore Arita_ DOC#: _422864_ CAMP: _BR_ ³/ʀ JOB ASSIGN: _____

TEMP: _98.4_ PUSLE: _88_ RESP: _20_ B/P: _144/100_ WEIGHT: _178_

DATE: _11/4/08_    f/u ↓BP, blurry vision, chiro
                    ref.

TIME: _____

ALLERGIES: _NkDA / 29yb_

                              c/o pain ® upper thy
                              strongly on feet

06/08
MRI L-spine
Central disc herniation
moder sev Central cord
stenosis
Disc demicata

                    sent
                              → Refer to Neuro Sx   ASAP.
                              → Tylenol 325 ⅱ po tid x6 mo
                              COPY to →
                              School   D/C Chiro
                              RTC 1 mo.
              x6 mo → Elavil 25 ⅰ po qhs x6 mo

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006                 PHYSICIANS CLINIC

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

C44101

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: _Theodore Anita_    DOC# _422864_    Age: _29_    Race: _B_

Living Quarters: _Cp 3 Shack_    Job Assignment: _40_    What is your health care

complaint and/or request? _____ (S. Fight) _____

Inmate Signature: _____

---

☐ Sickcall  ☒ Triage  ☐ A&T Unit  ☐ Nursing Unit I/II  ☐ MD Clinic  ☐ Dental  ☐ Mental Health  ☐ Other

**HEALTH CARE PROVIDER ASSESSMENT**    ☐ a.m.

Date: _1/11/09_    Location Seen: _C 3_    Time Seen: _09.00_    ☐ p.m.

B/P: _118/74_  Pulse: _68_  Resp: _14_  Temp: ____  Tetanus: ☐ < 5 years  ☐ > 5 years  Glucose: ____  SaO2: ____

Allergies: _N.K.D.A_    Medications: _____

**PROVIDER CHIEF COMPLAINT**

PHYSICAL EXAMINATION: _____

PMHX: _____

TREATMENT: _____

**DISPOSITION:**
☒ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
notified: _____ ☐ a.m. ☐ p.m.
☐ Refer to MD

**MD NOTES:** _____

**NEW MEDICATIONS ORDERED:**    TOTAL: _0_

**IMPRESSION:** _____

HCP# _____    **HEALTH CARE PROVIDER SIGNATURE**

**PHYSICIAN SIGNATURE**

☐ Refer for Clinic Appointment:    Date of Appt: ____
☐ Refer for Dental Appointment:    Date of Appt: ____
☐ Refer for Eye Examination:    Date of Appt: ____
☐ Mental Health Referral
☐ Referral to _____

---

☐ No Medical Co-Payment   ☒ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _3_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

**INMATE SIGNATURE**    DOC# _422864_    DATE _1/11/09_    **WITNESS SIGNATURE**

White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

## ROBERT E. BARROW, JR. TREATMENT CENTER
### ACCIDENT / INJURY REPORT
### VITAL STATISTICS

DATE: 1 /11 / 09                                                TIME SEEN: 9 : 12

NAME: Theodore    ARITA DOC#: 422 864    AGE: 29    RACE: B/M

422864

LIVING QUARTERS: Shark 3/k    JOB ASSIGNMENT: 4/D    LAST TETANUS: _____

| MEDICATIONS: Elavil Tylenol | ALLERGIES: NKDR |
|---|---|

| DATE OF ACCIDENT: 1/11/09 | TIME OF ACCIDENT: Shark 830 | ACCIDENT LOCATION: Shark Lobby |
|---|---|---|

| | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| TIME 9:14 | 127/68 | 107 | 15 | A0 0x4 | / | / |
| TIME 9:50 | 124/66 | 92 | 14 | AVPU | / | / |
| TIME : | / | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT
CHIEF COMPLAINT, HISTORY AND ASSESSMENT

PT C/O (L) hand & Back pain 2° S/Kylo (R) hand c tender edema small abrasion c ROM 7° pain c movement & palpation of same. PT also slow ↑o CBP 2° place of building Desk + due from surgery. I pain c pulp PT able ↑c bed Beds PT states he was going on Yard for his Yard Yard Time c D/C that Meade

MEDIC SIGNATURE: _____ EMT60

### PHYSICIAN ASSESSMENT AND TREATMENT
□CATEGORY A          □CATEGORY B          □CATEGORY C
***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

X-Ray Slip Sent

Ice pack applied

Motrin 800 po Stat

x-ray ⊖ Per ___ ___

□Duty Status _____          □Appointment _____
□Diet _____          □Dressing Change _____
PHYSICIAN SIGNATURE: _____

| TIME LEFT: 950 | TRANSPORTATION: Amb | DESTINATION: RTQ |
|---|---|---|

LSP-TC 07    Rev. 11/2006    ACCIDENT/INJURY REPORT    PAGE 1 OF 1