

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

### State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present |
| ☐ Mental Health only | ~ tail bone/lower back, etc. |
| | ~ hands, thumb |
| ☐ Medical and Mental Health | ~ knees – left knee in particular |
| | ~ elbow |
| ☐ Other | |

| Copies made for: | Stacey Johnson |
|---|---|
| | AG's Office |

| Signature: | *Jamie Sharp* | Date: | 4/13/15 |
|---|---|---|---|
| | Jamie L. Sharp | | |
| | Ex-Officio Notary Public, #92150 | | |
| | Department of Public Safety and | | |
| | Corrections/LSP | | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

STATE'S
EXHIBIT
M

Blumberg No. 5138

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 04/22/2009

NAME: ARITA,THEODORE                              DOC#: 422864

♦   EKL ID#: 79116053

♦   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| MCNO/NEUROSURGERY 8:00AM 1450 POYDRAS ST 1ST FLOOR |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ YES ___✓___ NO
IF NO, GIVE REASON WHY:

| |
|---|

INMATE REFUSAL: _____ YES ___✓___ NO
REASON FOR RESCHEDULE:

| |
|---|

WAS PATIENT ADMITTED: _____ YES ___✓___ NO
REASON FOR ADMIT:

| |
|---|

SIGNATURE: _M Thompson, LPN @ 1120p_

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
        FAX # (225) 655-2275        PHONE # (225) 655 2261
          ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

**Louisiana State University Health Care Services Division**
**Medical Center of Louisiana at New Orleans**

**INMATE PROGRESS NOTES**

Acct. # 9336922
L   MRN: 79116053
ARITA. THEODORE
4/22/2009

2   M   J

DIRECTIONS: Original to be placed on the patient's record. Carbon to be returned to the referring physician.

REFERRING AGENCY: _LSP_

**WRITE FIRMLY - USE BALL POINT PEN**

SUBJECTIVE AND OBJECTIVE: PT not Seen by M.D. New appt will be mailed. PT needs MRI disc upon next visit —DMThompson LPN

ASSESSMENT:

PLAN:
(Include labs requested, medication ordered, and treatment plan)

_____
PHYSICIAN'S SIGNATURE

_____
PHYSICIAN ID#

NOTE: RETURN APPOINTMENTS SHOULD BE ORDERED ONLY WHEN
PRISON STAFF PHYSICIANS CANNOT PROVIDE ADEQUATE FOLLOW-UP.
PHYSICIAN, RETURN APPOINTMENT REQUEST SHOULD BE MADE
WITH A GENERAL TIME FRAME.
EXAMPLE: "RETURN TO CLINIC IN TWO WEEKS".
SPECIFIC DATES WILL BE MADE BY THE
OUTPATIENT DEPARTMENT CORRESPONDENCE CLERK.
CONTACT CLINIC NURSE FOR ANY PROBLEMS.          MCLN 0029 (R 3/06)

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: ARITA,THEODORE                         DOC#: 422864

DATE RETURNED TO TREATMENT CENTER 04/22/2009          LOCATION: J GTR 4/R

- CLINIC   MCNO/NEUROSURGERY 8     Time returned to TC: _____ 4⁴⁰ AM/PM

- OTHER #: _NEW_____

Returned:  __ With Paperwork          ____ Discharge to Camp

           ✓ Without Paperwork        Security Notified: 5³⁵ AM PM

           __ Obtain Results          Admit to: __ Nursing Unit I

Nurses Signature: _____          __ Nursing Unit II


_Not seen_ —

Needs MRI _disc_ sent for next appt.


D/c to Camp T.O. ₥

4-24-09 notes

9:18 am
Called MCNO let them know that films were sent
c̄ this I/M. Ms Carolyn was not in
so I will try back again

2:15 spoke c̄ MCNO send new request
Faxed 4-24-09

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

C14128

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Theodore Acita    DOC#: 422864    Age: 29    Race: B/M

Living Quarters: Camp-J Gator 4/R #6    Job Assignment: EL/D    What is your health care

complaint and/or request? I have been haveing extremly painful complications dealing with disc, and nerve damage in my lower back inwhich Ive been set for surgery. Ive been put on Tylenol for pain that isn't working. Im requesting a stronger Inmate Signature: Theodore Acita

pain medication if possible. Thank you.

---

☑ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

HEALTH CARE PROVIDER ASSESSMENT                    ☑ a.m.

Date: 5-13-09    Location Seen: asalvero    Time Seen: 650    ☐ p.m.

B/P: 128/80    Pulse: 78    Resp: 18M    Temp: ____    Tetanus: ☐ <5 years  ☐ >5 years   Glucose: ____    SaO2: ____

Allergies: ____    Medications: ____

PROVIDER CHIEF COMPLAINT: asdivero

PHYSICAL EXAMINATION: "Adolsso"

PMHX: ____
TREATMENT: ____
Pt already on pain "Meds"

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor notified: ____  ☐ a.m.  ☐ p.m.
☐ Refer to MD
MD NOTES: ____

NEW MEDICATIONS ORDERED:    TOTAL: ____

HCP#    Michael Thomas NPleur    HEALTH CARE PROVIDER SIGNATURE

____
PHYSICIAN SIGNATURE

IMPRESSION:

☐ Refer for Clinic Appointment.    Date of Appt: ____
☐ Refer for Dental Appointment.    Date of Appt: ____
☐ Refer for Eye Examination.    Date of Appt: ____
☐ Mental Health Referral
☐ Referral #: ____

---

☑ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ 2.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

Theodore Acita    #422864    05/13/09    Michael Thomas
INMATE SIGNATURE    DOC#    DATE    WITNESS SIGNATURE
White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC 01    Rev. 04/98

HC-01 Form A

059114

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**          Date: _____

Name: _Theodore Arita_ DOC# _#422864_ Housing: _Camp-J Gator 3/2_ Job Assignment: _4/D_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST: My lower back is continuesly going out on me, makeing it difficult to walk, or stand. This is my second sick call complaint for help, or pain medication in the last month 1/2. Any help soon as possible would be greatly appreicated. Thank you.

Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: _6/26/09_    Location: _Gator_          Work Related / Emergency / Routine Sick Call (Circle One)
Screening: B/P _____ Pulse _____ Resp _____ Temp _____

Req renewal muscle relaxer & pain med

| Disposition: | MD NOTES |
|---|---|
| MD Review | Rx Refill ROPAXIN 500mg<br>Send BID X 1year<br>S/c PRN |

Provider Signature: _Capt Mol_ #r6          Physician/NP Signature: _____

MKNobelsham
6-29-09
1330

☐   No Medical Co-Payment
☐   Medical Access Fee @ $3.00 _____
☐   Prescription @ $2.00 each _____
          Total _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that no emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_ INMATE SIGNATURE          #422864 DOC#          06/28/09 DATE          RE A.76 WITNESS SIGNATURE

Original-Inmate's Medical Record          Blue-Business Office          Yellow-Inmate's Copy

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 7 / 17 / 09          TIME SEEN: 10 : 30

NAME: Theodore Arita ___ DOC#: 422864 ___ AGE: 30 RACE: B

LIVING QUARTERS: CBJ G4r2/R ___ JOB ASSIGNMENT: ___ LAST TETANUS: ___

| MEDICATIONS: Nizoral, Robaxin | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| | TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|---|
| | 10:31 AM | 130/82 | 68 sr | 18 CPR | A+O x 3 | 98.0 | /50% 1A |
| | 11:13 | 126/80 | 66 st | 18 CPR | A+O x 3 | 98.2 | |
| TIME: | : | / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:
Pt involved in fight with another inmate @ hand injury. small lacerated noted approx 1 inch long. Bleeding controlled, swelling noted. limited ROM. small abrasion noted to B-side of neck. Bleeding controlled & swelling denies neck pain. From R T3 & J to. Pt x series deny which pt speaking in full sentences. Denies voices & other complaints other than hand pain. No other trauma noted to body upon visual exam

MEDIC SIGNATURE: MEDT B Summers #71
                 (c) facen, EMT #23

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ **CATEGORY A**          ☐ **CATEGORY B**          ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

X-Ray ordered. Negative
1cm torn laceration to @ 2 MCP. R sign
Clean wound c Iso-f by oras applied / Steri strip

Pt Ln OTC, TM @ cell 1036mm

Motrin 800 mg TID / Augmentin PO T 800 2/3 MC x 10chz

Cym 400g IV one time [illegible] B Hand once 1 hour
                                     Complete 2:41 1:30
RTC

☐ Duty Status ___          ☐ Appointment
☐ Diet ___                 ☐ Dressing Change

PHYSICIAN SIGNATURE: [signature]

| TIME LEFT: 1615 | TRANSPORTATION: AMB | DESTINATION: RTO |
|---|---|---|

LSP-TC 07      Rev. 11/2006      ACCIDENT/INJURY REPORT      PAGE ___ OF ___

HC-01 Form A

061359

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**       Date: _7-18-09_

Name: _Theodore Anita_   DOC# _422864_   Housing: _Ste 2/R_   Job Assignment: _30_

---

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

c/c
did not get Antibiotics yet

Inmate Signature

---

**HEALTH CARE PROVIDER SCREENING**

Date/Time: _7-18-09 ~ 1830_   Location: _Craten 2/R_   Work Related / ~~Emergency~~ / Routine Sick Call (Circle One)

Screening: B/P _132/84_   Pulse _64_   Resp _16_   Temp _98.4_

In a fight Friday. has for to ® hand + is oozing blood 2nd digit knuckle
steri strip in place - mild Edema to hand & Redness
& purulent Discharge - Pt. States he was suppose to get
Antibiotics + has not gotten them -

Pulled sheet from 7-17-09 + was ordered Augmenten 875
↑ po ?/3 ?/c c 10 days

NKDA,                                    meds Prozol, Robaxin

| Disposition: | MD NOTES |
|---|---|
| MD Review<br>weekend supply sent of Augmenten<br>gauze wrap<br>S/c PRN<br><br>Provider Signature: _H.J. S #93_ | <br><br><br><br>Physician/NP Signature: |

☐  No Medical Co-Payment
☒  Medical Access Fee @ $3.00 _3.00_
☐  Prescription @ $2.00 each  _____

Total _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_____     _422864_       _7-18-09_       _____
INMATE SIGNATURE              DOC#            DATE           WITNESS SIGNATURE

Original-Inmate's Medical Record          Blue-Business Office          Yellow-Inmate's Copy

059518

## REQUEST FOR MEDICAL TREATMENT

Institution: __LOUISIANA STATE PENITENTIARY__     Date: 07/23/09

Name: _Theodore Arita_   DOC# _#422864_   Housing: _Camp-J Gar 1/r #2_ Job Assignment: _L/D_

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST: I was recently involved in a fight on 07/17/09 in which I hit someone in the mouth, causeing a serious cleep cut from this persons teeth on my left index knuckle. There was some blood exchange, and I'm requesting to have a H.I.V, Hip-A, B, C, and any other substantial blood virus, or descease that may be present Teoted. Thank you.

_~Theodore Arita~_
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 7/25 7:19    Location: Cp 3    Work Related / Emergency (Routine Sick Call)(Circle One)
Screening: B/P _____ Pulse _____ Resp _____ Temp _____

Pt request Medical evaluation and Blood test due to poss. exposure during a fight.

Refer to M.D.

Disposition:

MD NOTES

Provider Signature: _____    Physician/NP Signature: _____

☐ No Medical Co-Payment
☐ Medical Access Fee @ $3.00 _____ 3.00
☐ Prescription @ $2.00 each _____

Total _____ 3.00

_MKWorsham LPN_
7-27-09

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_          _#422864_          07/26/09
INMATE SIGNATURE          DOC#          DATE          WITNESS SIGNATURE

Original-Inmate's Medical Record          Blue-Business Office          Yellow-Inmate's Copy

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 07/29/2009

NAME: ARITA,THEODORE                                    DOC#: 422864

♦   EKL ID#: 79116053

♦   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| MCNO/NEUROSURGERY 8:00AM 1450 POYDRAS ST 1ST FLOOR |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: ____✓____ YES _____NO
IF NO, GIVE REASON WHY:

| |
|---|

INMATE REFUSAL: _____ YES ___✓___ NO
REASON FOR RESCHEDULE:

| |
|---|

WAS PATIENT ADMITTED: _____ YES ___✓___NO
REASON FOR ADMIT:

| |
|---|

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
           FAX # (225) 655-2275          PHONE # (225) 655 2261
             ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

Doc#:422864 · Inmate Name: ARITA        , THEODORE        Race: B Age: 30.
LSP AU Date: 01/29/20    Location: J CUDA 3/L        Job: L/D

                           Current Medications              Page 1
      Medication          Strength        Start Date     Stop Date    Dr. Ordered
1.  METHOCARBAMOL        500 MG          06/30/2009     06/29/2010    CLEVELAND,
    (ROBAXIN)
Directions:    TAKE 2 TABLETS AT 2ND AND 3RD PILLCALL

2.  AMOXICILLIN/CLAVUL   875/125         07/21/2009     07/30/2009    ROUNDTREE,
    ANATE
Directions:    TAKE 1 TABLET 2ND AND 3RD PILLCALL

3.  IBUPROFEN            800MG           07/21/2009     07/30/2009    ROUNDTREE,

Directions:    TAKE ONE TABLET THREE TIMES DAILY

Signature:    _____

1.)Give circled meds at designated pill call times
2.)Have inmate initial each dose given and the officer sign the page
3.)Circle pill call time if he refuses and fill out a refusal form
4.)If inmate carries his own meds, document this beside the Med.
PRINTED DATE:    Tuesday, July 28, 2009

Louisiana State University Health Care Services ~~~~~
Medical Center of Louisiana at New Orleans

Acct # 9440678
L   MRN: 79116053
ARITA, THEODORE
            7/29/2009
                              2   M   J

**INMATE PROGRESS NOTES**

DIRECTIONS: Original to be placed on the patient's record. Carbon to be returned to the referring physician.

REFERRING AGENCY: _LSP_           HT 6'2      WT 196.8

                                  B/P 163/87  P 60  T 96.6

WRITE FIRMLY - USE BALL POINT PEN

SUBJECTIVE AND OBJECTIVE: Back pain - (R) leg Power tingling

_[handwritten illegible]_

ASSESSMENT:

_[handwritten illegible]_

PLAN:
(Include labs requested, medication ordered, and treatment plan)

_[handwritten illegible]_

PHYSICIAN'S SIGNATURE

PHY **MANISH SINGH, MD**
56592
DEA # _____
MEDICAID # _____

NOTE: RETURN APPOINTMENTS SHOULD BE ORDERED ONLY WHEN
PRISON STAFF PHYSICIANS CANNOT PROVIDE ADEQUATE FOLLOW-UP.
PHYSICIAN, RETURN APPOINTMENT REQUEST SHOULD BE MADE
WITH A GENERAL TIME FRAME.

EXAMPLE: "RETURN TO CLINIC IN TWO WEEKS".
SPECIFIC DATES WILL BE MADE BY THE
OUTPATIENT DEPARTMENT CORRESPONDENCE CLERK
CONTACT CLINIC NURSE FOR ANY PROBLEMS

MCLN 0029 (R-3/00)

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: ARITA,THEODORE                          DOC#: 422864

DATE RETURNED TO TREATMENT CENTER 07/29/2009          LOCATION: J GAR 1/R 0

♦   CLINIC   MCNO/NEUROSURGERY 8     Time returned to TC: _____1521_____ AM/PM

♦   OTHER #:_____FIU_____

Returned:   __/ With Paperwork          ___Discharge to Camp

            __ Without Paperwork        Security Notified:____1521____ AM / PM

            __/ Obtain Results           Admit to: __ Nursing Unit I

Nurses Signature: _____          __ Nursing Unit II

1) New MRI and X-Ray L-spine
   Flex + ext

2) FIU in 2-3months / referral Faxed

7-30-09
noted

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 7-23-09                                          TIME SEEN: 22:00

NAME: THEODORE ARITA _____ DOC#: 422864 _____ AGE: 30 _____ RACE: B

LIVING QUARTERS: TC wtf _____ JOB ASSIGNMENT: L/D _____ LAST TETANUS: _____

| MEDICATIONS: Amoxil, Motrin, Robaxin, | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
|---|---|---|---|---|---|---|
| TIME: | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
| TIME: | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Brought in by Security Staff fell getting out of patrol. Denies any injury. Was A&O x3 No D.D.s not need medical attention.

MEDIC SIGNATURE: _____

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ **CATEGORY A**                    ☐ **CATEGORY B**                    ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Refusal

☐ Duty Status _____          ☐ Appointment _____

☐ Diet _____          ☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 2002 | TRANSPORTATION: Amb | DESTINATION: |
|---|---|---|

LSP-TC 07          Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE _____ OF _____

HC - 26 Form A

DATE: 7/29/09

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Witness

_____
Signature of Inmate

_____
Witness

I, THEODORE ALTA , # 422864 , hereby refuse the following described medical attention: P2, TX

_____

_____

_____
Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodore Arita   DOC#: 422864   CAMP: Cuda 3/L   JOB ASSIGN: _____

TEMP: _____   PULSE: 56   RESP: _____   B/P: 130/82   WEIGHT: 192

DATE: 8/10/09   TIME: 1:15pm

F/U Blurry vision, pleurisy,
Ct. X-ray, Rt. hand injury

ALLERGIES: NKDA   BM 30   HH 74

Scheduled for Eye Clinic

MRI & X-Ray Scheduled

No New Problems Today

☐ DUTY STATUS: _____

☐ DIET: _____

☐ MISC. ORDERS: _____

☐ APPOINTMENT:   S/C PRN

PHYSICIAN SIGNATURE

PHYSICIANS CLINIC

LSP-TC 19   06/2006



| Patient Name: | Theodore Arita | MRN: | 79116053 (MOLNO) |
|---|---|---|---|
| Age: | 30 Yea | Gender: | Male |

| Diagnosis Code | Description |
|---|---|
|  |  |

**Electronic Signature:**
Richard L Fremaux (Staff) - Timestamp: 09/15/2009 10:52

1154009 9/17/09 8:28:20 AM

LSU Radiology Reports   Page 1 of 2

| Patient Name: | Theodore Arita | MRN: | 79116053 (MCLNO) |
|---|---|---|---|
| Age: | 30 Years | Gender: | Male |

 **Radiology**

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

| | | |
|---|---|---|
| Ordering Physician: | Order Date: | 09/15/2009 08:52 |
| Interpreting Physician: Fremaux, Richard L | Performed Date: | 09/15/2009 09:56 |
| Priority: OPROUT | Result Date: | 09/15/2009 10:52 |
| Report Status: Final | | |
| Test Type: MRI LUMBAR SPINE W/O CON | | |

```
Staff Radiologist: RICHARD FREMAUX
** FINAL ** Reading Doctor: RICHARD FREMAUX
----------------------------------------------------------------


CLINICAL HISTORY:   724.2


Accession No.       Date        Time        CPT        Procedure
1774074             09/15/2009 09:56:00 72148 MRI      RI LUMB    AR SPINE W/O CON


RESULT: MRI L-spine

Portable: 30-year-old male with pain in thoracic spine. The patient
complains of lower back pain. Additional clinical information furnished
is not legible.

Procedure: Multiplanar multisequence nonGadolinium MRI lumbosacral spine
is compared to radiographs of the same visit.

Findings: Flattening of the lumbar lordosis is again noted. The scout
images suggest that the patient may be constipated. There is no fracture,
destructive lesion, neoplastic mass, or obvious inflammatory condition.
No surgical change or foreign object is appreciated. There is no
intrinsic abnormality of the conus medullaris or cauda equina.

L5-S1 has nuclear injury with a broad, somewhat right-lateralizing HNP.
This is localized extrusion caudally and to the right. There is no
separation or sequestration. The disc herniation does not extend into the
right foramen, which is stenotic. The left foramen is also stenotic. The
canal and lateral recesses are not stenotic, despite ligamentous
hypertrophy.

L4-L5 has even greater nuclear injury, with a large broad HNP. This has
slight left lateralization; and, the broad portions of herniation taper
to extend into both foramina. Additionally, the spinal canal and lateral
recesses are moderately stenotic at this level. Both foramina appear
stenotic medially, more abnormal on the left.

L3-L4 and more rostral levels exhibit moderate facet degeneration, but no
frank stenosis or HNP.

IMPRESSION:  Herniated discs at L5-S1 and L4-L5. Spinal stenosis at L4-L5.
```

1154009 9/17/09 8:28:20 AM

 

| Patient Name: Theodore Arita | MRN: 79116053 (MCLNO) |
|---|---|
| Age: 30 Years | Gender: Male |

**Radiology**

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

**Ordering Physician:**
**Interpreting Physician:** Fremaux, Richard L
**Priority:** OPROUT
**Report Status:** Final
**Test Type:** SPINE LUMBOSACRAL MIN 4 VIEWS

**Order Date:** 09/15/2009 09:00
**Performed Date:** 09/15/2009 09:10
**Result Date:** 09/16/2009 16:03

```
Staff Radiologist: RICHARD FREMAUX
** FINAL ** Reading Doctor: RICHARD FREMAUX
---------------------------------------------------------------------


CLINICAL HISTORY:   724.2


Accession No.      Date      Time          CPT        Procedure
1774075            09/15/2009 09:10:00 72110 SPINE LUMBO    BOSACRA     L MIN 4 VIEWS


RESULT: L-spine, 5 views

Clinical: 30-year-old male with pain in thoracic spine.

Procedure: Multiple views of the lumbosacral spine are interpreted with
comparison to lumbar spine MRI of the same visit.

Findings: There is flattening of the lumbar lordotic curvature. Disc
space narrowing is present, especially at L4-L5 and L5-S1. Five lumbar
segments are present.

Bone density is normal. Pedicles are intact. Sacroiliac joints are
unremarkable.

No fracture, destructive lesion, surgical change, or foreign object is
appreciated

Please refer to the accompanying MRI report for details of disc
herniations at L5-S1 and L4-L5.

IMPRESSION:  Disc degeneration at lower levels.
```

| Diagnosis Code | Description |
|---|---|
| | |

**Electronic Signature:**
Richard L Fremaux (Staff) - Timestamp: 09/16/2009 16:03

1154009 9/17/09 8:27:58 AM

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER                79116053

TRIP RETURN

NAME: ARITA,THEODORE                    DOC#: 422864

DATE RETURNED TO TREATMENT CENTER 09/15/2009          LOCATION: J CUDA 3/L

♦   CLINIC   MCNO/MRI & XRAY 8:3      Time returned to TC: ___1700___ AM/PM

♦   OTHER #: L-Spine

Returned: ___ With Paperwork           ___ Discharge to Camp

          ✓ Without Paperwork          Security Notified: 1700  AM/PM

          __ Obtain Results            Admit to: __ Nursing Unit I

Nurses Signature: _____            __ Nursing Unit II

9/15/09   1700     d/c to camp

          obtain results

                    vo Dr Ronathael

          noted 9/16/05 C. Leonardz LPN

9/17/09 - results attached    —— C. Leonardz LPN

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 11/04/2009

NAME: ARITA,THEODORE                              DOC#: 422864

♦   EKL ID#: 79116053

♦   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| MCNO/NEURO SX CL 1450 POYDRAS ST 1st FLOOR 8:00AM |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ YES _____ NO
IF NO, GIVE REASON WHY:

|  |
|---|

INMATE REFUSAL: _____ YES _____ NO
REASON FOR RESCHEDULE:

|  |
|---|

WAS PATIENT ADMITTED: _____ YES _____ NO
REASON FOR ADMIT:

|  |
|---|

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
          FAX # (225) 655-2275          PHONE # (225) 655 2261
          ****RETURN THIS FROM TO L.S.P. WITH SECURITY****


