

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

### State of Louisiana
#### Department of Public Safety and Corrections
#### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present<br>~ tail bone/lower back, etc.<br>~ hands, thumb<br>~ knees – left knee in particular<br>~ elbow |
| ☐ Mental Health only | |
| ☐ Medical and Mental Health | |
| ☐ Other | |

| Copies made for: | Stacey Johnson<br>AG's Office |
|---|---|

| Signature: | *Jamie Sharp* | Date: | 4/13/15 |
|---|---|---|---|
| | Jamie L. Sharp<br>Ex-Officio Notary Public, #92150<br>Department of Public Safety and<br>Corrections/LSP | | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Blumberg No. 5138
STATE'S
EXHIBIT
N

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: ARITA,THEODORE                                      DOC#: 422864

DATE RETURNED TO TREATMENT CENTER 11/04/2009          LOCATION: J CUDA 3/R

♦  CLINIC   MCNO/NEURO SX CL 14     Time returned to TC: _____4¹⁵____ AM/PM

♦  OTHER #: _Flu_____

Returned:  ✓ With Paperwork              __ Discharge to Camp

           __ Without Paperwork          Security Notified: 5¹⁵ AM/PM

           __ Obtain Results             Admit to:  __ Nursing Unit I

Nurses Signature: _John Russellen_____          __ Nursing Unit II

Neurosurgery Evaluation CBP

TLSO Brace ⟶ RX to Central Supply

Physical Therapy — Copy to pt

Flexion-Extension x-ray films

RTC 6 months

D/C to Camp - T.O. Dr Roundtree / John Russellen

11/6/09 noted Alley

## LOUISIANA STATE PENITENTIARY
## PHYSICAL THERAPY - INITIAL EVALUATION

**Inmate Name:** Arsh, Theodore

| DATE | ORDER DATE | PHYSICIAN |
|------|-----------|-----------|
| 11/14/09 | 11/04/2009 | Cleveland |

**DOC#:** 422864

**DIAGNOSIS** LBP

**ORDER** PT Consult

**HISTORY/PRESENT ILLNESS**
Pt had incident on 8/18/2008 was hit on back i felt like back collapsed - reported he couldn't hold his weight up - reports having constant pain in back since then. Pain now in (B) hips + diff. putting weight all onto (B) side - MRI showed ruptured L4 L5 i bulging disc - Pt under impression that he will be getting sx. Pt reports PT for 3-4 mnths, ≈ 9-10 mnths ago. Reports PT helped temporarily but Ø long term benefit - X-rays show L5-S1 questionable

**PAST MEDICAL HISTORY** Spondylolisthesis
Ø sig PMHx    Ø sig FMHx

**PREADMISSION LEVEL OF FUNCTION**
(I) c̄ all f/fx s mobility → able to walk long distance but c̄ PT pain to cont.

**SOCIAL HISTORY**
Pt reports he was told not to do too much strenuous but to perform stretches. - Pt reports pain wakes him c̄ night if he turns c̄ certain way

**SUBJECTIVE**
Pt reports ams too long cause pain - reports pain is deep i dull/→ majority of the time - every now deep i sharp pain in center of back - twisting bothers him. Pt reports pain 7/10 c̄ now

**PATIENT GOAL**
Pt wants the pain to stop

**OBJECTIVE**
Pt stands, c̄ slight list (L) - (B) paraspinals guarding L-spine - sensitivity i pain to touch L4 L5 region/spinous process.

**RANGE OF MOTION**
AROM all motions wFL (flx, ext, SB, Rot) WNL (B)LE

**STRENGTH**
gross motor screen WNL throughout (B) LE/UE

LSP-PT-02    10/99

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Theodore Austin_ DOC#: _922864_ CAMP: _G Cedar_ JOB ASSIGN: _____

TEMP: _____ PUSLE: _____ RESP: _____ B/P: _____ WEIGHT: _____

DATE: _11/30/09_

TIME: _1:00 pm_

ALLERGIES: _____ Medical Director Review

After review of chart and discussion with medical and rehabilitative staff, it was felt that lumbar spine brace 929142 Regular size was of benefit a TWO brace

Sent To

Rec'd 11/30/09

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006                        PHYSICIANS CLINIC

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICAL THERAPY NOTES

INMATE NAME: _Theodore Aritz_      DOC#: _422864_     DATE: _11/21/09_

S. Pt reports ted pain c stretches. Int pain ↓ p stretches, back to very level.
Pt reports pain p stretches 2/10 → back up to 5/10 p sitting in same
position too long. Pt reports compliance c HEP

O. Pt to dept in NAD. Pt perf cross bike @ 45 RPM x 12 min. Pt perf
low back therex as instructed 10 reps each low trunk rotations, single knee to
chest, ab crunches (30 reps), cat stretch, (B) UE flex in gravimped (20 reps)
(B) LE ext in gravimped (20 reps), will squats + LO. reps pt sit on will
squats and instructed to add to his HEP. Pt left in NAD

A. Pt tol Rx session well c ↑% Pt c ↓ed pain c ↑ROM following
therex. Pt cont to benefit from PT

P. Cont as above — progress to bb/2weeks when appropriate.

_J. Knt [signature] PT_

LSP-PT  03     07/2003

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICAL THERAPY NOTES

INMATE NAME: _Theodore Arih_ DOC#: _422864_ DATE: _12/5/09_

S: Pt reports back feeling better - reports stable, really helping.

O: Pt to dept in NAD. Pt perf analgesic x 10 min @ self selected speed. Pt perf total gym x 7 min @ LE6 c good cadence. Pt perf all low back therex as below. 10 reps of LTR : SKTC. 30 reps abd crunches straight, 30 oblique left : 30 oblique ®. Cat stretch x 10 reps - lumbar stabiliz. perf quadruped alt arm/leg ext x 20 reps ® ; Wall squats x 20 reps. Pt left in NAD.

A: Pt progressing well c PT cont to benefit from HEP : therex

P: Cont. as shown ————— [signature] PT

LSP-PT 03 07/2003

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**    Date: 12/6/09

Name: Theodore Arita  DOC# #422864  Housing: Camp J cuda 1/R 5  Job Assignment: E4/D

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST: Im haveing severe Lower back pains/spasms. My muscle relaxers has been recently Dischared, and I have nothing to help for pain. Im requesting to see a doctor soon as possible for these complications. Thank you.

Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 12-6-09    Location: as dues    Work Related / Emergency / Routine Sick Call (Circle One)
Screening: B/P 130/74  Pulse 68  Resp 16U  Temp _____

Ⓟ muscle spasms  Val D. ⓒ present

Disposition:
It already taken ROBAXIN.
EXP 12/06/2009

Provider Signature: _____ Vincent-J

No Medical Co-Payment
☒ Medical Access Fee @ $3.00 _____
☐ Prescription @ $2.00 each _____
Total 3.00

MD NOTES

not already scheduled  2TU P

gave

12/10/09 1200  Naster

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE    DOC# #422864    DATE 12/6/09    WITNESS SIGNATURE

Original-Inmate's Medical Record    Blue-Business Office    Yellow-Inmate's Copy

HC-01 Form A

    058818

### REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**    Date: 12/13/09

Name: Theodore Arita  DOC# #422864  Housing: camp-J cuda #R 5 Job Assignment: Ext 4/0

**INMATE COMPLETE THIS SECTION ONLY**
COMPLAINT AND/OR REQUEST: I'm haveing severe lower back pains/spasms. My pain, and muscle relaxer medications has expired a few days ago. I could barely move, or sleep at times, and would like to see a doctor in reference to the pain. Thank you.

Theodore Arita
Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 12/13/09    Location: J-Cuda    Work Related/ Emergency/(Routine Sick Call (Circle One))
Screening: B/P 130/70    Pulse 68    Resp 16    Temp 58°

NKDA

PmHx: Lumbar Disc Rupture.

Record indicates Pt is currently taking Robaxin 500mg po BID for slight DJD.
Pt is requesting to see MD for possible additional meds because current dosage is not alleviating his Pain.

| Disposition: | MD NOTES |
|---|---|
| 1. Chart to MD for review and disposition. | Cat Clinic A  14 |

Provider Signature: L.D. Meredith, Ent 4C.    Physician/NP Signature: 

☐ No Medical Co-Payment
☒ Medical Access Fee @ $3.00  3.00
☐ Prescription @ $2.00 each  0.00

Total  3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

| Theodore Arita | #422864 | 12/13/09 | L.D. Meredith |
|---|---|---|---|
| INMATE SIGNATURE | DOC# | DATE | WITNESS SIGNATURE |

Original-Inmate's Medical Record    Blue-Business Office    Yellow-Inmate's Copy

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICAL THERAPY NOTES

INMATE NAME: _ARITA, THEODORE_     DOC#: _422864_  DATE: _12/19/09_

NOT SEEN 2° TO TIME CONSTRAINTS.

RESCHEDULE IN 1 WEEK _____ PT

LSP-PT   03       07/2003

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### PHYSICAL THERAPY NOTES

INMATE NAME: Aita, Theodore    DOC#: 422864    DATE: 12/31/09

10:00 - 11:25

S. Pt. reports pain as 2/10 this AM & that he has done his stretches this AM.

O. Pt. amb to gym in NAD
- Bike x 10 min.
- Total gym - squats - level 6 x 50 reps.
- 10 rep. abd crunches - each - straight, oblique L & R -
    pt. reports he did 30 reps each/each this AM
- Lumbar Stab quadruped - all arm/leg ext x 20 reps
- Pt. left in NAD.

A. Pt. progressing in general pain level
P. Cont - see pt. in H.S. care.

                            T. Allen PT

LSP-PT  03    07/2003

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### PHYSICAL THERAPY NOTES

INMATE NAME: _ARITA, THEODORE_     DOC#: _422864_     DATE: _01/14/10_

S/ "Can you let them know I don't want physical therapy anymore
Requesting discharge." "Hard on my back to sit & wait
for therapy." "I understand my exercises & I do them
every day." - pt

O/ 1045 - 1100 . chart reviewed.
At requested discharge from physical therapy. At declined
PT services today.

A/ At requested discharge from PT services.

P/ Discharge from physical therapy per At request.

_[signature]_ PT

LSP-PT   03      07/2003

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodoro Aruta   DOC#: 422864   CAMP: J Cudak   JOB ASSIGN: _____

TEMP: _____ PUSLE: _____ RESP: _____ B/P: _____ WEIGHT: _____

DATE: 1-219-10

TIME: _____

ALLERGIES: _____

D/C from PT per patient
request

Returns to NO x permanent

MW Worsham RN
1-19-10

☐ DUTY STATUS: _____     ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____   PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006                    PHYSICIANS CLINIC

HC-01 Form A

058807

# REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**    Date: 01/31/10

Name: _Theodore Arita_ DOC# #422864 Housing: Camp-J Cudah'L Job Assignment: 4/0

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:** I've been haveing severe back pains, and this is my third (3rd) sickcall complaint since november. Im requesting again to see a docter soon as possible. Thank you.

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 1-31-10    Location: as drew    Work Related / Emergency / Routine Sick Call (Circle One)
Screening: B/P 110/70 Pulse 70    Resp 16nr Temp ____

States back problems x several day.
muscle spasms Noted. P Signs of trauma Note

**Disposition:**
(pt)
② Ibuprofen 2 days supply

Provider Signature: _____ Dng URENT-

**MD NOTES**

Physician/NP Signature: _____

☐ No Medical Co-Payment
☐ Medical Access Fee @ $3.00 _____
☐ Prescription @ $2.00 each _____

Total __3.00__

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_    #422864    01/31/10    _____
INMATE SIGNATURE    DOC#    DATE    WITNESS SIGNATURE
Original-Inmate's Medical Record    Blue-Business Office    Yellow-Inmate's Copy

Form HC-01-A
14 September 2009                    Health Care Request Form        Institution __L.S.P__

Theodore Arita    #422864    30    camp-J,cudol6 #8    Ext 4/D
Name              DOC #        Age     Housing            Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I've been
haveing constant, severe lower back pain. This is my 3rd request to see a doctor
since November. Im request to see a physician again, and hopefully get something
for pain soon as possible. This problem has effected everyday activity. Thank you.

Healthcare Personnel Screening: Date: 2/2/10   Time: 08⁴⁵   Location Seen: 1p 5

(Circle One):  Emergency /(Routine Sick Call) Work Related Allergies: ___N.K.O.A___

B/P 133/37   Pulse __8__   Resp __14__   Temp __—__   Other __—__

Assessment/Comment: 30 y/o B/M ____ ____ ____ Pt c c/c as
above. ____ ____ Pt denies ____ ____ ____ ____
move unassisted — cell — VAO ____ ____ other c/c

Disposition:                          | Health Care Practitioner Notes:

Med, Physical —
Upcoming Appt
w/ Dr.
SC/PRN                                Crt II
                                      Clinic A

New Medications Ordered:
_____
_____
_____
                    Total #:

Screener's Signature: _____    HCP's Signature: _____  Date: _____

☒ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ __Ø__   Total: $ __Ø__

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

_____           #422864       02/02/10        _____
Offender Signature         DOC #         Date            Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Theodore Arita_  DOC#: _422864_  CAMP: _Cuda ¼_  JOB ASSIGN:_____

TEMP: _____  PUSLE: _____  RESP: _____  B/P: _____  WEIGHT: _____

DATE: _4/12/10_  s/c back pains / spasms, F/U labs

TIME: _____

ALLERGIES: _____

@ TU -reschedule

TT MO RS

Brown, fun 4-13-10 @ 1030 A.M.

☐ DUTY STATUS: _____  ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____  PHYSICIAN SIGNATURE: _____

LSP-TC 19    06/2006                PHYSICIANS CLINIC

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
#### PHYSICIANS CLINIC

NAME: _Theodore Arita_    DOC#: _422864_    CAMP: _Cuda_  ½    JOB ASSIGN: _____

TEMP: _98.8_    PUSLE: _64_    RESP: _____    BP: _158/100_    WEIGHT: _174_

DATE: _4/21/10_    s/c back pains/spasms, labs

TIME: _____

ALLERGIES: _NKA_    30 BM

c/o BACK PAIN
   weight loss -

BP 150/100

Back pain constantly. Had meds which helped
but expired

Back. (L) PST L2-4
   Difficulty assessing ROM 2° to restraints

|        | 10/09 | 8/09 |
|--------|-------|------|
| wt     | 186   | 192  |

to C.S.
wt loss - Beneprotein + scoop BID x 3mo (script sent to Central supply)
Chronic Back pain → Ibuprofen 200mg +po tid x 6mo ⎤ Rx
                     Robaxin 500mg + po tid x 6mo ⎦ faxed

Elevated BP s̄ HTN - ↓ Na⁺

☐ DUTY STATUS: ⨯ RTC 3mo BP ✓          ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    JBrown, LPN 4-21-10 10 AM    PHYSICIAN SIGNATURE: _R Lazo_

LSP-TC 19  06/2006                              PHYSICIANS CLINIC



## LSU Hospital System
### Offender Referral Review

LSU Med Rec # 79116053

DOC # 422864

Appt Date 5-12-10

Name Theodore Arita

Appt Time 8Am

DOB

Clinic Neurosurgery Clinic

SSN

Hospital MCNO

Prison LSP-AN90/A

Chief Complaint _Chronic LBP_

_hx Chiro/physical therapy   minimal effectivness_

_Currently on  NSAIDS/Muscle relaxers_

Other Diagnoses _____

☐ Copy of current medications attached          ☐ Copy of last clinic note attached

Date of last visit _11/09_

Since last visit, relevant symptoms / changes in condition

_11/09 - Seen in New Orleans     Rec'd Neuro Surg eval_

☐ Less frequent          ☐ Same frequency          ☐ More Frequent          ☐ Resolved

Any other relevant information

_Hx of Seeing Chiro  - Not effective_

_Physical Therapy - Minimal results_

Relevant labs / studies     MRI  6/08    L4-5 disc Dessication & nerve root impingement
                                                        severe central spinal stenosis

9/09    Herniated disc L4-5, L5S,     L5-S, disc dessication & possible impingement S1 Root
            Spinal stenosis L4-5

☐ Offender has been discharged          ☐ Anticipated discharge date _____

Contact Person _Connie Leonards, LPN  or  Ashli Oliveaux, LPN_

Contact Phone Number _225-655-2728 or 2261_ Extension _____

Contact Fax _225-655-2275_

| For LSU Use Only | | |
|---|---|---|
| ☐ Appointment as scheduled | ☒ Appointment postponed | ☐ Appointment cancelled |

11/4/09
815
6'2"
192*

Louisiana State University Health Care Services Division
Interim LSU Public Hospital

Acct. # 9551158
MRN: 79116053
ARITA, THEODORE
11/4/2009

**INMATE PROGRESS NOTES**

94.5   54   16   135/88

2   M   J

DIRECTIONS: Original to be placed on the patient's record. Carbon to be returned to the referring physician.

REFERRING AGENCY: _____

**WRITE FIRMLY - USE BALL POINT PEN**

SUBJECTIVE AND OBJECTIVE:

30 y/o MALE c̄ 1 year history of
BACK PAIN OCCASIONALLY RADIATING
TO THE LEFT LEG. ∅ WEAKNESS OR
NUMBNESS. PARTIAL IMPROVEMENT

ASSESSMENT: WITH MEDS

NEURO: GCS: 15

∅ MOTOR OR SENSORY DEFICITS
⊖ LEG RAISING TEST
LUMBAR X-RAYS: QUESTIONABLE L5-S1

PLAN:
(Include labs requested, medication ordered, and treatment plan)

SPONDYLOLISTHESIS
GI

① PAIN MEDS
② PHYSICAL THERAPY
③ TLSO BRACE
④ F/U IN 6 MONTHS
⑤ FLEXION - EXTENSION X-RAY FILMS (LUMBAR)

PHYSICIAN'S SIGNATURE

S611 G

PHYSICIAN ID#

JORGE ALVERNIA
5611
DEA #
NPI # 1427723815

NOTE: RETURN APPOINTMENTS SHOULD BE ORDERED ONLY WHEN
PRISON STAFF PHYSICIANS CANNOT PROVIDE ADEQUATE FOLLOW-UP.
PHYSICIAN, RETURN APPOINTMENT REQUEST SHOULD BE MADE
WITH A GENERAL TIME FRAME.

EXAMPLE: "RETURN TO CLINIC IN TWO WEEKS".
SPECIFIC DATES WILL BE MADE BY THE
OUTPATIENT DEPARTMENT CORRESPONDENCE CLERK.
CONTACT CLINIC NURSE FOR ANY PROBLEMS.

MCLN 0029 (R 4/09)

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: ARITA, THEODORE                              DOC#: 422864

DATE RETURNED TO TREATMENT CENTER 11/04/2009          LOCATION: J CUDA 3/R

◆  CLINIC   MCNO/NEURO SX CL 14     Time returned to TC: _____4¹⁵_____ AM/PM

◆  OTHER #: __Flu_____

Returned: ✓ With Paperwork            __ Discharge to Camp

          __ Without Paperwork        Security Notified: 5¹⁵  AM / PM

          __ Obtain Results           Admit to: __ Nursing Unit I

Nurses Signature: _John Russellin_               __ Nursing Unit II

Neurosurgery Evaluation CBP

TLSO Brace —→ RX to Central Supply

physical Therapy — Copy to pt

Flexion - Extension, x-ray films

RTC 6 months

D/C to Camp — T.O. Dr Rountree / John Russellin

11/6/09 noted Alley



Request for Inmate Appointment

Medical Referral    MCNO

Correctional Facility: LSP (ANGOLA)

Phone and Fax number: (225)-655-2261 (PH)  (225)-655-2275 (FAX)

Contact Person: ASHLI OLIVEAUX LPN

DOC 422864

Name: Theodore Arita    SS# _____

D.O.B. 7-12-79    Age: _____    MR#: 7916053

Race: B    Sex: M    Folder # _____

Clinic Requesting: Neuroscl FIU
Medicine/Dosage: Neuro Surgey Clinic

Reason for Referral: (Diagnosis)

Last seen in November 2009 needs
6 month FIU

Physician's Name: Dr Rauchtree

Physicians Signature: _____    8-3-10
                                              Date

Notice: This patient is in custody. Please do not give him/he · any prescriptions, samples, dates and times of future appointments or any med cal paperwork. Please provide this information in writing to the deputy accompany ng the inmate.

Date referral sent to MCL _____    Referral ser. : by: _____

needs X-Ray Flexion + Extension
done before appt @ LSP send Films to
Clinic +

Case 3:14-cv-00116-BAJ-EWD    Document 53-6    04/16/15    Page 21 of 27

03/08/2010  09:19    504903  58         APPOINTMENT OFFICE   #05      PAGE  02

422864

# MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS
## PATIENT APPOINTMENT NOTICE

PATIENT DETAILS

ARITA ,THEODORE                          MED REC #:   79116053
LOUISIANA STATE PENITENTIARY             RESOURCE CODE:   SECURE TNS
                                         ACTIVITY TYPE:   RV
NEW ORLEANS                              DATE
LA        70119-                         APPT CREATED:   030510
                                         SCREENING EXP DATE:    /  /

                    TELEPHONE: ( 504 ) 822-8000

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                    APPOINTMENT DETAILS                    *Postpone*

   YOU HAVE AN APPOINTMENT WITH   SECURE TULANE NEURO SURGERY    IN THE
   TULANE NEURO SURGERY          CLINIC ON  05/12/10 AT  8:00   AM
   LOCATED  2025 GRAVIER ST   3RD FLOOR     .

   PLEASE CALL 903-5700  FOR ANY QUESTIONS OR ADDITIONAL INFORMATION.
   PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME FOR YOUR APPOINTMENT.

Please arrive ONLY 45 minutes before your timed appointment.

Your appointment is a Scheduled Time to see your doctor.

Our seating is Limited in the clinic waiting rooms.

Arriving earlier for your scheduled appointment will not
guarantee you will be seen earlier.

   TO CANCEL OR RESCHEDULE CALL THE CLINIC APPOINTMENT OFFICE AT
              903-2373 OR 903-5167
   LAB
   XRAY
   VISIT COMMENT

## ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT / INJURY REPORT
## VITAL STATISTICS

DATE: 0 6 , 18 , 10                                    TIME SEEN: 19 : 43

NAME: Theodore Arita ____ DOC#: 422864 ____ AGE: 30 RACE: B

LIVING QUARTERS: J SK 4/1 ____ JOB ASSIGNMENT: L/O ____ LAST TETANUS: —

| MEDICATIONS: Ibu, methocarbamol | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: 06/18/10 | TIME OF ACCIDENT: 17:00 | ACCIDENT LOCATION: J SK 4/1 |
|---|---|---|

| TIME: 19:43 | B/P: 130/80 | PULSE: 76 | RESP: 18 | LOC: A&O×4 | TEMP: _ | BS/SpO2: — |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Was seen in ATU 2° those ship thrown in his eye. Pt refused assment & Tremt = c complaints (c) this tms.

MEDIC SIGNATURE: _____

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ **CATEGORY A**            ☐ **CATEGORY B**            ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Refused tcrmt & assessment @ this time

☐ Duty Status _____          ☐ Appointment _____
☐ Diet _____          ☐ Dressing Change

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1 9 4 6 | TRANSPORTATION: Ambulatory | DESTINATION: RTQ |
|---|---|---|
| LSP-TC 07      Rev. 11/2006 | ACCIDENT/INJURY REPORT | PAGE / OF 2 |

HC - 26 Form A

DATE: 6 - 18 - 10

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Signature of Inmate

Teresa Daugepont
Witness

G. Wilson 520
Witness

I, Theodore Arita , # 422864 , hereby refuse the following
described medical attention:
Assessment & Transit 2° to aguello
fight

_____
Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

Case 3:14-cv-00116-BAJ-EWD    Document 53-6    04/16/15    Page 24 of 27

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 08 / 21 / 10                                      TIME SEEN: 14 . 05

NAME: Theodore Arita _____ DOC#: 422704 AGE: _____ RACE: _____

LIVING QUARTERS: _____ JOB ASSIGNMENT: _____ LAST TETANUS: _____

| MEDICATIONS: Ibuprofen, Methocarbamol | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:
pt to HU 2° Acc fight yet denies injury, pt does
not wish to be examined or treated.

MEDIC SIGNATURE _____ #573

**PHYSICIAN ASSESSMENT AND TREATMENT**

□CATEGORY A                □CATEGORY B                □CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Refusal attached

□Duty Status _____        □Appointment _____
□Diet        _____        □Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1408 | TRANSPORTATION: Self | DESTINATION: RTU |
|---|---|---|

LSP-TC 07          Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE ____ OF ____

HC - 26 Form A

DATE: 8-21-10

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Signature of Inmate

_____
Witness

_____
Witness

I, _____ , # _4/228/4_ , hereby refuse the following
described medical attention:
Pt does not wish to be seen
after alleged Hena Waste
fight

_____
Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### PHYSICIANS CLINIC

NAME: _Theodore Arita_    DOC#: _422864_    CAMP: _Cuda_ ⁴/ᴿ    JOB ASSIGN: _____

TEMP: _98.9_    PUSLE: _72_    RESP: _____    B/P: _110/80_    WEIGHT: _172_

DATE: _10/28/10_    F/u LBP, BP ✓

TIME: _____

ALLERGIES: _NKA_    31 BM

Returns to F/u on LBP & BP.
BP controlled mds noted.
Reports "meds for breux or effective"
Reports ↑ fatigue & wishes to have
evaluation. ∅ other complaints noted.

A○RRR

A/P    LBP
       BP (controlled)    slip
                          sent

Labs: Chem 14, CBC, TSH, EKG
Keep appnt c̄ Tulane Neuro surgery

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _3mo_
☐ DIET: _____
☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

Approve OPM
10-28 @ 12 pm

LSP-TC 19    06/2006    PHYSICIANS CLINIC

C-01-A
.ember 2009

**Health Care Request Form**    Institution _L.S.P._

Name _eodore Arita_    DOC # _#422864_    Age _31_    Housing _Cp-J Cuda 3/8/14_    Job Assignment _E/LD_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** Im requesting that my muscle relaxers, and pain medication be reordered because they are scheduled to be stoped tomorrow May 23, 2011. Im also requesting to see someone about continueing back spasms, and lower back giveing out on me. Also, numbness in legs.

**Healthcare Personnel Screening:** Date: _5/23/11_    Time: _6²⁴_    Location Seen: _Camp J_

(Circle One):   Emergency  (Routine Sick Call)  Work Related Allergies: _N/b_

B/P _N/A_    Pulse _N/A_    Resp _N/A_    Temp _N/A_    Other _N/A_

**Assessment/Comment:** _____

_Pt requesting renewal of Robaxin + Ibuprofen_

**Disposition:** _Refer to M.D._

**Health Care Practitioner Notes:**

X CIA Cat IV
DIC Ibuprofen 200mg
Motrin 800mg TID X 3M
Robaxin 500mg
11 n TID x 3M

**New Medications Ordered:**

_____

_____

_____    Total #: _____

Screener's Signature: _____ mkg ᵇᵐ¹ᴮ 500    HCP's Signature: _____ Nr 5/23/11   Date:

☒ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ __8__   Total: $ __8__

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_    _#422864_    _05/23/11_    _____ CATB 5W
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record       Yellow - Business Office       Pink - Offender's Copy