

**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ **Medical only** | 2004 – Present |
| ☐ **Mental Health only** | ~ tail bone/lower back, etc. |
| | ~ hands, thumb |
| ☐ **Medical and Mental Health** | ~ knees – left knee in particular |
| | ~ elbow |
| ☐ **Other** | |

| Copies made for: | Stacey Johnson |
|---|---|
| | AG's Office |

| Signature: | *Jamie Sharp* | Date: | 4/13/15 |
|---|---|---|---|
| | Jamie L. Sharp | | |
| | Ex-Officio Notary Public, #92150 | | |
| | Department of Public Safety and | | |
| | Corrections/LSP | | |

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



Blumberg No. 5138

STATE'S
EXHIBIT

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Theodore Arita_ DOC#: _422864_ CAMP: _Ash_ ³/R JOB ASSIGN: _____

TEMP: _98.9_ PUSLE: _64_ RESP: _____ B/P: _140/80_ WEIGHT: _185_

DATE: _6/30/11_                    s/c med review, labs

TIME: _____

ALLERGIES: _NKA_                    3/BM

C/o Back pain x 3 yrs

weight loss x 3 wk 9

PRESENT (tue, Thyromegaly

MSK (tue) Straight leg any sign

Resp) Good AE bilat

CUI H, I & II ♂

(ABD) Soft flat

Impression          CNS   A⊕O+3, & topical     exam
                           Plan/Assessment: motion 800g
                                              Po TID x 6/12
- lumbar radiculopathy
- HTN (stage I)                Cont current med
- (?) weight loss      Prescribe Add  Po Prednisone Tape Dose
                       Prescribe  TSH, CHISM14, CBC
                       Prescribe Refer to Orthopedics
                              (cont) 650g PO TID x 6/12
                              F/up with Clinic 3/12

☐ DUTY STATUS: _____          ☐ APPOINTMENT: _____
☐ DIET: _____
☐ MISC. ORDERS: _____     PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006          PHYSICIANS CLINIC

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

### CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Pleadore Anita_     DATE: _6/30/14_

DOC#: _422864_    DOB: _3 1_    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Ortho_

---

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

_Spine Sx_

_Sural_

_for lumbar radiculopathy._

---

Provisional Diagnosis:        Requested by:

_Lumbar radiculopathy_        _T. Morel_

---

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodore Arita     DOC#: 422864     CAMP: JGH24/R     JOB ASSIGN: _____

TEMP: 99.1     PULSE: 84     RESP: _____     B/P: 130/80     WEIGHT: 187

DATE: 7/14/11          S/c Rt Foot

TIME: _____

ALLERGIES: NKA          32 BM

C/o 2 pc + (R) pain on sole of x 2/52

c/o names

Exacerbated on gossip         mild tender

P/E   MSK  ↓ed ROM (Rt ankle) incr swelly
            C NS  intact sensation (Rt ankle)
                  S/p non tender
      ABD   AAOx3
      C NS
      Ret/p  cross AF b/lat

Right ankle swelly
r/o Plantar fasciitis        Next X-ray Rt foot

— GERD

— lumbar radiculopathy

— HTN (controlled)          — Ace bandage to
                              Rt ankle
                              (not available)

☐DUTY STATUS: _____     ☐APPOINTMENT: _____

☐DIET: _____

☐MISC. ORDERS: _____     PHYSICIAN SIGNATURE: _____

LSP-TC 19  06/2006          PHYSICIANS CLINIC

Form HC-01-A
14 September 2009                    **Health Care Request Form**        Institution _ZSP_

024510

_Theodore Alix_ _422864_ _32_ _J-6t2_ _X/D_
Name                  DOC #        Age      Housing        Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

"simple dight"

Healthcare Personnel Screening:  Date: _8-10-11_  Time: _7⁰⁰_  Location Seen: _as due_

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: _____

B/P _128/40_ Pulse _110_  Resp _18_  Temp _____  Other _____

Assessment/Comment: _R Hand some swelling cold. 2⁰ to punching_
_another offender on head CPL 2sec (PMS Note R Hand iced up_
_P.E. unremarkable_

---

**Disposition:**                            **Health Care Practitioner Notes:**

ATU- via gatral

_CAE_
_seen in ATU_

**New Medications Ordered:**

_____

_____

_____                                        _8/12/11_

_____ Total #: _____

Screener's Signature: _____        HCP's Signature: _____  Date:

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____  Total: $ _0_

understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

_____                   _422864_      _8-10-11_      _____
Offender Signature              DOC #         Date          Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

# ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT / INJURY REPORT
### VITAL STATISTICS

DATE: 8,10,11

NAME: Theodore Arita   DOC#: 422864   AGE: 32   RACE: B

TIME SEEN: 14:35

LIVING QUARTERS: GTR   JOB ASSIGNMENT: 4D   LAST TETANUS:

MEDICATIONS: Robaxin, APAP, FBU

ALLERGIES: NKDA

DATE OF ACCIDENT: 8-10-11   TIME OF ACCIDENT: Approx 1000 AM   ACCIDENT LOCATION: GTR 4/R

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 14:35 | 115/72 | 91 | 14 | A&O | 99.9 | |
| 1550 | 114/70 | 80 | 14 | A&O | | |
| : | / | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:

32 y/o ® ambulatory to ATU c̄ c/o ® hand & ® knee pain 2° to being involved in human waste fight & all then ® hand has mild redness, mild swelling, ® knee has mild redness & swelling. PMS intact c̄ ® knee...

MEDIC SIGNATURE: MSgt A McClure 526

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ CATEGORY A          ☐ CATEGORY B          ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Labs
HIV, VDRL, Hep A, B, & C
X-Ray
® hand ® knee Negative
Cont ISP
AT2

multiple scratches/abrasions
multiple will continue
to ® hand/forearm
from all claims difficult
FROB strength 5/5 ®

☐ Duty Status _____
☐ Diet _____
☐ Appointment
☐ Dressing Change

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1550 | TRANSPORTATION: Self | DESTINATION: RETR |
|---|---|---|

LSP-TC 07     Rev. 11/2006     ACCIDENT/INJURY REPORT     PAGE ____ OF ____

ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: Anita, Theodore                DATE: 9/28/11

DOC#: C422864        DOB: _____        HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician : __CHIRO CLINIC__

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

**Physical Modalities:**
☑ Interferential
☐ Ultrasound
☐ Russian Muscle Stim
☐ E-Stim
☐ Diathermy
☐ Cryotherapy/Heat
☐ Traction Lumbar/Cervical

**Soft Tissue Techniques:**
☐ Myofascial Release Active/Passive
☐ Trigger Point Therapy
☐ Deep Tissue Massage
☐ Stretching; PNF, Contract Relax, ETC

**Active Care/Rehab:**
☑ Cervical Spine
☑ Thoracic Spine
☑ Lumbar Spine
☐ Shoulder
☐ Wrist/Elbow
☐ Hip
☐ Knee
☐ Ankle/Foot

**Manual Joint Mobilization/Manipulation:**
☐ Flexion Distraction
☐ McKenzie
☐ Cervical Spine
☑ Lumbar Spine
☐ Shoulder
☐ Wrist/Elbow
☐ Hip
☐ Knee
☐ Ankle/Foot

*[handwritten:] r/o lumbar radiculopathy*

Provisional Diagnosis: _____        Requested by: _____

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.
LSP-TC 22    Rev. 10/97

004655

Form HC-01-A
14 September 2009                    **Health Care Request Form**    Institution __LSP__

Theodore Arita    #F422864    31    Cp-J, Gar 4/R/3    EL/0
Name                       DOC #         Age        Housing           Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I've been
haveing severe sorness in right Knee/w. slight swelling thats makeing it hard to apply
any pressure by standing or walking on it. ITs been causeing problems for over a
month now. Need to see appropriate help/Doctors Thank you.

**Healthcare Personnel Screening:** Date: _9/25/11_ Time: _0555_ Location Seen: _Gar_

(Circle One): Emergency / (Routine Sick Call) Work Related Allergies: _____

B/P _132/76_ Pulse _72_ Resp _12_ Temp_____ Other _____

**Assessment/Comment:** Pt c/o chronic ® knee pain/stiffness x1 month. Pt
requests MD eval. Pt ambulatory in no ∅ Edema, ∅ discoloration, ∅ crepidus, ∅ deformity noted.
Pt states he was in Field X/month ago. Pt left MD ± Further complaints. Pt already has
appt scheduled.

**Disposition:** ~~MD~~ S/C PRN

(Keep Up coming Appt)

**Health Care Practitioner Notes:**

**New Medications Ordered:**
_____
_____
_____

Total #: _____

Screener's Signature: _____    HCP's Signature: _____ Date: _9/29/11_

☐ No Fees ☑ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____         #F422864   9/25/11    _____
Offender Signature          DOC #      Date      Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Theodore Arita     DOC#: 422864     CAMP: JGame     JOB ASSIGN: _____

TEMP: 98.8     PUSLE: 68     RESP: _____     B/P: 138/96     WEIGHT: 189

DATE: 9-29-11     F14 LBD

TIME: _____

ALLERGIES: NKA                    31 BM

C/o Right knee pain x 2 mo.

S/p. Altercation

Also c. Back pain

(P/E) HEENT     decr ROM (Rt ankle), (press/swelly

MSK (ful strngth (eg cais/sign; ∅ Rt knee
                                    rell/ fulll
                                    ROM

Resp     Good AE bilt

CVS     H₁ I & II K-

ABD     soft non tense

CNS     AO x 3; ∅ ∂cficits

Impression: Rt knee pain          Plan/Tx:
 + lumbar radiculopthy               Refer to Chiroprcctr
 - GERD                             — Cont current meds
 — HTN (Pre-HTN)                    Rx Capsaicin Topical
R/o Plantar fasciitis                   0.075% BID x 3/12
     Achilles Tendinitis                12-T-C 6 mo.

☐ DUTY STATUS: _____

☐ DIET: _____

☐ MISC. ORDERS: _____          PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006               PHYSICIANS CLINIC

Form HC-01-A
14 September 2009     **Health Care Request Form**    Institution _LSP_

004166

_Theodore Arita_    #422864    32    Cp-J, Gar 4/4/3    E/LD
Name        DOC #      Age     Housing      Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _My medication has expired, and I'm requesting that my (robaxin) muscle relaxers be re-prescribed. My lower back problems are continuesly causeing me pain, and tightening up._

Healthcare Personnel Screening: Date: _1/23/11_ Time: _0613_ Location Seen: _Gar_

(Circle One): Emergency / Routine Sick Call / Work Related    Allergies: _NKDA_

B/P _132/84_ Pulse _88_ Resp _14_ Temp _98.6_ Other _____

Assessment/Comment: _Pt request MD eval for reorder of Rx Robaxin_

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| _MD_ | _Rx sent_ |
| | _Robaxin 15~ PO_ |
| **New Medications Ordered:** | _T.D x 3 mth_ |
| | _11-28-11_ |
| | _11/28/11_ |

Screener's Signature: _____ Total # _____ HCP's Signature: _____ Date: _____

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore A__     #422864    11/23/11    _____
Offender Signature     DOC #     Date     Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodore Arita    DOC#: 422864  CAMP: COTR 4L  JOB ASSIGN:_____

TEMP: 99.1    PUSLE: 76    RESP:_____    B/P: 120/72   WEIGHT: 192

DATE: 02-21-11    Flu MD Eval.    174

TIME:_____

ALLERGIES: NKA    31BM

LBP wants to know F/U NSurgery, Clin at LSU
apIT

TSH nl    PE ♀○ CTA Ⓑ
Chm14 nl    ext MS & MU
WBC 3.3    ABd @ PBS Mvmt

MPRI 2009    A/P,) LBP
L45 HNP    - Needs Flexion-extension XR  slip sent
L5S1    prior to FU NS at MCNO
c̄ L45 stenosis    - ~~Refil Ibuprofen 200 mg~~
    D/C
R# sent    Ibuprofen 800 mg TIDX3m
RTC 3n    D/c Robaxin 500 mg
CBC slip sent    Robaxin 500 mg
COA    ii n TID x 3m

□ DUTY STATUS:_____
□ DIET:_____
□ MISC. ORDERS:_____

□ APPOINTMENT:_____
PHYSICIAN SIGNATURE:_____

LSP-TC 19   06/2006    PHYSICIANS CLINIC

Form HC-01-A
14 September 2009        015886        Health Care Request Form        Institution _LSP_

_Theodore Anita_ _472864_ _____ _GAR_ _____ _L/D_
Name            DOC #        Age        Housing        Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Simple Fight

Healthcare Personnel Screening:  Date: _3/7/12_ Time: _1447_    Location Seen: _GAR_

(Circle One):  (Emergency) / Routine Sick Call / Work Related Allergies: _____

B/P _136/90_ Pulse _86_ Resp _14_ Temp_____ Other _____

Assessment/Comment: _Swelling + CROM Noted to_
_(L) hand PMS⊕ + Ø other trauma Noted_

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| to ATU ref#016521 | |
| **New Medications Ordered:** | |
| _____ | |
| _____ | Paul Joe |
| _____ Total #: Ø | 3-9-12 |
| Screener's Signature: | HCP's Signature:        Date: |

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _Ø_ Total: $ _6⁰⁰_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Unable to SIGN_ _472864_ _3/7/12_ _____
Offender Signature        DOC #        Date        Witness Signature

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

016521

DATE: 3/7/12

NAME: Theodore Arita     DOC#: 422864     HOUSING UNIT: J GAR

LOCATION SEEN: GAR

REFERRAL TO: ATU

DATE OF REFERRAL: 3/7/12          TIME OF REFERRAL: 1500   A.M. / P.M.

REASON FOR REFERRAL: Eval (R) hand injury following simple fight

TEMPORARY DUTY STATUS:

TEMPORARY DUTY STATUS EXPIRATION DATE:

_____
SIGNATURE OF HEALTH CARE PROVIDER

CC:   HIM         (WHITE)
      PATIENT     (YELLOW)
      SECURITY    (PINK)

LSP-TCEMS 01   REV. 10/97

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 3, 9, 12                                                      TIME SEEN: 15:55

NAME: Theodore Arita        DOC#: 422804        AGE: 32        RACE: B

LIVING QUARTERS: J CAR       JOB ASSIGNMENT: 40       LAST TETANUS: ?

MEDICATIONS: Ibuprofer, Robaxin,        ALLERGIES: NKDA

DATE OF ACCIDENT 3/9/12        TIME OF ACCIDENT: 1400        ACCIDENT LOCATION:

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 15:58 | 123/74 | 77 | 12 | A | — | — |
| 16:35 | 118/78 | 88 | 16 | A | | |
| : | / | | | | | |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt. states he was in 20 min. fight.

MEDIC SIGNATURE: [signature] M.Scott EMT P #509

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ CATEGORY A                ☐ CATEGORY B                ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

X-ray (R) & (L) HANDS (?)

Thumb splint and Ace wrap

Pt involved in a simple fight c another inmate
XR (R) 1st MCP Fx
(L) hand edema MCP 2, 3rd
XR (L) (-)

or flu
Toradol 60 mg IM    Done 16:20
Norflex 60 mg IM    (-)

☐ Duty Status _____        ☐ Appointment _____

☐ Diet _____        ☐ Dressing Change

**PHYSICIAN SIGNATURE:** [signature]

TIME LEFT: 16:35        TRANSPORTATION: Ambulatory        DESTINATION: RTU

LSP-TC 07        Rev. 11/2006        ACCIDENT/INJURY REPORT        PAGE 1 OF 1

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Theodore Arito_   DATE: _3/7/12_

DOC#: _422864_   DOB: _____   HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Ortho_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

32 y M c̄ ® 1st MCP commuted fx, Please eval.
Thanks

Provisional Diagnosis: _____   Requested by: _____

NOTICE: This patient is in custody.  Please do not give him any prescriptions, medicines, etc.  Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up.  **DO NOT** allow the inmate to have access to this information.

LSP-TC 22   Rev. 10/97

Form HC-01-A
14 September 2009     017556     Health Care Request Form     Institution __LSP__

__Theodore Arita__     __#421864__     __32__     __Gator 3/8 #3__     __E/L0__
Name     DOC #     Age     Housing     Job Assignment

OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST: I recently was involved in a incident where inmate Glen Welch threw human waste and urine in my eyes and mouth. I just received information that he is H.I.V. Possitive, and I am requesting to be tested for any Deiseases soon as Posible. Thank you.

Healthcare Personnel Screening: Date: __3/11/12__ Time: __0800__ Location Seen: __Gator__

(Circle One): Emergency / (Routine Sick Call) / Work Related Allergies: _____

B/P __124/74__ Pulse __70__ Resp __18.0__ Temp __98.8__ Other _____

Assessment/Comment: Pt C/O having had altercation c another offender who through human waste on him x 4 days ago. Pt is requesting to have test done to rule out any infectious Odiseases.

Disposition:     MD

Health Care Practitioner Notes: in ATU for hand swelling 3-8-12 - repeat

S/C p+n

Paul Isae MD

New Medications Ordered:

Total #: __0__

Screener's Signature _____ #68     HCP's Signature: _____ 3-12-12 Date:

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee $ _____ Total: $ __3.00__

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____     __#421864__     __23/11/12__     _____ #68
Offender Signature     DOC #     Date     Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

Form HC-01-A
14 September 2009          017      **Health Care Request Form**      Institution _L.S.P._

_Theodore Arita_      #422864      32      Cp-J (Sut 3R/3)      E/LD
Name          DOC #      Age      Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _I had a fight on (we.) March 7th 12 in which I broke a bone in my right hand. The doctor told me that I needed a cast, and was being scheduled to see the Orthopedic doctor. I still have not received my cast, and have'nt seen Ortho. Im requesting to see the appropriate doctor, and medical treatment before hand began to heal wrong._

Healthcare Personnel Screening: Date: _3/18/12_ Time: _0635_ Location Seen: _gutter_

(Circle One): Emergency / ~~Routine Sick Call~~ / Work Related  Allergies: _N/IC_

B/P _____ Pulse _____ Resp _____ Temp _____ Other _____

Assessment/Comment: _as above_

_methurbrad._

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| _NV_ | _ortho c/s submitted 3-7-12_ |
| **New Medications Ordered:** | |
| | _Paul Toce MD_ |
| | _3-21-12_ |
| _____ Total #: ____ | |
| Screener's Signature: _____ ℰ | HCP's Signature: _Paul Toce MD_   Date: _3-21-12_ |

☑ No Fees ☐ $3 Access Fee ☑ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____          #422864      03/18/12      _____
Offender Signature          DOC #      Date      Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Louisiana State Penitentiary
. Barrow, Jr. Treatment Center
Physician's Clinic

`6` `6` `4` `6` - `□`

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| ARITA | : THEODORE | 422864 | J GTR 3/R | 3/19/2012 |

**BP:** 110 / 80  **Temp** 98.8  **Pulse** 68  **Resp:**  **Height**  **Wt.:** 190  **Time:** 1:11:08 PM

**DOB** ___  32  **year old** B  **Male**

**Allergies:** NKA

**Reason for Visit** CLINIC A

**Chief Complaint** F/U HTN, GERD

**O2 Saturation** [        ]

(1) HTN - #'s = good s̄ tx, can use ↑H₂O + ↓ salt s̄ meds now

(2) GERD - Ø s̄ tx

(3) s/p (R) thumb fx (3-7-12) Spoke c̄ radiol - ⊕ slt fx displacement
Ortho 4/5 - sent 3-7-12 — Msg to Ms Betty to update ortho appt

(4) LBP - Claims DDD c̄ prev surg) ⊕ radiculopathy  Chiro referral sent 9-29-11
Capsaicin 0.025 → none +-
⊕ MRI 2009 c̄ L4,5 stenosis -   Ortho referral sent 6-30-11 for 4/5 dr

Rx sent

**Assessment:**

1. MB

2.

3.

4.

5. JBrown, Jane 3-19-12 @ 11⁵⁰ AM

**Plan:** RTC 6 mos

1.

2.

3.

4.

5. 3-19-12   Paul Free

**Date**   **MD Signature**

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J GTR 3/R        JOB:L/D

DATE: 03/21/2012

Reason For Visit: ORTHO    NEW REF

*No Show for ortho today Reschedule*

*Reschedule 3/21/12 B Daplu CJ035/am*

Assess:                          Plan:
1. _____              1. _____
2. _____              2. _____
3. _____              3. _____
4. _____              4. _____
5. _____              5. _____

_____                _____
Date                           MD Signature

Form HC-01-A
14 September 2009                    **Health Care Request Form**    Institution _E/LD LSP_

_Theodore Arita_ #_422864_  _32_  _Cp-J.Geda 3/L/3_  _E/LD_
Name            DOC #    Age    Housing            Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I broke my hand on March 7th and was scheduled to see the orthopedic. I still have not seen anybody, and is experiencing sharp pains through out my right hand and wrist. I cant move my hand, or apply any pressure to it. I'm requesting to see a doctor to examine this injury to assure it's healing properly. I was told by the last doctor that it might need a pin, or surgery, and is concerned about it healing wrong.

Healthcare Personnel Screening: Date: _5/2/12_ Time: _0640_ Location Seen: _cuda_

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: _n/k_

B/P _____ Pulse _____ Resp _____ Temp _____ Other _____

Assessment/Comment: _as above - splint in place + edema noted to fingers  her 2 ROM to fingers - Request to see mn to see ortho_

**Disposition:**

_mn_

**New Medications Ordered:**

_____
_____
_____
_____

Total #: _____

Screener's Signature: _Cupl Gu Sur_  83

**Health Care Practitioner Notes:**

N.S. for Ortho 3/21/12
rescheduled

keep appt

5/31/12

HCP's Signature: _Paul Toce MD_  5-3-12  Date:

☑ No Fees ☐ $3 Access Fee ☑ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _∅_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_  #_422864_  _05/02/12_
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA          ,THEODORE    DOC#: 422864   CAMP:J CUDA 3/L      JOB:L/D

DATE: 05/05/2012

Reason For Visit: ORTHO    NEW REF N/S 3/21/12

_Assess:_
1. _(R) [illegible] me fase [illegible]_
2.
3.
4.
5.

Plan:
1. _cont'd form exam_
2. _RTC 4-6 who [illegible]_
3. _Suppl OTC PRN_
4.
5.

Date _5/5/12_

MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: ARITA        ,THEODORE    DOC#: 422864   CAMP:J CUDA 3/L    JOB:L/D

DATE: 06/09/2012

Reason For Visit: ORTHO    4/6 WEEK F/U

_[handwritten clinical notes — illegible]_

Assess:

1. _[illegible]_
2. _____
3. _____
4. _____
5. _____

Plan:

1. _[illegible]_
2. _[illegible]_
3. _[illegible]_
4. _[illegible]_
5. _[illegible]_

Date _[6/9/12]_                    MD Signature

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 8 / 4 / 12                                    TIME SEEN: 10 : 45

NAME: Theodore Aniter _____ DOC#: 422864 _____ AGE: 32 RACE: B _____

LIVING QUARTERS: Gar 1/L _____ JOB ASSIGNMENT: c/D _____ LAST TETANUS: _____

| MEDICATIONS: Capsaicin, Methecarbamol. | ALLERGIES: N/k |
|---|---|

| DATE OF ACCIDENT: 8/4/12 | TIME OF ACCIDENT: 6:00 PM Approx. | ACCIDENT LOCATION: Gar unit |
|---|---|---|

| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:
Pt brought in to ATU for possible gag fight. Pt denies any injuries
+ request to sign a refusal. Pt pooxy Amb & Diff in NAD
small abrasion visualized to R wrist while signing the refusal
& active bleeding & Edema no other injuries visualized.
Remaining PE unremarkable
& another offender claimed he threw oatmeal @ him ≠

MEDIC SIGNATURE: _____

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ **CATEGORY A**                ☐ **CATEGORY B**                ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Refusal attached

☐ Duty Status _____                ☐ Appointment _____
☐ Diet _____                       ☐ Dressing Change _____
                                   PHYSICIAN SIGNATURE: _____

| TIME LEFT: 10:50 | TRANSPORTATION: Ambulatory | DESTINATION: R 70 |
|---|---|---|

LSP-TC 07        Rev. 11/2006        ACCIDENT/INJURY REPORT        PAGE _1_ OF _1_

HC - 26 Form A

DATE: _8/5/12_

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_#422864_
Signature of Inmate

_S.Michael Thomas_ #19
Witness

_M/SGT._
Witness


I, _Anila Theodore_ , # _422864_ , hereby refuse the following described medical attention:

_Assessment after alleged aggravated fight._

_____

_____
Attending Prescriber


Distribution:

Medical Record

Revised 8/1/02

6 6 4 6 - ☐

Barrow, Jr. Treatment Center
Physician's Clinic

P5NMDF

| Name | | DOC | Location | | Date: |
|------|--|-----|----------|--|-------|
| ARITA | , THEODORE | 422864 | J GAR 1/L | | 9/24/2012 |

BP: 100/100  Temp 99.6 Pulse 68  Resp: ___  Height 74 Wt.: 185    Time: 12:40:47 PM

DOB ___ 33 year old B Male

Allergies: NKDA

Reason for Visit CLINIC A

Chief Complaint F/U HTN, GERD

O2 Saturation ☐

(1) HTN – ∅ %? not active Rx

(2) GERD – ∅ Sx

(3) LBP  MRI 2008 c L4,5 stenosis
arthr c/s for 45 d's not 6-30-11 (seen for finger
                                   wrist (other)
moves well in shackles – using paraffon prn.

Ref sent — re c/s arthr —

**Assessment:**

1. _____
2. _____
3. _____
4. _____
5. _____

**Plan:** RTC 6mos

1. _____
2. _____ M.Whorshana(R) _____
3. _____ 9-24-12 _____
4. _____
5. _____ 9-24-12 _____ PM7

**Date**                    **MD Signature**

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: Theodur Arita     DATE: 9-24-12

DOC#: 422864     DOB: 33 yo     HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): Ortho

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

33 yo BO c̄ MRI abn 2009 showing L4,5 spinal stenosis. Was told needed surg on this site. (C/S 1st sent 6-30-11)

Provisional Diagnosis:

spinal stenosis

Requested by:

9-24-12

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.

LSP-TC 22     Rev. 10/97