

| BOBBY JINDAL | | JAMES M. Le BLANC |
|---|---|---|
| Governor | | Secretary |

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Theodore Arita | DOC# | 422864 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ Medical only | 2004 – Present<br>~ tail bone/lower back, etc.<br>~ hands, thumb<br>~ knees – left knee in particular<br>~ elbow |
| ☐ Mental Health only | |
| ☐ Medical and Mental Health | |
| ☐ Other | |

| Copies made for: | Stacey Johnson<br>AG's Office | |
|---|---|---|

| Signature: | *Jamie Sharp* | Date: 4/13/15 | |
|---|---|---|---|
| | Jamie L. Sharp<br>Ex-Officio Notary Public, #92150<br>Department of Public Safety and<br>Corrections/LSP | | |



STATE'S
EXHIBIT
P

Blumberg No. 5138

**Form HC-01-A**
**14 September 2009**        016543        **Health Care Request Form**        Institution _L_ _SP_

_Theodore Alte_    _422864_    _31_        _F_        _1D_
Name                DOC #        Age        Housing        Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

_Simple Sight_

---

**Healthcare Personnel Screening:** Date _9-24-10_   Time: _1545_   Location Seen: _J_

(Circle One):   Emergency / **Routine Sick Call** / Work Related Allergies: _O_

B/P _120/50_   Pulse _72_   Resp _16_   Temp ____   Other _FT < 5 yrs_

**Assessment/Comment:** _R temp 3rd superficial Abrasion w/o bleeding_
_uniformly of discoloration Bus side @ Remainder of D.E_
_Unremarkable_

---

**Disposition:**                          **Health Care Practitioner Notes:**

_+ Therbrecht O.K_

_O clean o.t. o HiOc AAA Ointment_
_apple_

**New Medications Ordered:**

_____
_____
_____

_____ **Total #:** _____    HCP's Signature: _pmt_ _9-27-12_   Date:
Screener's Signature: _M. Webb_

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Alte_                _422864_    _9-24-12_    _witness_
Offender Signature            DOC #        Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

ROBERT E. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 10, 30, 12                                          TIME SEEN: 10 : 47

NAME: Theodore Herta          DOC#: 422864     AGE: 33   RACE: B

LIVING QUARTERS: Gator          JOB ASSIGNMENT: Ld          LAST TETANUS: _____

| MEDICATIONS: Methocarbamol | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT 10 3 12 | TIME OF ACCIDENT: ~930 | ACCIDENT LOCATION: Gator |
|---|---|---|

| TIME: | B/P 112 / 74 | PULSE: 105 | RESP: 46 | LOC: A+OX4 | TEMP: | BS/SpO2: 99% |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt was involved in a conf. w/ security. Pt voices no medical complaints at this time. Pt spit on an officer. Pt in NAD. No unremarkable

MEDIC SIGNATURE: _____

PHYSICIAN ASSESSMENT AND TREATMENT

□ CATEGORY A          □ CATEGORY B          □ CATEGORY C
***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Pictures taken

"No tx indicted!"

NKD

| □ Duty Status | □ Appointment |
|---|---|
| □ Diet | □ Dressing Change |

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1050 | TRANSPORTATION: Security | DESTINATION: |
|---|---|---|

LSP-TC 07     Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE ___ OF ___

Form HC-01-A        038 0
14 September 2009                    **Health Care Request Form**    Institution _LSP_

_Theodore Arita_    _422864_    _33_    _Cp J Gator 3/R_    _E4/0_
Name                DOC #        Age        Housing            Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** Ive been
experienceing constant blurry vision, watery, and irretated eyes. Also, severe headaches
thats been comming + going for the past week 1/2, or since Tuesday the 30th.
Irritated, and burnning skin on neck + arms. Need help soon as possible.

Healthcare Personnel Screening: Date: _11-12-12_ Time: _0814_ Location Seen: _Gator_

(Circle One):  Emergency / ~~Routine Sick Call~~ / Work Related Allergies: _____

B/P. _____ Pulse _____ Resp _____ Temp _____ Other _____

Assessment/Comment: pt c/o constant blurred vision and irritated
eyes c HA.

_____

_____

_____

_____

_____

| **Disposition:** MD/Eye | **Health Care Practitioner Notes:** |
| | Imp: allergies |
| | Order Zyrtec 10mg WD x 30d |
| **New Medications Ordered:** | artificial tears #1 bottle |
| | prednisone 20mg/dx 3d. |
| _____ | |
| _____ | |
| Total #: | |
| Screener's Signature: _Lt. Mott #68_ | HCP's Signature: _____ Date: _11-14-12_ |

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_        _422864_    _11/12/12_    _Lt. Mott #68_
Offender Signature        DOC #        Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 11/29/12          TIME SEEN: 09:15

NAME: Theodore Arita          DOC#: 422864          AGE: 33   RACE: B

LIVING QUARTERS: Gator 3 R          JOB ASSIGNMENT: L/D          LAST TETANUS: _____

| MEDICATIONS: Cetirizine, methocarbamol | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: 11/29/12 | TIME OF ACCIDENT: Approx. 08:25 AL | ACCIDENT LOCATION: Gator |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 09:15 | 136/82 | 90 | 18 | AC x Y | 97.9 | |
| 10:10 | 130/80 | 88 | 16 | RVPO | | |
| : | / | | | | | |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Cell entry

Pt brought to ATU via Tact team after a cell entry.
Pt is complaining of back, face and neck pain. Pt able to
ambulate w/o assistance. Pt had chemical agent used on
him

MEDIC SIGNATURE: M/Sgt Bell _____

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ CATEGORY A          ☐ CATEGORY B          ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Done

Photos
X-Ray > Dull — Done MD
Pictures Taken

33 y/o BM c/o head discomfort
_____ dizzy — USS
no obvious _____
Awake / Alert / Amb
X-Ray pending interpretation
Pt stable at this time
no neurological signs

| ☐ Duty Status _____ | ☑ Appointment |
| ☐ Diet _____ | ☐ Dressing Change |
| | PHYSICIAN SIGNATURE: |

| TIME LEFT: 0915 10:10 | TRANSPORTATION: Ambulatory | DESTINATION: RTQ |
|---|---|---|

LSP-TC 07          Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE 1 OF 1

004074

Form HC-01-A
14 September 2009     **Health Care Request Form**     Institution _LSP._

_Theodore Anita_    _422861_    _33_    _Cp-JGar 1/R#9_    _E/LD_
Name      DOC #      Age      Housing      Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _Right elbow is swollen, and could barely move it. Left Knee is in severe pain, and could barely put weight on it. Also my lower back has been reinjured, I could barely stand up straight, or bend, and severe pain. Need medical Attention A.S.A.P._

Healthcare Personnel Screening: Date: _11-30-12_ Time: _0543_ Location Seen: _Gar_

(Circle One): **(Emergency)** Routine Sick Call / Work Related Allergies: _NKDA_

B/P _130/80_ Pulse _80_ Resp _14_ Temp _—_ Other _—_

Assessment/Comment: _Pt C/o swelling to (R) elbow 2° having cell entry on 11-29-12. Pt has moderate edema to (R) elbow c mild discoloration noted. Pt has from c C/o pain on bending C/o pain to (L) lateral knee c mild edema and θ discoloration. Pt states after cell entry, was sent to ATU. θ X Rays done on (R) elbow or (L) knee. Pt also C/o pain to lower back and to mid thoracic θ edema θ spasms θ discoloration noted._

_Robaxin_

**Disposition:** _MD_

**New Medications Ordered:**
_____
_____
_____

Total #: _0_    #68

Screener's Signature _Lt. Mott #68_

**Health Care Practitioner Notes:**

_Naproxen 500 x 2, 3A x 3mo_
_C/O Cat I COA_
_NP_
_12-3 R Gupen_

HCP's Signature:    Date: _12/3/12_

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_(signature)_    _422864_    _11/30/12_    _Lt. Mott #68_
Offender Signature     DOC #     Date     Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

007333

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**         Institution _LSP_

Theodore Anita   #422864   33   Cp-J Gar1/R #3   5/LD
Name _____   DOC # ___   Age ___   Housing ___   Job Assignment ___

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I've been experienceing sever pain in my butt-bone since 11/29/12, and have been causeing complete discomfort to where im unable to sit on it, or lay on my back. Also, my left shoulder has been causeing me severe pain + stiffness since 11/29/12. Requesting medical atte. soon as possible.

**Healthcare Personnel Screening:** Date: 12-4-12   Time: 5 A/m   Location Seen: _____

(Circle One):   Emergency / ~~Routine Sick Call~~ / Work Related Allergies: _____

B/P 130/80   Pulse 72   Resp 16   Temp ___   Other ___

**Assessment/Comment:** States pain in h.p area / ams w/o distress
EXT of Left armily of dis laceration CRC 2 sec SMS noted
Barch al present - of muscle spasms noted
Upper EXT not very cooperative w/ examine CRC 2 sec pms noted
Will not let me check for grip.

**Disposition:**
3 day supply ibuprofen 800

**New Medications Ordered:**
_____
_____
_____

_____ **Total #:** ___
**Screener's Signature:** _____

**Health Care Practitioner Notes:**

s/c pnn

12-5-12
**HCP's Signature:** _____   **Date:** _____

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ 5.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____   #422864   12/4/12   _____
Offender Signature   DOC #   Date   Witness Signature

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

004101

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**     Institution _LSP._

Theodore Arita (ARITA)   422864   33   Cp-J Gator 3/8/9   4LD
Name _____ DOC # _____ Age ___ Housing _____ Job Assignment ____

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I recently put in sickcalls request for injuries sustained in 11/29/12 cell entry incident, and was only ordered pain medications. I'm still having severe complications in which the medication is not working, such as back difficulties/pain, Left knee problems, Left shoulder pain, sore, and blistered skin from chemical agents, and most of all, pain in butt area where i cant lay or sit down. Need help.

Healthcare Personnel Screening: Date: 12/10/12  Time: 8 45  Location Seen: GASOC 3/2

(Circle One):   Emergency / Routine Sick Call / Work Related   Allergies: N.K.A.

B/P _N/A_   Pulse _N/A_   Resp _N/A_   Temp _N/A_   Other _N/A_

Assessment/Comment: Ambulatory & Alert. C/o IS NOTED ABOVE. NO SIGNS OF DISTRESS OR TRAUMA. EXAM SHOWED NO OBVIOUS DEFORMITY. NO SIGNS OF SKIN IRRITATIONS. HAS GOOD FLEXATION & EXTENSION IN BOTH LOWER EXTS. (EP)

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| S/C prn. | S/C prn |
| **New Medications Ordered:** | |
| Total #: 0 | MT 12-12-12 |
| Screener's Signature ___ 565 / 135 557 | HCP's Signature ___ Date: |

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ 0   Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Theodore Arita   422864   12/10/12   565 / 135
Offender Signature _____ DOC # ____ Date ____ Witness Signature _____

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Theodore Anita    DOC#: 422864    CAMP: _____    JOB ASSIGN: _____

TEMP: 98.6    PUSLE: 76    RESP: 18    B/P: 122/86    WEIGHT: 180

S/c (R) elbow

DATE: 12/10/12

TIME: 12:35 pm

ALLERGIES: NKDA    33BM    HT: 74 in.

Pt c̄ SC → (R) elbow "can't move" (L) knee "can't hardly walk" sever LBP,
can't standing straight. Put on Naproxen c̄ good ↓↓ all of these.

Now c̄ LBP + (R) > (L) buttock pain s/p "kick"

2-26-11  L/s xp → mild DJD (flex + extr views)

Pt walks c̄ limp, sits hard + moves easily in chair c̄ s/c
of LBP.   Cont Naproxen + Robaxen
"Not doing nothing"

Pt XLemont

Step done ← X-ray L/s xp + (L) knee

PE = good L/s. ROM
& specific pt tender
Pt c̄ tender (R) > (L) lower
para T mm's - sparms noted

AMT 6 mg

☐ DUTY STATUS: _____        ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____        PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006        PHYSICIANS CLINIC

Form HC-01-A
14 September 2009                **Health Care Request Form**        Institution _L.S.P._

_Theodore Arita_   _422864_   _33_   _Cp-J, cuda 2/R_   _E/LD_
Name                DOC #      Age      Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _I'm requesting that my lower back pain medications be re-prescribed because they have been recently D.C.ed. I'm still experiencing constant pain, numbness, and stiffness as a result of my lower back complications._

Healthcare Personnel Screening: Date:_4-17-13_ Time: _5⁴⁰ AM_ Location Seen: _as above_

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: ___~~~___

B/P _122/90_   Pulse _74_   Resp _16_   Temp_____   Other _____

Assessment/Comment: _Stable dx of lower back pain x several years_
_stable meds   A/P_

_____
_____
_____
_____
_____
_____

Disposition: _offender has dx of_ ...

                                        **Health Care Practitioner Notes:**

_Methocarbamol tab-6-7-13_  3 (PM

**New Medications Ordered:** _Naproxen tab-6-7-13_          8/C prn

_____
_____
_____

_____ Total #: ____

Screener's Signature: _____        HCP's Signature: _AMT_   Date:_4-17-13_

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Theodore Arita_____   _#422864_____        _____
Offender Signature             DOC #          Date             Witness Signature

        Original - Offender's Medical Record    Yellow - Business Office   Pink - Offender's Copy

006086

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution _L.S.P._

Name _Theodore Arita_    DOC # _#422804_    Age _33_    Housing _Cp-Jcuda 2/8/10_    Job Assignment _E/LD_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** My pain medic-ation has expired almost 1 week ago, and I've since then been having constant pain in my lower back. Need to see a doctor in refrence to my back condition soon. Requesting that my prescription be re-ordered until then. Thank you.

**Healthcare Personnel Screening:** Date: _4-21-13_ Time: _0623_ Location Seen: _Cuda_

(Circle One):    Emergency / (Routine Sick Call) / Work Related    Allergies: _____

B/P _130/82_ Pulse _86_ Resp _16_ Temp _98.6_ Other _____

Assessment/Comment: _A_ C/O _R_ pain, meds have ran out request MD eval for reorder

**Disposition:** _MD_

**New Medications Ordered:**

**Health Care Practitioner Notes:**

cat & appt

4-22-13
4/22/13

Total #: _O_

Screener's Signature: _A. Mott #68_    HCP's Signature: _B 4/22/13_    Date:

☒ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _O_    Total: $ _O_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _Theodore Arita_    DOC # _#422804_    Date _04/18/13_    Witness Signature _A. Mott #68_

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

006192

Form HC-01-A
14 September 2009                    **Health Care Request Form**      Institution _L.S.P._

Theodore Arita _____ 422864 _____ 33 _____ Cp-J, Cuda 2/R/10 _____ E/U _____
Name                DOC #        Age      Housing              Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I've been
having continuous back complications such as severe pain, stiffness. numbness in legs,
foot, and sharp pains in center of upper back as well. I have not been
perscribed anything for pain since all Pain medication D.C'ed one month ago.

Healthcare Personnel Screening: Date: 4·30·13 Time: 0654 | Location Seen: J

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: _____

B/P 128/72 Pulse 90 Resp 20 Temp_____ Other _____

Assessment/Comment: pt c/o. pain to legs bilat, feet bilat & thoracic
spine. pt states he recieves Ø pain meds currently.
OE: PERRL, pt A&Ox4 pms+, from x all 4 extremities, Ø
edema noted to bilat ↓ extremities. Skin w/d (N), crt<3sec.
pt voices Ø other c/c @ this time.

Ø meds listed on computer
Disposition: Added back pain to c/c   | **Health Care Practitioner Notes:**
DC                Apt Scheduled Keep apt
pm

**New Medications Ordered:**

Total #: Ø                                              5-2-13
Screener's Signature: GASPARD 357 | HCP's Signature: PMT    Date:

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $_____ Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

Theodore Arita _____ #422864 _____ 04/30/13 _____ GASPARD
Offender Signature              DOC #         Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Louisiana State Penitentiary
R__ __arrow, Jr. Treatment Center
Physician's Clinic

6 6 4 6 - ☐

| Name ARITA : THEODORE | DOC 422864 | Location JSK 2/R | Date: 6/17/2013 |
|---|---|---|---|

BP: 104/68   Temp 99.7  Pulse 68   Resp: 33   Height 74  Wt.: 180

year old B   Male

Time: 10:32a

DOB

Allergies: NKDA

Reason for Visit CLINIC A

Chief Complaint F/U X-RAYS, L KNEE, BACK PAIN

O2 Saturation [        ]

2-26-11 mild ___ L/S

(x-rays 12-12-12)

&lt;Field Mis

① DJD? - Ⓛ knee - nl ), L/S c̄ DDD, sacrum nl
was doing better on phys tx -
amb's well, sits hard.

PE → para L arm (tingles) sl ↑
c̄ "numbness" to both legs
occ'lg. Sometime upper
back pain z interscap ___

Naproxen + Robaxin 75mg BID ≠ enough -   PE - Ø spasms

Claims ⊕ HNP L4,5 (per MRI) + ___ cancelled.

② MRI 4/5 6-19-08 → L4,5 HNP c̄ ___ contrast ___
bilat L4 root pinch                         Refused

L5-S1 DDD c̄ bilat S, root pinch           Refer to ___

Assessment: Keppra 500mg BID × ___   Plan: Rx sent

PTC 4 wks

___ 6-17-13

6-17-13                                    __M__

Date                                       MD Signature

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**ANGOLA, LOUISIANA**

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Anita Theodye_    DATE: _6-17-1?_

DOC#: _422864_    DOB: _33_    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Neurol_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

33 yo BoⓂ c̄ mult L/S abn's on MRI (6-19-08). Was set for surg then cancelled. Eval for baclofen/neurontin,

Provisional Diagnosis: L/S DDD, DJD c̄ sp stenosis    Requested by: _PMT_

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

Form HC-01-A                    0298●          Health Care Request Form        Institution _LSD_

14 September 2009

_Theodore Avita_    _422864_    _33_    _Shark_    _L1b_
Name                DOC #        Age     Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

seen per request
of Security          Cuts to Face + Chest

---

**Healthcare Personnel Screening:** Date: _6-20-13_ Time: _1945_ Location Seen: _Shark_

(Circle One):  Emergency / Routine Sick Call / Work Related Allergies: _____

B/P _Refused_    Pulse _Refused_    Resp _16_    Temp _\_    Other _____

**Assessment/Comment:** Pt is 33yrold BM Amb Sdifficulty Pt being seen 2° to request of security. Pt has Abrasen to back + superficial Laceration to R side of face & R side of chest oactive bleeding Pt first stated he got injuries from working out + then stated he does not know How he got the wounds Pt stated he did not need any medical care. Pt in NAD @ this time. Left in care of security. ————————— Kurt

Pt instructed to wash cuts with soap & water

**Disposition:**                              **Health Care Practitioner Notes:**

Tf Pt refused to have
injury clean

Pt refused 3A oint

SIC PRN

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** _____

Screener's Signature: _Kurt_  _20_    HCP's Signature: _AMY_  _62413_  Date:

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _Ø_ Total: $ _Ø_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____         _____    _6-20-13_    _____
Offender Signature        DOC #        Date        Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

ROBERT E. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 6 / 26 / 13                                                    TIME SEEN: 8 : 10

NAME: Theodis L.                    DOC#: 422864     AGE: 33  RACE: B

LIVING QUARTERS: Shark 2            JOB ASSIGNMENT: 4d         LAST TETANUS:

| MEDICATIONS: | | ALLERGIES: | |
|---|---|---|---|
| Naproxen, Methocarbamol, Leveticacetam | | KNA | |

| DATE OF ACCIDENT: 6-26-13 | TIME OF ACCIDENT: | ACCIDENT LOCATION: Shark |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 8 :10 | 149 / 83 | 78 | 16 | 4+0x7 | | |
| 09 :30 | 142 / 80 | 70 | 16 | 1 | | |
| : | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: A/C y & 20

(R/E) laceration over left eye. no vision problems. 2in laceration under left eye down cheek. 2Vin laceration on left upper chest. Bruise on right side of chest about the size of a quarter. 2in laceration on abdomen. Remainder of R/E unremarkable.

MEDIC SIGNATURE: _____ 586

PHYSICIAN ASSESSMENT AND TREATMENT

□CATEGORY A                □CATEGORY B                □CATEGORY C

---SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY---

(R/E)
Clean site H2O2 & 3AAA On. ntment c/w.l. mds

□Duty Status _____          □Appointment _____
□Diet _____               □Dressing Change _____
PHYSICIAN SIGNATURE: _____

| TIME LEFT: 0936 | TRANSPORTATION: ptfd | DESTINATION: MB |
|---|---|---|

LSP-TC 07     Rev. 11/2006     ACCIDENT/INJURY REPORT     PAGE __1__ OF __1__

Form HC-01-A
14 September 2009                    **Health Care Request Form**      Institution _L.S.P._

015071

Name _Theodore Arita_    DOC # _422864_    Age _33_    Housing _Cp-5 Cuda_    Job Assignment _E/Lo_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I had a head
injury on November 29th 2012 in which I lost consciousness, x-rays of my head was done on that day
in which they said was negative. I've been experiencing migraine headaches, dizzyness, and blurry
vision every since then. These symptoms has been getting more frequent, and severe as of
recently. Since x-ray was negative I haven't known what to do to have this problem addressed.

Healthcare Personnel Screening: Date: _7/9/13_ Time: _0631_   Location Seen: _CUU4_

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: _____

B/P _118/80_    Pulse _80_    Resp _16_    Temp _—_    Other _—_

Assessment/Comment: Pt. C/o Dizzyness + hA 2˚ having a
injury last year where he LOC. Pt has No Signs of recent Trauma
and is Aˣoˣy and AMB in cell. Pt. voices also That he has had No tx
for his hA and also voices That his hA + dizzyness are getting
more and more Frequent.

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| MD<br>O+C | migratory pain 4/o's<br>don't correlate c̄ PE<br>Rx d Robaxin, Naproxen, Keppra<br>for L/S stenosis (6·17·13)<br>allergy sx → HA, + vision before 11·29·12<br>cell entry : use current meds |
| **New Medications Ordered:**<br>IBU 600my BiD X5days. | |
| Total #: _1_ | |
| Screener's Signature: _MSgt. A Giva_ | HCP's Signature: _RMP_   Date: _7·10·13_ |

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☒ $2 for Each Prescription Fee: $ _2.00_   Total: $ _2.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _Theodore Arita_    DOC # _422864_    Date _07/09/13_    Witness Signature _G.Doik._

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy