**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THEODORE ARITA (# 422864)** | : | **CIVIL ACTION** |
| | : | **NO. 14-116-BAJ-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JACKSON** |
| **MAJOR HOOKER, ET AL.** | : | **MAGISTRATE JUDGE RIEDLINGER** |

**************************************************************************

<u>**CROSS MOTION FOR SUMMARY JUDGMENT**</u>

**NOW INTO COURT,** through undersigned counsel, come defendants, Joseph Hooker and Jimmy Smith, who move this Honorable Court to grant them summary judgment pursuant to FRCP Rule 56 on the following grounds:

1.

Plaintiff filed suit against the defendants pursuant to 42 U.S.C. Section 1983 alleging excessive force and deliberate indifference, *inter alia*.

2.

Joseph Hooker and Jimmy Smith should be entitled to qualified immunity and judgment in their favor as a matter of law.

3.

Additionally, plaintiff's complaints against the defendants fail to state a claim against them for a violation of plaintiff's civil rights.

4.

As shown from the pleadings, the attached exhibits and Statement of Undisputed Facts, there are no genuine issues of material fact.

1

**WHEREFORE,** Joseph Hooker and Jimmy Smith, pray that this Motion be granted and this action against them be dismissed with prejudice at plaintiff's cost.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

BY:    s/ Stacey Johnson
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, a copy of the foregoing Cross Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participant:

Theodore Arita, DOC #422864
Louisiana State Penitentiary
Angola, LA  70712

s/ Stacey Johnson
Stacey Johnson # 27331
Attorney for Defendants

2