

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Cp. J Gator Unit Chemical Agent Logbook date 11/29/2012 - 11/30/2012

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 5|8|14

Theodore Arita #108026 Case


STATE'S
EXHIBIT
C

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



GATOR

GAS LOG

# DORMITORY LOGBOOK

# DORMITORY # _Gator_

_6-23-11_ **TO** _1-1-14_
**(BEGINNING DATE)** **(CLOSING DATE)**

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | OFFICER ENTRY |
|---|---|
| 11/29/12  7:10 Am | A  4.6   B   Cpt John Sanders  17925 |
|  | B  4.0   B |
| 11/29/12 | Used Can-A on offender M. Steward refused to come to the bars Cpt. J Sanders. New wieght for Can-A  4.0 |
| 11-29-12 | Used Can B on offender J. Anita refused to couply disturbance and fire/ property Burnt  4.0 after use. Stand  3.7 new weight |
| 11/29/12  12:38 pm | A  4.0   B   Cpt John Sanders |
|  | B  3.7   B |
| 11/29/12  5:55 p | A  4.0   D   K. Harvey  104625 |
| 11/29/12  5:56 p | B  3.7   D  104625 |
| 11/30/12  12:06 A | A  4.0   D   K. Harvey |
| 11/30/12  12:06 A | B  3.7   D  104629 |
| 11-30-12  658 A | A  4.0   A   Cpt M Callahan |
| 11-30-12  658 A | B  3.7   A |
| 11-30-12  118 P | A  4.0   A   Cpt M Callahan |
| 11-30-12  118 P | B  3.7   A |
| 11-30-12  6:45 pm | Can A  4.0  C-Team   Harry Webb  Cpt 107634 |
| 11-30-12  6:45 pm | Can B  3.7  C-Team   Harry Webb  Cpt 107634 |
| 11-30-12  1:00 pm | Can A  4.0  C-Team   Leonard Will  106095 |
| 11-30-12  1:00 am | Can B  3.7  C-Team   Leonard Will  106095 |