BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Time Clock Cards J – Gator 3R

*Connie M⁻Cann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4|1|15

Theodore Arita Case


Blumberg No. 5138
STATE'S
EXHIBIT
D

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

UNIT _Gator 3_  Right

DATE _11/28/12_  TEAM _B_

_Mason Hunt_ 119197

OFFICER'S SIGNATURE

| | |
|---|---|
| | '12 NOV 29   5:27AM |
| | '12 NOV 29   5:45AM |
| | '12 NOV 29   6:35AM |
| | '12 NOV 29   7:21AM |
| | '12 NOV 29   8:07AM |
| | '12 NOV 29   8:51AM |
| | '12 NOV 29  10:00AM |
| | '12 NOV 29  10:37AM |
| | '12 NOV 29  11:25AM |
| | '12 NOV 29  12:14PM |
| | '12 NOV 29  12:37PM |
| | '12 NOV 29   1:26PM |
| | '12 NOV 29   2:12PM |
| | '12 NOV 29   2:59PM |
| | '12 NOV 29   3:48PM |
| | '12 NOV 29   4:18PM |
| | '12 NOV 29   5:02PM |
| | '12 NOV 29   5:26PM |

UNIT _Gator 3-right_

DATE _11-29-12_     TEAM _D_

OFFICER'S SIGNATURE _2/,0_

| | | |
|---|---|---|
| _nm_  6:50 | '12 NOV 29 | 5:26PM |
| _m2_ | '12 NOV 29 | 6:00PM |
| | '12 NOV 29 | 6:05PM |
| | '12 NOV 29 | 6:26PM |
| | '12 NOV 29 | 7:04PM |
| | '12 NOV 29 | 7:40PM |
| | '12 NOV 29 | 8:07PM |
| | '12 NOV 29 | 8:34PM |
| | '12 NOV 29 | 9:05PM |
| | '12 NOV 29 | 9:32PM |
| | '12 NOV 29 | 9:58PM |
| | '12 NOV 29 | 10:35PM |
| | '12 NOV 29 | 11:02PM |
| | '12 NOV 29 | 11:30PM |
| | '12 NOV 30 | 12:00AM |
| | '12 NOV 30 | 12:21AM |
| | '12 NOV 30 | 12:54AM |
| | '12 NOV 30 | 1:32AM |
| | '12 NOV 30 | 1:56AM |
| | '12 NOV 30 | 3:01AM |
| | '12 NOV 30 | 3:35AM |
| | '12 NOV 30 | 4:03AM |
| | '12 NOV 30 | 4:35AM |
| | '12 NOV 30 | 5:05AM |
| | '12 NOV 30 | 5:25AM |



BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Camp J Gator Unit Time Clock Cards

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4/24/15

Theodore Arita Case

UNIT Gator 4 R

DATE 11-29-12          TEAM B

OFFICER'S SIGNATURE

| | |
|---|---|
| | '12 NOV 29   5:29AM |
| | '12 NOV 29   5:51AM |
| | '12 NOV 29   6:29AM |
| | '12 NOV 29   6:51AM |
| | '12 NOV 29   7:25AM |
| | '12 NOV 29   8:14AM |
| | '12 NOV 29   9:01AM |
| | '12 NOV 29   10:14AM |
| | '12 NOV 29   10:46AM |
| | '12 NOV 29   11:32AM |
| | '12 NOV 29   12:22PM |
| ML JS | '12 NOV 29   12:42PM |
| | '12 NOV 29   1:24PM |
| | '12 NOV 29   2:21PM |
| | '12 NOV 29   3:07PM |
| | '12 NOV 29   4:04PM |
| | '12 NOV 29   4:16PM |
| | '12 NOV 29   5:03PM |
| | '12 NOV 29   5:20PM |

UNIT Gator 4 L

DATE 11-29-12          TEAM B

OFFICER'S SIGNATURE

| | |
|---|---|
| | '12 NOV 29   5:27AM |
| | '12 NOV 29   5:48AM |
| | '12 NOV 29   6:27AM |
| | '12 NOV 29   6:47AM |
| | '12 NOV 29   7:23AM |
| | '12 NOV 29   8:12AM |
| | '12 NOV 29   8:59AM |
| | '12 NOV 29   10:08AM |
| | '12 NOV 29   10:43AM |
| | '12 NOV 29   11:29AM |
| | '12 NOV 29   12:20PM |
| ML JS | '12 NOV 29   12:40PM |
| | '12 NOV 29   1:25PM |
| | '12 NOV 29   2:18PM |
| | '12 NOV 29   3:03PM |
| | '12 NOV 29   3:58PM |
| | '12 NOV 29   4:17PM |
| | '12 NOV 29   5:00PM |
| | '12 NOV 29   5:26PM |

UNIT _Gator 3_ Right

DATE _11/28/12_   TEAM   _B_

_Mason Hunter_ 119197

OFFICER'S SIGNATURE

| | |
|---|---|
| ~~mv~~ 1/2 ~~mv~~ | '12 NOV 29   5:27 AM |
| w | '12 NOV 29   5:45 AM |
| MH        Ø | '12 NOV 29   6:35 AM |
| ML JH JS | '12 NOV 29   7:21 AM |
| MH | '12 NOV 29   8:07 AM |
| MH | '12 NOV 29   8:51 AM |
| | '12 NOV 29  10:00 AM |
| MH   Ø1 | '12 NOV 29  10:37 AM |
| MH | '12 NOV 29  11:25 AM |
| MH | '12 NOV 29  12:14 PM |
| ML JS | '12 NOV 29  12:37 PM |
| MH | '12 NOV 29   1:26 PM |
| MH | '12 NOV 29   2:12 PM |
| MH | '12 NOV 29   2:59 PM |
| MH   Ø1 | '12 NOV 29   3:48 PM |
| MH | '12 NOV 29   4:18 PM |
| MH | '12 NOV 29   5:02 PM |
| | '12 NOV 29   5:25 PM |
| mv   MH | '12 NOV 29 |

---

UNIT _Gator 3_

DATE _11/29/12_   TEAM   _B_

_Mason Hunter_ 119192

OFFICER'S SIGNATURE

| | |
|---|---|
| mv MH 0/12 | '12 NOV 29  AM  5:25 |
| w | '12 NOV 29  AM  5:44 |
| MH        Ø | '12 NOV 29  AM  6:31 |
| ML JH JS | '12 NOV 29  AM  7:20 |
| MH | '12 NOV 29  AM  8:06 |
| MH | '12 NOV 29  AM  8:54 |
| | '12 NOV 29  AM  9:41 |
| MH   Ø | '12 NOV 29  AM 10:32 |
| mv | '12 NOV 29  AM 11:22 |
| MH | '12 NOV 29  PM 12:10 |
| ML JS | '12 NOV 29  PM 12:36 |
| mv | '12 NOV 29  PM  1:29 |
| MH | '12 NOV 29  PM  2:11 |
| MH | '12 NOV 29  PM  2:56 |
| MH   Ø | '12 NOV 29  PM  3:43 |
| MH | '12 NOV 29  PM  4:21 |
| MH | '12 NOV 29  PM  5:03 |
| mv   MH | '12 NOV 29  PM  5:24 |