# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (# 422864)   :   CIVIL ACTION

           :   NO. 14-116-BAJ-SCR

VERSUS

           :   JUDGE JACKSON

MAJOR HOOKER, ET AL.     :   MAGISTRATE JUDGE RIEDLINGER

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

BEFORE ME, the undersigned Ex Officio Notary Public in and for the State of Louisiana, personally came and appeared

## JIMMY SMITH

who after being duly sworn did depose and state as follows:

1.

I have been employed by the Louisiana Department of Public Safety and Corrections for approximately 30 years, all of them at Louisiana State Penitentiary in Angola, Louisiana. ("LSP").

2.

I am a Colonel who was the ranking supervisor in charge of all of Camp J on November 29, 2012.

3.

At the request of the Attorney General's Office, I have read the claims inmate Theodore Arita asserts against me in the complaint.



1

4.

The allegations asserted against me in this lawsuit are untrue.

5.

Plaintiff was housed on the Gator 3 right unit on November 29, 2012.

6.

Plaintiff was housed on the Gator 3 right unit on November 29, 2012. The time clock records show that I made the following rounds: 1) Gator 2 right unit 7:20 a.m.; 2) Gator 3 left unit 7:20 a.m.; 3) Gator 3right unit 7:21 a.m. 4) Gator 4 left unit 7:23 a.m. 5) Gator 4 right unit 7:25 a.m. on November 29, 2012. I did not return to the Gator 3 right unit until 12:37 p.m. I was not on the Gator 3 right unit when the alleged events giving rise to the lawsuit took place at approximately 8:25 a.m.[1]

7.

Contrary to the allegations asserted against me in this lawsuit, I did not stand by in the hallway on the Gator 3 right unit or in front of the shower cell while plaintiff was allegedly subjected to excessive force on November 29, 2012. I likewise did not laugh nor did I say, "That's the one like to sue officers, he's going learn that no one will believe a violent inmate over us."

The above facts are true and correct to the best of my personal knowledge, information and belief under penalty of perjury.

_____          _____
WITNESS                                          JIMMY SMITH

_____
WITNESS

_____

[1] Exhibits D and E.

2

SWORN TO AND SUBSCRIBED before me, this 24 day of April , 2015, at Angola, Louisiana.

Connie M. Cau

EX OFFICIO NOTARY # 77912
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LS

3