# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THEODORE ARITA (# 422864) | : | CIVIL ACTION |
| | : | NO. 14-116-BAJ-SCR |
| VERSUS | : | JUDGE JACKSON |
| MAJOR HOOKER, ET AL. | : | MAGISTRATE JUDGE RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned Notary, personally came and appeared:

## PAUL TOCE, M.D.

the undersigned affiant, having first been duly sworn, did depose and state under oath the following:

1.

I am licensed to practice medicine in the State of Louisiana and am currently employed by the Department of Public Safety and Corrections as a Staff Physician at Louisiana State Penitentiary at Angola, Louisiana (LSP).

2.

With the assistance of the nursing staff, my duties require me to review and evaluate inmate medical records, provide general medical evaluations, care for and treat inmates.

3.

I have reviewed the claims asserted by inmate Theodore Arita #422864 in this lawsuit and his medical records, including the record from November 29, 2012.

1



STATE'S EXHIBIT
F
Blumberg No. 5138

4.

In the complaint, plaintiff alleges his right elbow was swollen, his left knee was injured and his back was "badly" injured as a result of allegedly being abused on November 29, 2012.

5.

Plaintiff was examined at approximately 9:15 a.m. on November 29, 2012, at which time he complained of back, face, head discomfort, dizziness and neck pain.

6.

The examination of inmate Arita was unremarkable. His vital signs were stable, he was alert, ambulatory and he had no neurological symptoms. The medical examination revealed no significant injuries on plaintiff's person. He was given a follow-up appointment with a nurse practitioner. X-rays of inmate Arita's knee, back, neck, thorax and skull were taken. All of the x-rays were negative, with the exception of the x-ray of his back which showed degenerative disc disease with no fracture malalignment or spondylolisthesis.

7.

Pictures taken of plaintiff on November 29, 2012 show he had an acute minor abrasion on his left thumb and that he had old wounds, none of which were acute, on his back and buttocks.

8.

At approximately 5:43 on November 30, 2012, plaintiff was examined for complaints of a swollen right elbow he was barely able to move, severe pain in his left knee he could barely put weight on, that his lower back was reinjured, that he could barely stand up straight or bend his back and that he was in severe pain as result of the cell entry that occurred on November 29, 2012.

2

9.

His vitals were within normal limits, he had moderate edema on his right elbow with mild discoloration noted. There was mild edema with no discoloration on his left knee. No edema, spasms or discoloration was noted on his back. He received a prescription for Naproxen.

10.

Plaintiff has arthritis, which is a degenerative disease, in his back. He has received medical treatment on his back since as early as September 1, 2004. MRI's that were taken of his back on June 19, 2008 and September 15, 2009 revealed degenerative changes.

11.

He received medical treatment on his knees, head, hands and elbow before November 29, 2012.

12.

The picture that was taken of inmate Arita's elbows and knees at the infirmary on November 29, 2012 reveal no redness and/or injury. There exists no medical evidence that he reinjured his back on the aforementioned date.

13.

On December 4, 2012, plaintiff was examined for complaints of discomfort and severe pain in his butt bone and severe pain in his left shoulder since November 29, 2012.

3

14.

His vitals were within normal limits, he was ambulatory without distress, no deformities or discoloration was found on his extremities. Plaintiff would not let the medical professional check his spine. He received a 3 day supply of Ibuprofen.

15.

Plaintiff complained of severe complications, difficulty and pain in his left knee, left shoulder, blistered skin from chemical agent and pain in his butt to the extent that he could not sit and lay down at approximately 8:45 a.m. on December 10, 2012.

16.

He was ambulatory and alert during the examination. There were no significant signs of trauma or distress. The examination revealed no obvious deformity, no sign of skin irritations. He also had good flexion and extension in both lower extremities and lumbar spine.

17.

He was seen in the clinic at approximately 12:35 p.m. on December 10, 2012, at which time he complained of low back pain and buttocks pain post "kick." Plaintiff walked without a limp, moved easily in the chair without complaints of low back pain. He had good lumbar spine range of motion with no specific points of tenderness.

18.

It is my medical opinion that plaintiff was not subjected to excessive force on November 29, 2012.

The above facts are true and correct to the best of my personal knowledge, information and belief under penalty of perjury.

_____          _____
WITNESS                                                    PAUL TOCE, M.D.

_____
WITNESS

SWORN  TO  AND  SUBSCRIBED  before  me,  this  _23_  day  of

_April_____ , 2015, at Angola, Louisiana.

_____
EX OFFICIO NOTARY #77912
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LSP

5



**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

I am licensed to practice medicine in the State of Louisiana and am currently employed as a Staff Physician by the Department of Public Safety and Corrections at Louisiana State Penitentiary at Angola, Louisiana (LSP). With the assistance of the nursing staff, my duties require me to review and evaluate inmate medical records, provide general medical evaluations, care for, and treat inmates.

I haven't authored any publications in the last 10 years. I am employed by the Department of Public Safety and Corrections. Therefore, I did not receive compensation separate and apart from my salary for preparing the report. The methodology used in formulating my opinion was based upon the chart review I conducted of inmate Arita's (DOC #422864) medical records.

To the best of my memory, I have testified by trial or by deposition, in 2 cases within the last 4 years. I testified as an expert in only 1.

I have reviewed the claims asserted by inmate Theodore Arita #422864 in this lawsuit and his medical records, primarily the record from November 29, 2012. In the complaint, plaintiff alleges his right elbow was swollen, his left knee was injured and his back was "badly" injured as a result of allegedly being abused on November 29, 2012. Plaintiff was examined at approximately 9:15 a.m. on November 29, 2012, at which time he complained of back, face, head discomfort, dizziness and neck pain. The following are opinions I will express at trial and the basis and reasons for them:

The examination of inmate Arita on November 29, 2012 was unremarkable. His vital signs were stable, he was alert, ambulatory and he had no neurological symptoms. The medical examination revealed no significant injuries on plaintiff's person. He was given a follow-up appointment with a nurse practitioner. X-rays of inmate Arita's knee, back, neck, thorax and skull were taken. All of the x-rays were negative, with the exception of the x-ray of his back which showed degenerative disc disease with no fracture malalignment or spondylolisthesis.

Plaintiff has had problems with his back since 2004, which is related to Facet Syndrome, wherein plaintiff repeatedly aggravates the problems with his back by doing too much exercise.

The push-ups and sit ups plaintiff performs, presumably on a hard concrete surface, is causing the joints in his back to become stiff and inflamed. During a clinic appointment on March 18, 2008, plaintiff told the health care provider he was doing 200 - 300 push-ups. The physician who treated him on that date advised him to stop doing sit ups and push-ups.

Facet Syndrome refers to pain that occurs in the facet joints of the lower back and neck. Facet syndrome is a condition in which the joints in the back of the spine degenerate and subsequently cause pain. Facet Syndrome severity varies from person to person. Facet joints occur in pairs at the back of each vertebra. The facet joints link the vertebrae directly above and below to form a working unit that permits movement of the spine. The structure of the facet joint is similar to other joints in the body, such as knees and hips.

The bone surfaces of the facet joints are covered with a specialized tissue called articular cartilage. The joint is lined by a membrane called the synovium and enclosed in a fibrous sac called a joint capsule. A thick liquid (synovial fluid) surrounds the joint, allowing the bones to move without friction. Facet Syndrome most often is treated with a combination of non-surgical methods, including, posture correction, *activity modification*, physical therapy and medicines.

Pictures taken of plaintiff on November 29, 2012 show he had an acute minor abrasion on his left thumb and that he had old wounds, none of which were acute, on his back and buttocks.

At approximately 5:43 on November 30, 2012, plaintiff was examined for complaints of a swollen right elbow he was barely able to move, severe pain in his left knee he could barely put weight on, that his lower back was reinjured, that he could barely stand up straight or bend his back and that he was in severe pain as result of the cell entry that occurred on November 29, 2012. His vitals were within normal limits, he had moderate edema on his right elbow with mild discoloration noted. There was mild edema with no discoloration on his left knee. No edema, spasms or discoloration was noted on his back. He received a prescription for Naproxen.

Inmate Arita has arthritis, which is a degenerative disease, in his back. He has received medical treatment on his back since as early as September 1, 2004. MRI's that were taken of his back on June 19, 2008 and September 15, 2009 revealed degenerative changes.

Inmate Arita previously received medical treatment on his left knee on October 26, 2004 and on March 7, 2012. Also, he received an x-ray on his right elbow due to trauma on January 10, 2005.

Plaintiff was in his cell from the time he left the infirmary at approximately 10:10 a.m. on November 29, 2012 until he received medical evaluation at approximately 5:43 am on November 30, 2012. The picture that was taken of inmate Arita's elbows and knees at the infirmary on November 29, 2012 reveal no redness and/or injury. There exists no medical evidence that he reinjured his back on the aforementioned date.

On December 4, 2012, plaintiff was examined for complaints of discomfort and severe pain in his butt bone and severe pain in his left shoulder since November 29, 2012.

His vitals were within normal limits, he was ambulatory without distress, no deformities or discoloration was found on his extremities. Plaintiff would not let the medical professional check his spine. He received a 3 day supply of Ibuprofen.

Inmate Arita complained of severe complications, difficulty and pain in his left knee, left shoulder, blistered skin from chemical agent and pain in his butt to the extent that he could not sit and lay down at approximately 8:45 a.m. on December 10, 2012.

Plaintiff was ambulatory and alert during the examination. There were no significant signs of trauma or distress. The examination revealed no obvious deformity, no sign of skin irritations. He also had good flexion and extension in both lower extremities and lumbar spine.

He was seen in the clinic at approximately 12:35 p.m. on December 10, 2012, at which time he complained of low back pain and buttocks pain post "kick." Plaintiff walked without a limp, moved easily in the chair without complaints of low back pain. He had good lumbar spine range of motion with no specific points of tenderness.

It is my medical opinion that plaintiff was not subjected to excessive force on November 29, 2012.

Dr. Paul Toce, Staff Physician
Louisiana State Penitentiary

4-9-15

Date