

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Armory Chemical Agent Issue Logbook date 10/19/12 – 12/9/12

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 6 | 12 | 15

Theodore Arita #422864 Case



01/07/2006  04:21    2256552998          LSP ARMORY                    PAGE  01/01

## SABRE RED PHANTOM #1801038434

| Date | Armory Int. | Issued to: | Rec. from: | Amount Issued: | Balance: |
|------|------------|------------|-----------|----------------|----------|
| 10-19 | Uf | Col Dubre | | - 1 | 139 |
| 10-19 | Uf | Col Groom | | - 1 | 138 |
| 10-19 | Uf | Charlvittorio | | - 1 | 137 |
| 10-19 | Uf | Joe Lamartine | | - 1 | 136 |
| 10-30 | Bmw | Inventory | — | — | 138 |
| 11-7 | Bmw | Shakedown Lt Myers | | \ | 137 |
| 11-16 | Bmw | Chase Team James Messer | | 1 | 136 |
| 12-9-10 | gr | Inv | — | — | 136 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2012