**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**THEODORE ARITA (# 422864)**      **:**      **CIVIL ACTION**

                                **:**      **NO. 14-116-BAJ-SCR**

**VERSUS**

                                **:**      **JUDGE JACKSON**

**MAJOR HOOKER, ET AL.**          **:**      **MAGISTRATE JUDGE RIEDLINGER**
*******************************************************************************

# DEFENDANTS' CROSS MSJ

# EXHIBITS B AND H – R

# HAVE BEEN FILED UNDER SEAL