Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * *
                                *
THEODORE ARITA (#422864)        *    CIVIL ACTION
                                *    NO. 14-116-BAJ-SCR
VS.                             *    JUDGE JACKSON
                                *    MAGISTRATE JUDGE
MAJOR HOOKER, ET AL             *    RIEDLINGER
                                *
* * * * * * * * * * * * * * * * *

Testimony of KELVIN STEWART (DOC #587462), Louisiana State Penitentiary, Angola, Louisiana 70712, taken on Thursday, July 9, 2015, commencing at 12:08 p.m., before Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, Main Prison Administration Building Courtroom, Angola, Louisiana.

ORIGINAL



STATE'S EXHIBIT
D

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 2

I N D E X

|  | Page |
|---|---|
| Caption | 1 |
| Appearances | 3 |
| Examination | |
|    BY MS. JOHNSON | 4 |
| Reporter's Certificate | 17 |
| Witness Certificate | 18 |

\*   \*   \*   \*   \*

Exhibits:

   (None)

APPEARANCES:

Representing the Plaintiff:

    MR. THEODORE ARITA (DOC #422864)
    Gar Unit, Camp J
    Angola, Louisiana  70712

        (PRO SE)


Representing the Defendants:

    MS. STACEY JOHNSON, Esq.
    Assistant Attorney General
    1885 North Third Street
    Baton Rouge, Louisiana  70802


Also Present:

    Mr. Trevor Campbell, Legal Programs

    Captain William Smith, Department of
      Corrections


Reported by:  RICHARD C. BRADSHAW, CCR NO. 87116
            Certified Court Reporter in and for
            the State of Louisiana.

*    *    *    *    *

Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

*    *    *    *    *

KELVIN STEWART (DOC #587462), Louisiana State Penitentiary, Angola, Louisiana 70712, having been first duly sworn under oath, was examined and testified as follows:

*    *    *    *    *

EXAMINATION

BY MS. JOHNSON:

    Q.    Okay, Mr. Stewart.  I'm sorry.  We weren't on the record, but I introduced myself and told you about everyone in the room and you indicated you're familiar with Mr. Arita.

    A.    (Witness nods head affirmatively.)

    Q.    And so we're going to get underway.  You also said you never had your deposition taken before, correct?

    A.    No, ma'am.

    Q.    Okay.  Well, there's a part of the deposition called reading and signing, and what that means is a condensed version of the transcript can be sent to you so you can look at it and make

Page 15

A.    I'm not exactly sure the size of it.

Q.    **And a good little bit.  So what did you see?**

A.    I mean, I seen when they sprayed in Michael's cell and I also seen when they sprayed in his cell.

Q.    **Okay.  So is that the extent of your testimony?**

A.    That's as far as I remember.  I mean, it's been a minute ago.

Q.    **How many men were on the tactical team?**

A.    I'm not sure.

Q.    **Now, did you see anyone on the tactical team?**

A.    No.  You can't really see.  I think they had like masks on or whatever, so you couldn't really see exactly who it was.  I seen some of them.  I just remember the height, color.  I wasn't -- I'm not really sure.

Q.    **Okay.  Well, Mr. Stewart, I have no more questions and thank you for your time today?  Okay?**

A.    Okay.

MS. JOHNSON:

And we can go off the record.

Okay.  Thank you.  Oh, Captain Smith, we've got one

more, Rickey Evans.

MR. WILLIAMS:

Yes, ma'am.  Are you ready for him?

MS. JOHNSON:

Yes, we are.  Thank you.

(A discussion off the record.)

(End of testimony at 12:20 p.m.)

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that KELVIN STEWART (DOC #587462) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554 did testify as hereinbefore set forth in the foregoing 16 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge or any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter; that the witness or party did not waive the reading and the signing.

Baton Rouge, Louisiana on ___7-15-15___.

RICHARD C. BRADSHAW, CCR, Certificate No. 87115

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


* * * * * * * * * * * * * * * *
                              *
THEODORE ARITA (#422864)      *    CIVIL ACTION
                              *    NO. 14-116-BAJ-SCR
VS.                           *    JUDGE JACKSON
                              *    MAGISTRATE JUDGE
MAJOR HOOKER, ET AL           *    RIEDLINGER
                              *
* * * * * * * * * * * * * * * *


        Testimony of RICKEY EVAN EVANS (DOC #108026), Jaguar Unit, Camp C, Angola, Louisiana 70712, taken on Thursday, July 9, 2015, commencing at 12:25 p.m., before Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, Main Prison Administration Building Courtroom, Angola, Louisiana.



JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 2

I N D E X

|  |  | Page |
|---|---|---|
| Caption | | 1 |
| Appearances | | 3 |
| Examination | | |
| | BY MS. JOHNSON | 4 |
| Reporter's Certificate | | 17 |
| Witness Certificate | | 18 |

*   *   *   *   *

Exhibits:

(None)

APPEARANCES:

Representing the Plaintiff:

> MR. THEODORE ARITA (DOC #422864)
> Gar Unit, Camp J
> Angola, Louisiana   70712
>
> (PRO SE)

Representing the Defendants:

> MS. STACEY JOHNSON, Esq.
> Assistant Attorney General
> 1885 North Third Street
> Baton Rouge, Louisiana   70802

Also Present:

> Mr. Trevor Campbell, Legal Programs
>
> Captain William Smith, Department of
>     Corrections

Reported by:   RICHARD C. BRADSHAW, CCR NO. 87116
>               Certified Court Reporter in and for
>               the State of Louisiana.

Page 4

* * * * *

Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

* * * * *

RICKEY EVAN EVANS (DOC #108026), Jaguar Unit, Camp C, Angola, Louisiana 70712, having been first duly sworn under oath, was examined and testified as follows:

* * * * *

EXAMINATION

BY MS. JOHNSON:

Q.    **Okay, Mr. Evans.  I'm Stacey Johnson and I'm the Assistant Attorney General who represents the defendants in a lawsuit Mr. Arita filed.**

A.    Uh-huh.  (Affirmative response.)

Q.    **Okay.  And this is Mr. Bradshaw, our court reporter.  He's recording everything, so when you respond to a question that I ask, will you please answer orally and not shake your head or nod or anything like that?**

A.    Yeah.

Q.    **Thank you.  And have you ever read the lawsuit Mr. Arita filed?**

A.    No.

Page 15

on?

 A. It's real quiet in there.  It's just like here.

 Q. It was very quiet?

 A. Yeah, it's very quiet.  With no fans running or anything, so you can pretty much hear.

 Q. And you couldn't see anything, correct?

 A. (No response.)

 Q. You couldn't see inside of his cell.

 A. Not inside the next cell.

 Q. Okay.

 A. But on an angle I can see in the hallway.

 Q. And you said you heard the tactical team do what with Mr. Arita?

 A. I figure they was jumping him and beating him.

 Q. Did you see Mr. Arita when he was removed from his cell?

 A. No.

 Q. You did not?

 A. No.  I couldn't see.

 Q. Now, the cell entry team members were wearing gas masks and protective equipment, correct?

Page 16

A.    Uh-huh.  They usually do.

Q.    **They usually do?**

A.    Uh-huh.  (Affirmative response.)

Q.    **Okay.  Can you tell me if they were wearing gas masks and protective equipment on that day?**

A.    Apparently.

Q.    **All right.  Now, Mr. Evans, I have no further questions.  Thank you for your time.  Okay?**

A.    Okay.

MS. JOHNSON:

        And we can go off the record.

(A discussion off the record.)

(End of testimony at 12:35 p.m.)

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that RICKEY EVAN EVANS (DOC #108026) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554 did testify as hereinbefore set forth in the foregoing 16 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge or any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter; that the witness or party did not waive the reading and the signing.

Baton Rouge, Louisiana on ___7-15-15___.

_Richard C. Bradshaw_____
RICHARD C. BRADSHAW, CCR, Certificate
No. 87115

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * * * *
                                *
THEODORE ARITA (#422864)        *   CIVIL ACTION
                                *   NO. 14-116-BAJ-SCR
VS.                             *   JUDGE JACKSON
                                *   MAGISTRATE JUDGE
MAJOR HOOKER, ET AL             *   RIEDLINGER
                                *
* * * * * * * * * * * * * * * *
```

Testimony of VIDALE TASBY (DOC #330329), TU Unit, E Tier, Angola, Louisiana 70712, taken on Thursday, July 9, 2015, commencing at 11:50 a.m., before Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, Main Prison Administration Building Courtroom, Angola, Louisiana.



ORIGINAL

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

I N D E X

Page

Caption                                    1

Appearances                                3

Examination

    BY MS. JOHNSON                      4

Reporter's Certificate                    23

Witness Certificate                       24


                          *   *   *   *   *

Exhibits:

    (None)

APPEARANCES:

Representing the Plaintiff:

    MR. THEODORE ARITA (DOC #422864)
    Gar Unit, Camp J
    Angola, Louisiana  70712

        (PRO SE)


Representing the Defendants:

    MS. STACEY JOHNSON, Esq.
    Assistant Attorney General
    1885 North Third Street
    Baton Rouge, Louisiana  70802


Also Present:

    Mr. Trevor Campbell, Legal Programs

    Captain William Smith, Department of
      Corrections


Reported by:    RICHARD C. BRADSHAW, CCR NO. 87116
                Certified Court Reporter in and for
                the State of Louisiana.

\* \* \* \* \*

Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

\* \* \* \* \*

VIDALE TASBY (DOC #330329), TU Unit, E Tier, Angola, Louisiana 70712, having been first duly sworn under oath, was examined and testified as follows:

\* \* \* \* \*

EXAMINATION

BY MS. JOHNSON:

Q.    May I ask you what those documents are in front of you?

A.    I'm referring back to the record of my affidavit.

Q.    Okay.  You're not authorized to bring anything into the deposition.  Okay?

A.    Okay.

Q.    Mr. Tasby, I've already introduced myself, and as I said I'm the Assistant Attorney General who represents the defendants in the federal lawsuit Mr. Theodore Arita filed on February 20th, 2014.  Have you ever read the lawsuit in this case?

Page 18

A.   I could see him when you go to the shower.  I think he -- no, it happened in the morning.  I didn't see him.  I saw him when he passed the cell.

Q.   You saw him when he passed the cell?

A.   Yeah.  When the tactical team passed the cell.

Q.   Okay.  Can you describe that for me?

A.   I seen blood on him.  I seen blood, you know, like in his facial area, you know, something like that.

Q.   How was he -- was he walking on his own when he passed the cell?

A.   No, no.  He was being dragged, being dragged by the tactical team.

Q.   Okay.  And where was the blood on his face?

A.   I can't say.  You know, they were passing by and I'm looking at the blood.  I was looking at blood coming down.

Q.   Okay.  Are you aware that --

A.   Swellness and stuff.  I could see his face, you know, swelling.

Q.   You said swelling?

A.   Swelling, yeah.

Page 19

Q.   Okay.  Are you aware that pictures were taken of Mr. Arita at the infirmary?

A.   No, no.

Q.   Well, would you be surprised if the pictures that were taken of him showed no injuries to his face or blood whatsoever?

A.   No.

Q.   Would that surprise you?

A.   I don't know.  I don't know.  I don't know.

Q.   Okay.

A.   I know what I saw, though.  I can confirm what I saw.

Q.   Okay.  Is there any way you could try to explain how you testify he had blood, but in the pictures, the evidence that we have in the case there's no blood?

MR. ARITA:

Objection.  That's leading.  You're trying to get him to answer how you want him to answer it.

BY MS. JOHNSON:

Q.   Can you explain to me how --

MR. ARITA:

Asked and answered.

Page 21

say?

THE WITNESS:

Yeah, I can't explain it.  I can't explain it.

BY MS. JOHNSON:

Q.    Can you -- you said you saw blood on his face and swelling.  What side of his face was swelling?

A.    I can't recall what's the exact side.

Q.    You don't know what side?

A.    No.

Q.    What part?  Do you know what part of his face was allegedly swelling and bloody?

A.    No, no, no.

Q.    Okay.  Now, if I told you that in that affidavit -- Mr. Tasby, guess what?  I've got no further questions.  Okay?

A.    Okay.

Q.    All right.

A.    All right.

Q.    And thank you for your time.  That's it.

A.    All right.  Thank you.

Q.    Sure.  Have a great day.  All right?

A.    All right.

MS. JOHNSON:

Captain Smith, you can bring in Mr. Evans.

MR. SMITH:

Okay.

(End of testimony at 12:05 p.m.)

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that VIDALE TASBY (DOC #330329) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554 did testify as hereinbefore set forth in the foregoing 22 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge or any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter; that the witness or party did not waive the reading and the signing.

Baton Rouge, Louisiana on ___7 - 15 - 15___.

_____
RICHARD C. BRADSHAW, CCR, Certificate
No. 87115

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * * * *
                                *
THEODORE ARITA (#422864)        *   CIVIL ACTION
                                *   NO. 14-116-BAJ-SCR
VS.                             *   JUDGE JACKSON
                                *   MAGISTRATE JUDGE
MAJOR HOOKER, ET AL             *   RIEDLINGER
                                *
* * * * * * * * * * * * * * * *
```

Testimony of HAYWOOD CAESAR (DOC #335595), TU extended lockdown, Angola, Louisiana 70712, taken on Thursday, July 9, 2015, commencing at 10:05 a.m., before Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, at the Louisiana State Penitentiary, Main Prison Administrative Building Courtroom, Angola, Louisiana.



JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 2

I N D E X

                                                    Page

Caption                                              1

Appearances                                          3

Examination

        BY MS. JOHNSON                               4

Reporter's Certificate                              31

Witness Certificate                                 32


                    *    *    *    *    *

Exhibits:

        (None)

Page 3

APPEARANCES:

Representing the Plaintiff:

    MR. THEODORE ARITA (DOC #422864)
    Gar Unit, Camp J
    Angola, Louisiana   70712

        (PRO SE)


Representing the Defendants:

    MS. STACEY JOHNSON, Esq.
    Assistant Attorney General
    1885 North Third Street
    Baton Rouge, Louisiana   70802


Also Present:

    Mr. Trevor Campbell, Legal Programs

    Captain William Smith, Department of
       Corrections






Reported by:   RICHARD C. BRADSHAW, CCR NO. 87116
               Certified Court Reporter in and for
               the State of Louisiana.

Page 4

*   *   *   *   *

Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

*   *   *   *   *

HAYWARD CAESAR (DOC #335595) TU extended lockdown, Angola, Louisiana 70712, having been first duly sworn under oath, was examined and testified as follows:

*   *   *   *   *

EXAMINATION

BY MS. JOHNSON:

Q.    **Okay.  Good morning, Mr. Caesar.  My name is Stacey Johnson and I'm the Assistant Attorney General assigned to represent the defendants in the lawsuit Mr. Arita filed.**

MS. JOHNSON:

And we'll just note for the record that we've got Theodore Arita in this room with us.

MR. ARITA:

Yeah.  Right.

MS. JOHNSON:

And we also have Trevor Campbell from Legal Programs and also Mike Smith.

MR. SMITH:

Page 9

3-Left tier.

Q.    Okay.  And what tier and cell number was Mr. Arita in?

A.    I don't know.  He wasn't on the same tier with me.

Q.    You all weren't on the same tier?

A.    No.

Q.    Okay.  And what is the distance from your cell to Mr. Arita's?

A.    I was all the way in the back of the tier, Cell 12.  I think they got 14 cells on the tier.  I was way to the back.  He was way in the front in the shower and that's before Cell 1, before the very first cell.

Q.    Okay.  And you were inside of a locked cell, correct?

A.    Yeah.

Q.    And was it in a booth tier, a booth cell?

A.    Yeah.  It was on a booth tier.

Q.    Okay.  And you couldn't see beyond the cell bars, could you?

A.    No.

Q.    Okay.  Now, Mr. Caesar, you didn't see any of the alleged events giving rise to the

Page 10

lawsuit, did you?

A.    I didn't see him attack him or nothing like that because I was in my cell.  He was in the shower.

Q.    So you don't know if he was attacked at all, do you?

A.    Yeah, I know he was attacked because when I came out of my cell I saw him.  He was wounded.

Q.    Well, what kind of wounds did he have?

A.    He had his eye looked like it was swole and blood was around his mouth.

Q.    Anything else?

A.    That's all I can see.

Q.    Okay.  Now, how long have you been at LSP?

A.    Since February.  Sometime in late February 2003.

Q.    Okay.  Now, you're serving a life sentence for manslaughter, simple escape and second-degree battery; is that correct?

A.    Yeah.

Q.    And did you plead guilty or go to trial?

A.    Well, on the last charge I pled not guilty.  They brought me to trial on the other

Page 29

THE WITNESS:

No.

BY MS. JOHNSON:

Q.    Okay.  And so you have absolutely no knowledge about that, correct?

A.    Well, the only knowledge I have on that is concerning what Rickey Evans told me in the vent what had transpired.

Q.    Okay.  Now, you previously testified that you saw injuries on Mr. Arita in the shower cell?

A.    (Witness nods head affirmatively.)

Q.    And will you please describe exactly which eye had the injury?

A.    Which eye?

Q.    Uh-huh.

A.    Well, I saw, you know, around his -- close on his -- by his right side of his face.

Q.    And will you please specifically describe any other injuries you may have seen on him?

A.    I seen some blood around his mouth area.

Q.    Okay.  And was he clothed or was he --

A.    Well, at this time when I came out of the cell he was getting ready to get up under the

Page 31

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that HAYWOOD CAESAR (DOC #335595) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554 did testify as hereinbefore set forth in the foregoing 30 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge or any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter; that the witness or party did not waive the reading and the signing.

Baton Rouge, Louisiana on ___7-15-15___.

RICHARD C. BRADSHAW, CCR, Certificate No. 87115

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559