Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                 \*
THEODORE ARITA (#422864)   \* CIVIL ACTION
              \* NO. 14-116-BAJ-SCR
VS.             \* JUDGE JACKSON
              \* MAGISTRATE JUDGE
MAJOR HOOKER, ET AL    \* RIEDLINGER
              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Testimony of THEODORE ARITA (DOC #422864), Gar Unit, Camp J, Angola, Louisiana 70712, taken on Tuesday, March 17, 2015, commencing at 10:15 a.m., before Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, at Louisiana State Penitentiary, Camp J, Angola, Louisiana.

# ORIGINAL

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Blumberg No. 5138

STATE'S
EXHIBIT

E

Page 2

                              I N D E X

                                                              Page

Caption                                                          1

Appearances                                                      3

Examination

     BY MS. JOHNSON                                              4

Reporter's Certificate                                          42

Witness Certificate                                             43


                    *   *   *   *   *

Exhibits:

     Exhibits A . . . . . . . . . . . . . . . . 28

     (Copy of Magistrate Judge's Report)


     Exhibit B . . . . . . . . . . . . . . . . 34

     (Copy of color photographs of Theodore

     Arita)


     Exhibit D . . . . . . . . . . . . . . . . 36

     (Copy of medical records for Theodore

     Arita)

APPEARANCES:

Representing the Plaintiff:

    MR. THEODORE ARITA (DOC #422864)
    Gar Unit, Camp J
    Angola, Louisiana  70712

        (PRO SE)


Representing the Defendants:

    MS. STACEY JOHNSON, Esq.
    Assistant Attorney General
    1885 North Third Street
    Baton Rouge, Louisiana  70802


Also Present:

    Mr. Trevor, Department of Corrections


Reported by:  RICHARD C. BRADSHAW, CCR NO. 87116
              Certified Court Reporter in and for
              the State of Louisiana.

* * * * *

Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

* * * * *

THEODORE ARITA (DOC #422864), Gar Unit, Camp J, Angola, Louisiana 70712, having been first duly sworn under oath, was examined and testified as follows:

* * * * *

EXAMINATION

BY MS. JOHNSON:

Q.    **Good morning, Mr. Arita.**

A.    Good morning.

Q.    **As you know, my name is Stacy Johnson and I'm the Assistant Attorney General assigned to represent Jimmy Smith and Joseph Hooker in the federal lawsuit you filed against them on February 20th of 2014.**

A.    Okay.

Q.    **And the man sitting next to me or sitting next to you, rather, is our court reporter and he's recording everything and so you have to answer my questions orally, so shaking your head or nodding isn't going to get into the record.  Okay?**

A.    On 3 Left Tier.

Q.    **3 Left?**

A.    Yeah.

Q.    **Would that be the Gar-3 Left?**

A.    Gator.

Q.    **Gator?**

A.    I think it was Gator.  Well, where it happened was at Gator, yeah.

Q.    **Okay.  So Gator-3 Left?**

A.    Yeah.

Q.    **And so Mr. Jelks, Tasby, Evans and Stewart were on the 3 Right?**

A.    Yeah.

Q.    **Okay.  So you submitted their affidavits, correct?**

A.    Yeah.

Q.    **Okay.  So, Mr. Arita, did all of the witnesses write the affidavits that you filed into the suit record?**

A.    That's right.

Q.    **Okay.  And did they also each one sign their own names to the affidavit?**

A.    Yes, they did.

Q.    **Okay.  Now, isn't it true that there is a three-foot gap between the cell and the booth**

Page 26

Q.    Okay.  And you would agree that currently there are only two defendants in the lawsuit, correct?

A.    At this point, yeah.

Q.    Okay.  Now, Mr. Arita, you previously testified that there were four to five members of the cell entry team, correct?

A.    That's right.

Q.    And what's the average size of those men weight-wise?

A.    All of them was over 200 from what it looked like.  I'm not sure.

Q.    So 200 pounds.

A.    Yes.

Q.    Four to five grown men, so we're talking about present in your cell was about?

A.    A thousand pounds.

Q.    A thousand pounds?

A.    More, yeah.

Q.    Okay.  Now, isn't it true that if your allegations of abuse were true you would have been near death or hospitalized?

A.    Not necessarily.

Q.    Okay.

A.    These guys been trained.  From what I

Page 27

understand they did know how to beat somebody without -- they was told.

Q.    Okay.

A.    As a matter of fact, they was told by Major Hooker before they came in there "Don't kill him.  Don't kill him.  Don't leave no visible marks."

Q.    Okay.

A.    So they're capable of doing it without leaving no significant marks or bruises or injuries.

Q.    Okay.  Now, isn't it true you've been treated at East Lake Hospital in Mandeville, Louisiana for intermittent explosive disorder?

A.    Yeah.

Q.    And you were angry on November 29th, weren't you?

A.    I mean, after I was beat for no reason. Not during the incident or before the incident, no, I wasn't angry.

Q.    Okay.  Okay.  Now, you were examined by a medical professional immediately after the alleged incident, correct?

A.    I wouldn't say immediately, but after the incident I was brought to the hospital.

Q.    Okay.  Is there any medical evidence that you did?

A.    I mean, if they don't document it, I can't make them document it.

Q.    Okay.

A.    If they're trying to cover something up, I mean, they're not going to document it.

Q.    Okay.  Now, Mr. Arita, you were examined by mental health a few days later on December 17th, is that correct, 2012?

A.    Okay.  Yeah.

Q.    And do you recall whether you voiced any mental health complaints at that time?

A.    I don't recall.

Q.    Okay.

A.    I'd have to look at my records, but I don't recall.

Q.    Okay.  And so the next question is what injuries did you allegedly sustain on November 29th, 2012?

A.    Multiple injuries.

Q.    Okay.  What were they?

A.    My back.  I could barely walk.  My back was injured further than what it was.  My knee, my hand, my arm, my face, everything, my eyes.

Q.    What kind of injuries did you sustain to your eyes?

A.    Being hit in the eye, gassed down.

Q.    What about your hand?

A.    Being twisted, hit, stomped.

Q.    And your face?

A.    Being hit.

Q.    Your knee?

A.    That, yeah, I was kneed in the face at one point.

Q.    Okay.  I know I made reference to this earlier, but you weren't hospitalized, correct?

A.    No.  I wasn't hospitalized.

Q.    Okay.  Now, I've got these pictures that I filed under seal into the suit record, and what I want you to do is look through these pictures.  I'm sure you've seen them before.

But I want you to look at the pictures and tell me where you can show me evidence of the injuries you allegedly sustained on November 29th, 2012.

A.    I thought I showed you.  I mentioned it in my opposition.

Q.    You mentioned it in your opposition?

A.    To your Partial Summary Judgment.

Q.    I understand that.  But I've got pictures here.  So if you don't want to go through it with me, then I'll just show you the pictures and I'm just going to ask you with the exception of this injury on your thumb, if you want to look at the picture full blown you can, but I'm covering it up to protect your privacy.

But I just want to know that other than this injury, this -- the minimus injury on your thumb where you sustained injuries that show you got kicked in the head or kicked in any other area of your body or had an injury on your face or an injury on your knee or anyplace else.  So do you want to go --

A.    I mean, the pictures, the pictures will speak for themselves in court.  I mean, I'm not going to look at the pictures.  I done looked at them and I done answered that in my opposition.

Q.    Okay.  Can you show me here where you sustained an injury on your head?

A.    Yeah, yeah.

Q.    Where?

A.    I mentioned it in my opposition.

Q.    Okay.  You don't want to look at the pictures and show me?

Page 42

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Richard C. Bradshaw, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that THEODORE ARITA (DOC #422864) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554 did testify as hereinbefore set forth in the foregoing 41 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge or any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter; that the witness or party did not waive the reading and the signing.

Baton Rouge, Louisiana on ____**MAR 2 6 2015**____.

RICHARD C. BRADSHAW, CCR, Certificate No. 87115

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559