# EXHIBIT "7"

PICTURES OF PLAINTIFFS INJURIES DAY-
OF INCIDENT.







