# EXHIBIT "10"

PICTURES OF PLAINTIFF'S RED, AND IRRITATED-
SKIN FROM CHEMICAL AGENTS, AND BEATING.

