# EXHIBIT "11"

PICTURES OF PLAINTIFF UN-RESTRINED, AND
COOPERATING WITH MEDICAL PERSONEL, AND
SECURITY FOR CHECK-UPS.



**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 11 / 22 / 12                                    TIME SEEN: 09 / 15

NAME: Theodore Anita        XXX: 400864    AGE: 38    RACE: B

LIVING QUARTERS: Gator 3R    JOB ASSIGNMENT: I/O    LAST TETANUS:

MEDICATIONS: Certralize methocarbonal    ALLERGIES: NKDA

| DATE OF ACCIDENT: | | TIME OF ACCIDENT: After 08:25 | | ACCIDENT LOCATION: Gator | |
|---|---|---|---|---|---|

| TIME 0915 | B/P 186/82 | PULSE 90 | RESP 18 | LOC A&Ox4 | TEMP 979 | BS/SpO2 |
| TIME | B/P / | PULSE | RESP | LOC | TEMP | BS/SpO2 |
| TIME | B/P / | PULSE | RESP | LOC | TEMP | BS/SpO2 |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Cell entry

brought to #th via foot team after a cell entry.
complaining of back face ain't not pain. pt able to
we w/o assistance. Pt had chemical agent wash

MEDIC SIGNATURE: _____

**PHYSICIAN ASSESSMENT AND TREATMENT**
☐ **CATEGORY B**                    ☐ **CATEGORY C**

SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***









