UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA

VERSUS

UNKNOWN HOOKER
UNKNOWN SMITH
PETER LOLIS
GARY GAGNARD
ERIC BERNARD
SCOTT KENNEDY
MARCUS JONES

CIVIL ACTION

NO. 14-00116-BAJ-EWD

## JUDGMENT

This cause came on before the Court, Chief Judge Brian A. Jackson, presiding,

and the jury having rendered its verdict on January 11, 2017 (doc. 216);

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor

of the Defendants Joseph Hooker, Jimmy Smith, Peter Lolis, Grady Gagnard, Eric

Bernard, Scott Kennedy, and Marcus Jones and against Plaintiff Theodore Arita and

this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, January 17, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA